# Exhibit 2

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Dada Nexus Limited The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis not to exceed one-third of the recovery and will advance all costs and expenses. All payments of fees and expenses shall be made only after Court review and approval. The Dada Nexus Limited Retention Agreement provided to the Plaintiff is incorporated by reference herein and is effective, upon execution and delivery by The Rosen Law Firm P.A.

**First Name:** Senthil
**Middle Initial:**
**Last Name:** Subramanian
**Mailing Address:**
**City:**
**State:**
**Zip Code:**
**Country:**
**Phone:**
**Email Address:**


Redacted

Plaintiff certifies that:

1. Plaintiff has reviewed a complaint and authorized its filing or the filing of an amended complaint.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

**Purchases:**

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | See Schedule A | | |

**Sales:**

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | See Schedule A | | |

**I have not sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, except if set forth below.**

Not applicable

I declare and certify under penalty of perjury, under the laws of the United States of America, that the foregoing information is true and correct. **YES**

By Signing below and submitting this certification form electronically, I intend to sign and execute this certification pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis. **YES**

Date of signing: 03/08/2024 03:26:27 at Eastern Standard Time, USA

## SCHEDULE A

### SENTHIL SUBRAMANIAN TRANSACTIONS BETWEEN MAY 11, 2023 AND JANUARY 8, 2024.

**PURCHASES**

| Date Purchased | Shares | Price Per Share |
|---|---|---|
| 12/28/2023 | 253 | ($3.49) |
| 12/28/2023 | 100 | ($3.49) |
| 12/28/2023 | 100 | ($3.49) |
| 12/28/2023 | 290 | ($3.49) |
| 12/28/2023 | 47 | ($3.49) |
| 12/28/2023 | 702 | ($3.52) |
| 12/28/2023 | 750 | ($3.51) |
| 12/28/2023 | 48 | ($3.52) |
| 12/28/2023 | 302 | ($3.54) |
| 12/28/2023 | 17 | ($3.54) |
| 12/28/2023 | 83 | ($3.54) |
| 12/28/2023 | 61 | ($3.54) |
| 12/28/2023 | 400 | ($3.54) |
| 12/28/2023 | 20 | ($3.54) |
| 12/28/2023 | 317 | ($3.54) |
| 12/28/2023 | 300 | ($3.54) |
| 12/28/2023 | 1431 | ($3.56) |
| 12/28/2023 | 13 | ($3.56) |
| 12/28/2023 | 6 | ($3.56) |
| 12/28/2023 | 11 | ($3.56) |
| 12/28/2023 | 11 | ($3.56) |
| 12/28/2023 | 7 | ($3.56) |
| 12/28/2023 | 7 | ($3.56) |
| 12/28/2023 | 5 | ($3.56) |
| 12/28/2023 | 9 | ($3.56) |
| 12/13/2023 | 100 | ($2.92) |
| 12/13/2023 | 400 | ($2.92) |
| 12/13/2023 | 144 | ($2.92) |
| 12/13/2023 | 5747 | ($2.94) |
| 12/13/2023 | 872 | ($2.94) |
| 12/13/2023 | 3381 | ($2.94) |
| 12/13/2023 | 900 | ($2.96) |

| Date | Quantity | Amount |
|---|---|---|
| 12/13/2023 | 978 | ($2.96) |
| 12/13/2023 | 600 | ($2.96) |
| 12/13/2023 | 900 | ($2.96) |
| 12/13/2023 | 900 | ($2.98) |
| 12/13/2023 | 12 | ($2.99) |
| 12/13/2023 | 400 | ($2.99) |
| 12/13/2023 | 100 | ($2.99) |
| 12/13/2023 | 200 | ($2.99) |
| 12/13/2023 | 288 | ($2.99) |
| 11/30/2023 | 4000 | ($3.11) |
| 11/30/2023 | 6000 | ($3.11) |
| 11/30/2023 | 483 | ($3.16) |
| 11/30/2023 | 517 | ($3.16) |
| 11/30/2023 | 100 | ($3.16) |
| 11/30/2023 | 299 | ($3.16) |
| 11/30/2023 | 201 | ($3.16) |
| 11/30/2023 | 400 | ($3.16) |
| 11/30/2023 | 2000 | ($3.16) |
| 11/30/2023 | 1000 | ($3.16) |
| 11/30/2023 | 13 | ($3.17) |
| 11/30/2023 | 187 | ($3.17) |
| 11/30/2023 | 200 | ($3.17) |
| 11/30/2023 | 100 | ($3.17) |
| 11/30/2023 | 500 | ($3.17) |
| 11/30/2023 | 1000 | ($3.17) |
| 11/30/2023 | 1000 | ($3.18) |
| 11/30/2023 | 1000 | ($3.18) |
| 11/30/2023 | 150 | ($3.23) |
| 11/30/2023 | 100 | ($3.23) |
| 11/30/2023 | 400 | ($3.23) |
| 11/30/2023 | 100 | ($3.23) |
| 11/30/2023 | 400 | ($3.23) |
| 11/30/2023 | 165 | ($3.24) |
| 11/30/2023 | 26 | ($3.24) |
| 11/30/2023 | 165 | ($3.24) |
| 11/30/2023 | 165 | ($3.24) |
| 11/30/2023 | 165 | ($3.24) |
| 11/30/2023 | 165 | ($3.24) |
| 11/30/2023 | 149 | ($3.24) |
| 11/30/2023 | 1000 | ($3.25) |
| 11/30/2023 | 1000 | ($3.26) |
| 11/30/2023 | 400 | ($3.27) |
| 11/30/2023 | 600 | ($3.27) |

| | | |
|---|---|---|
| 11/30/2023 | 1000 | ($3.28) |
| 11/30/2023 | 23 | ($3.28) |
| 11/30/2023 | 377 | ($3.28) |
| 11/30/2023 | 278 | ($3.28) |
| 11/30/2023 | 22 | ($3.28) |
| 11/30/2023 | 166 | ($3.28) |
| 11/30/2023 | 100 | ($3.28) |
| 11/30/2023 | 25 | ($3.28) |
| 11/30/2023 | 9 | ($3.28) |
| 11/30/2023 | 141 | ($3.29) |
| 11/30/2023 | 859 | ($3.29) |
| 11/30/2023 | 300 | ($3.30) |
| 11/30/2023 | 300 | ($3.30) |
| 11/30/2023 | 400 | ($3.30) |
| 11/28/2023 | 1100 | ($3.51) |
| 11/28/2023 | 1139 | ($3.51) |
| 11/28/2023 | 1200 | ($3.51) |
| 11/28/2023 | 152 | ($3.51) |
| 11/28/2023 | 11 | ($3.51) |
| 11/28/2023 | 600 | ($3.51) |
| 11/28/2023 | 2448 | ($3.51) |
| 11/28/2023 | 279 | ($3.51) |
| 11/28/2023 | 521 | ($3.51) |
| 11/28/2023 | 400 | ($3.51) |
| 11/28/2023 | 700 | ($3.51) |
| 11/22/2023 | 83 | ($3.70) |
| 11/22/2023 | 1700 | ($3.70) |
| 11/22/2023 | 700 | ($3.70) |
| 11/22/2023 | 732 | ($3.70) |
| 11/22/2023 | 1400 | ($3.70) |
| 11/22/2023 | 385 | ($3.70) |
| 11/21/2023 | 171 | ($3.81) |
| 11/21/2023 | 267 | ($3.81) |
| 11/21/2023 | 105 | ($3.81) |
| 11/21/2023 | 232 | ($3.81) |
| 11/21/2023 | 196 | ($3.81) |
| 11/21/2023 | 353 | ($3.81) |
| 11/21/2023 | 957 | ($3.81) |
| 11/21/2023 | 668 | ($3.81) |
| 11/21/2023 | 1147 | ($3.81) |
| 11/21/2023 | 804 | ($3.81) |
| 11/21/2023 | 100 | ($3.81) |
| 11/21/2023 | 1000 | ($3.81) |

| | | |
|---|---|---|
| 11/21/2023 | 142 | ($3.82) |
| 11/21/2023 | 858 | ($3.82) |
| 11/21/2023 | 300 | ($3.82) |
| 11/21/2023 | 300 | ($3.82) |
| 11/21/2023 | 300 | ($3.82) |
| 11/21/2023 | 100 | ($3.82) |
| 11/20/2023 | 25 | ($4.01) |
| 11/20/2023 | 200 | ($4.01) |
| 11/20/2023 | 427 | ($4.01) |
| 11/20/2023 | 335 | ($4.01) |
| 11/20/2023 | 600 | ($4.01) |
| 11/20/2023 | 36 | ($4.01) |
| 11/20/2023 | 536 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 200 | ($4.01) |
| 11/20/2023 | 300 | ($4.01) |
| 11/20/2023 | 16 | ($4.01) |
| 11/20/2023 | 300 | ($4.01) |
| 11/20/2023 | 102 | ($4.01) |
| 11/20/2023 | 500 | ($4.01) |
| 11/20/2023 | 26 | ($4.01) |
| 11/20/2023 | 2 | ($4.01) |
| 11/20/2023 | 400 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 36 | ($4.01) |
| 11/20/2023 | 311 | ($4.01) |
| 11/20/2023 | 51 | ($4.01) |
| 11/20/2023 | 12 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 555 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 100 | ($4.01) |
| 11/20/2023 | 713 | ($4.01) |
| 11/20/2023 | 98 | ($4.01) |
| 11/20/2023 | 85 | ($4.01) |
| 11/20/2023 | 1111 | ($4.01) |

| Date | Quantity | Amount |
|---|---|---|
| 11/20/2023 | 174 | ($4.02) |
| 11/20/2023 | 3311 | ($4.02) |
| 11/20/2023 | 856 | ($4.02) |
| 11/20/2023 | 659 | ($4.02) |
| 11/20/2023 | 2169 | ($4.01) |
| 11/20/2023 | 2831 | ($4.01) |
| 11/20/2023 | 100 | ($4.06) |
| 11/20/2023 | 600 | ($4.06) |
| 11/20/2023 | 100 | ($4.06) |
| 11/20/2023 | 100 | ($4.06) |
| 11/20/2023 | 200 | ($4.06) |
| 11/20/2023 | 100 | ($4.06) |
| 11/20/2023 | 600 | ($4.06) |
| 11/20/2023 | 400 | ($4.06) |
| 11/20/2023 | 100 | ($4.06) |
| 11/20/2023 | 100 | ($4.06) |
| 11/20/2023 | 100 | ($4.06) |
| 11/20/2023 | 100 | ($4.06) |
| 11/20/2023 | 800 | ($4.06) |
| 11/20/2023 | 200 | ($4.06) |
| 11/20/2023 | 600 | ($4.06) |
| 11/20/2023 | 800 | ($4.06) |
| 11/20/2023 | 2800 | ($4.06) |
| 11/20/2023 | 200 | ($4.06) |
| 11/20/2023 | 2000 | ($4.06) |
| 11/17/2023 | 5000 | ($3.94) |
| 11/17/2023 | 4244 | ($3.95) |
| 11/17/2023 | 756 | ($3.95) |
| 11/17/2023 | 1000 | ($3.96) |
| 11/17/2023 | 667 | ($3.96) |
| 11/17/2023 | 233 | ($3.96) |
| 11/17/2023 | 100 | ($3.96) |
| 11/16/2023 | 343 | ($3.88) |
| 11/16/2023 | 800 | ($3.88) |
| 11/16/2023 | 492 | ($3.88) |
| 11/16/2023 | 14 | ($3.88) |
| 11/16/2023 | 1300 | ($3.88) |
| 11/16/2023 | 80 | ($3.88) |
| 11/16/2023 | 492 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 797 | ($3.88) |
| 11/16/2023 | 800 | ($3.88) |
| 11/16/2023 | 82 | ($3.88) |

| | | |
|---|---|---|
| 11/16/2023 | 2300 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 400 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 400 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 200 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 100 | ($3.88) |
| 11/16/2023 | 500 | ($4.05) |
| 11/16/2023 | 5837 | ($4.05) |
| 11/16/2023 | 500 | ($4.05) |
| 11/16/2023 | 1000 | ($4.05) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 163 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 200 | ($4.04) |
| 11/16/2023 | 100 | ($4.04) |
| 11/16/2023 | 100 | ($3.98) |

| | | |
|---|---|---|
| 11/16/2023 | 100 | ($3.98) |
| 11/16/2023 | 200 | ($3.98) |
| 11/16/2023 | 100 | ($3.98) |
| 11/16/2023 | 200 | ($3.98) |
| 11/16/2023 | 100 | ($3.98) |
| 11/16/2023 | 100 | ($3.98) |
| 11/16/2023 | 100 | ($3.98) |
| 11/16/2023 | 100 | ($3.98) |
| 11/16/2023 | 100 | ($3.98) |
| 11/16/2023 | 100 | ($3.98) |
| 11/6/2023 | 1 | ($4.09) |
| 11/6/2023 | 678 | ($4.01) |
| 11/6/2023 | 822 | ($4.01) |
| 11/6/2023 | 1000 | ($4.02) |
| 10/24/2023 | 100 | ($4.00) |
| 10/24/2023 | 1100 | ($4.00) |
| 10/24/2023 | 800 | ($4.00) |
| 10/24/2023 | 100 | ($4.00) |
| 10/24/2023 | 775 | ($4.00) |
| 10/24/2023 | 100 | ($4.00) |
| 10/24/2023 | 100 | ($4.00) |
| 10/24/2023 | 1 | ($4.00) |
| 10/24/2023 | 93 | ($4.00) |
| 10/24/2023 | 246 | ($4.00) |
| 10/24/2023 | 34 | ($4.00) |
| 10/24/2023 | 60 | ($4.00) |
| 10/24/2023 | 1 | ($4.00) |
| 10/24/2023 | 1000 | ($4.01) |
| 10/24/2023 | 1000 | ($4.01) |
| 10/24/2023 | 400 | ($4.01) |
| 10/24/2023 | 100 | ($4.01) |
| 10/24/2023 | 200 | ($4.01) |
| 10/24/2023 | 300 | ($4.01) |
| 10/24/2023 | 400 | ($4.02) |
| 10/24/2023 | 200 | ($4.02) |
| 10/24/2023 | 400 | ($4.02) |
| 10/13/2023 | 3217 | ($4.15) |
| 10/13/2023 | 1433 | ($4.14) |
| 10/13/2023 | 1000 | ($4.15) |
| 10/13/2023 | 400 | ($4.15) |
| 10/13/2023 | 200 | ($4.14) |
| 10/13/2023 | 100 | ($4.14) |
| 10/13/2023 | 100 | ($4.14) |

| Date | Quantity | Price |
|---|---|---|
| 10/13/2023 | 100 | ($4.14) |
| 10/13/2023 | 100 | ($4.14) |
| 10/13/2023 | 1000 | ($4.15) |
| 10/13/2023 | 1000 | ($4.14) |
| 10/13/2023 | 1000 | ($4.15) |
| 10/13/2023 | 1000 | ($4.15) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 200 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 200 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 100 | ($4.13) |
| 10/13/2023 | 100 | ($4.13) |
| 10/13/2023 | 100 | ($4.13) |
| 10/13/2023 | 1000 | ($4.13) |
| 10/13/2023 | 1000 | ($4.14) |
| 10/13/2023 | 100 | ($4.15) |
| 10/13/2023 | 200 | ($4.15) |
| 10/13/2023 | 100 | ($4.15) |
| 10/13/2023 | 400 | ($4.15) |
| 10/13/2023 | 100 | ($4.15) |
| 10/13/2023 | 100 | ($4.15) |
| 10/13/2023 | 6 | ($4.15) |
| 10/13/2023 | 100 | ($4.15) |
| 10/13/2023 | 200 | ($4.15) |
| 10/13/2023 | 300 | ($4.15) |
| 10/13/2023 | 100 | ($4.15) |
| 10/13/2023 | 200 | ($4.15) |
| 10/13/2023 | 200 | ($4.15) |
| 10/13/2023 | 100 | ($4.15) |
| 10/13/2023 | 100 | ($4.15) |
| 10/13/2023 | 100 | ($4.15) |
| 10/13/2023 | 200 | ($4.15) |
| 10/13/2023 | 100 | ($4.14) |
| 10/13/2023 | 200 | ($4.14) |
| 10/13/2023 | 100 | ($4.14) |
| 10/13/2023 | 100 | ($4.14) |
| 10/13/2023 | 6000 | ($4.14) |
| 10/13/2023 | 1 | ($4.13) |
| 10/13/2023 | 100 | ($4.13) |

| | | |
|---|---|---|
| 10/13/2023 | 200 | ($4.13) |
| 10/13/2023 | 100 | ($4.13) |
| 10/13/2023 | 100 | ($4.13) |
| 10/13/2023 | 1000 | ($4.13) |
| 10/13/2023 | 400 | ($4.13) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 185 | ($4.12) |
| 10/13/2023 | 400 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 200 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 1600 | ($4.12) |
| 10/13/2023 | 1600 | ($4.12) |
| 10/13/2023 | 800 | ($4.12) |
| 10/13/2023 | 800 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 200 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 100 | ($4.12) |
| 10/13/2023 | 5 | ($4.10) |
| 10/13/2023 | 100 | ($4.10) |
| 10/13/2023 | 100 | ($4.10) |
| 10/13/2023 | 200 | ($4.10) |
| 10/13/2023 | 100 | ($4.10) |
| 10/13/2023 | 200 | ($4.10) |
| 10/13/2023 | 6 | ($4.10) |
| 10/13/2023 | 100 | ($4.10) |
| 10/13/2023 | 100 | ($4.10) |
| 10/13/2023 | 100 | ($4.10) |
| 10/13/2023 | 100 | ($4.10) |
| 10/13/2023 | 2900 | ($4.19) |
| 10/13/2023 | 1900 | ($4.19) |
| 10/13/2023 | 2000 | ($4.19) |
| 10/13/2023 | 1000 | ($4.19) |
| 10/13/2023 | 1000 | ($4.19) |
| 10/13/2023 | 500 | ($4.19) |
| 10/13/2023 | 500 | ($4.19) |
| 10/13/2023 | 200 | ($4.18) |
| 10/13/2023 | 3902 | ($4.27) |
| 10/13/2023 | 5853 | ($4.27) |
| 10/13/2023 | 100 | ($4.28) |
| 10/13/2023 | 150 | ($4.28) |

| | | |
|---|---|---|
| 10/13/2023 | 81 | ($4.27) |
| 10/13/2023 | 1 | ($4.27) |
| 10/13/2023 | 163 | ($4.27) |
| 10/13/2023 | 100 | ($4.24) |
| 10/13/2023 | 100 | ($4.24) |
| 10/13/2023 | 15 | ($4.24) |
| 10/13/2023 | 200 | ($4.24) |
| 10/13/2023 | 300 | ($4.24) |
| 10/13/2023 | 100 | ($4.24) |
| 10/13/2023 | 100 | ($4.24) |
| 10/13/2023 | 1 | ($4.24) |
| 10/13/2023 | 100 | ($4.24) |
| 10/13/2023 | 100 | ($4.24) |
| 10/13/2023 | 1000 | ($3.99) |
| 10/10/2023 | 8201 | ($4.48) |
| 10/10/2023 | 384 | ($4.48) |
| 10/10/2023 | 105 | ($4.48) |
| 10/10/2023 | 111 | ($4.48) |
| 10/10/2023 | 100 | ($4.48) |
| 10/10/2023 | 166 | ($4.48) |
| 10/10/2023 | 8 | ($4.48) |
| 10/10/2023 | 600 | ($4.48) |
| 10/10/2023 | 18 | ($4.48) |
| 10/10/2023 | 16 | ($4.48) |
| 10/10/2023 | 52 | ($4.48) |
| 10/10/2023 | 20 | ($4.48) |
| 10/10/2023 | 100 | ($4.48) |
| 10/10/2023 | 320 | ($4.48) |
| 10/10/2023 | 3000 | ($4.48) |
| 10/10/2023 | 5032 | ($4.48) |
| 10/10/2023 | 1100 | ($4.48) |
| 10/10/2023 | 404 | ($4.48) |
| 10/10/2023 | 205 | ($4.48) |
| 10/10/2023 | 259 | ($4.48) |
| 10/9/2023 | 275 | ($4.40) |
| 10/9/2023 | 4000 | ($4.43) |
| 10/6/2023 | 300 | ($4.48) |
| 10/6/2023 | 181 | ($4.48) |
| 10/6/2023 | 119 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 100 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 300 | ($4.48) |

| Date | Quantity | Price |
|---|---|---|
| 10/6/2023 | 300 | ($4.48) |
| 10/6/2023 | 100 | ($4.48) |
| 10/6/2023 | 100 | ($4.48) |
| 10/6/2023 | 300 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 300 | ($4.48) |
| 10/6/2023 | 100 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 100 | ($4.48) |
| 10/6/2023 | 6 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 100 | ($4.48) |
| 10/6/2023 | 400 | ($4.48) |
| 10/6/2023 | 100 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 300 | ($4.48) |
| 10/6/2023 | 200 | ($4.48) |
| 10/6/2023 | 30 | ($4.34) |
| 10/6/2023 | 1280 | ($4.36) |
| 10/6/2023 | 220 | ($4.36) |
| 10/6/2023 | 1304 | ($4.36) |
| 10/6/2023 | 1538 | ($4.36) |
| 10/6/2023 | 62 | ($4.36) |
| 10/6/2023 | 148 | ($4.36) |
| 10/6/2023 | 148 | ($4.36) |
| 10/6/2023 | 344 | ($4.36) |
| 10/6/2023 | 656 | ($4.36) |
| 10/2/2023 | 1819 | ($4.20) |
| 10/2/2023 | 631 | ($4.20) |
| 10/2/2023 | 1971 | ($4.20) |
| 10/2/2023 | 3750 | ($4.20) |
| 10/2/2023 | 4738 | ($4.20) |
| 10/2/2023 | 2829 | ($4.20) |
| 10/2/2023 | 200 | ($4.20) |
| 10/2/2023 | 159 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |

| | | |
|---|---|---|
| 10/2/2023 | 600 | ($4.20) |
| 10/2/2023 | 31 | ($4.20) |
| 10/2/2023 | 200 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 141 | ($4.20) |
| 10/2/2023 | 200 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 200 | ($4.20) |
| 10/2/2023 | 42 | ($4.20) |
| 10/2/2023 | 600 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 300 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 75 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 200 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 141 | ($4.20) |
| 10/2/2023 | 73 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 100 | ($4.20) |
| 10/2/2023 | 9624 | ($4.26) |
| 10/2/2023 | 895 | ($4.26) |
| 10/2/2023 | 2691 | ($4.26) |
| 10/2/2023 | 73 | ($4.28) |
| 10/2/2023 | 763 | ($4.28) |
| 10/2/2023 | 146 | ($4.28) |
| 10/2/2023 | 272 | ($4.28) |
| 10/2/2023 | 111 | ($4.28) |
| 10/2/2023 | 1167 | ($4.28) |
| 10/2/2023 | 2000 | ($4.28) |
| 10/2/2023 | 87 | ($4.28) |
| 10/2/2023 | 338 | ($4.28) |
| 10/2/2023 | 73 | ($4.28) |
| 10/2/2023 | 73 | ($4.28) |

| | | |
|---|---|---|
| 10/2/2023 | 87 | ($4.28) |
| 10/2/2023 | 1097 | ($4.28) |
| 10/2/2023 | 103 | ($4.28) |
| 10/2/2023 | 142 | ($4.28) |
| 10/2/2023 | 73 | ($4.28) |
| 9/29/2023 | 300 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 400 | ($4.45) |
| 9/29/2023 | 300 | ($4.45) |
| 9/29/2023 | 200 | ($4.45) |
| 9/29/2023 | 500 | ($4.45) |
| 9/29/2023 | 39 | ($4.45) |
| 9/29/2023 | 300 | ($4.45) |
| 9/29/2023 | 300 | ($4.45) |
| 9/29/2023 | 500 | ($4.45) |
| 9/29/2023 | 251 | ($4.45) |
| 9/29/2023 | 500 | ($4.45) |
| 9/29/2023 | 300 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 200 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 953 | ($4.45) |
| 9/29/2023 | 200 | ($4.45) |
| 9/29/2023 | 300 | ($4.45) |
| 9/29/2023 | 200 | ($4.45) |
| 9/29/2023 | 400 | ($4.45) |
| 9/29/2023 | 162 | ($4.45) |
| 9/29/2023 | 200 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 105 | ($4.45) |
| 9/29/2023 | 15 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 400 | ($4.45) |
| 9/29/2023 | 296 | ($4.45) |
| 9/29/2023 | 100 | ($4.45) |
| 9/29/2023 | 196 | ($4.45) |
| 9/29/2023 | 595 | ($4.45) |
| 9/29/2023 | 402 | ($4.45) |

| | | |
|---|---|---|
| 9/29/2023 | 400 | ($4.45) |
| 9/29/2023 | 87 | ($4.45) |
| 9/29/2023 | 4 | ($4.45) |
| 9/28/2023 | 1650 | ($4.30) |
| 9/28/2023 | 5430 | ($4.30) |
| 9/28/2023 | 4572 | ($4.30) |
| 9/28/2023 | 12 | ($4.30) |
| 9/28/2023 | 6435 | ($4.30) |
| 9/28/2023 | 100 | ($4.30) |
| 9/28/2023 | 100 | ($4.29) |
| 9/28/2023 | 200 | ($4.30) |
| 9/28/2023 | 300 | ($4.28) |
| 9/28/2023 | 100 | ($4.30) |
| 9/28/2023 | 95 | ($4.29) |
| 9/28/2023 | 100 | ($4.29) |
| 9/28/2023 | 1 | ($4.28) |
| 9/28/2023 | 100 | ($4.28) |
| 9/28/2023 | 705 | ($4.29) |
| 9/28/2023 | 100 | ($4.29) |
| 9/22/2023 | 3000 | ($4.41) |
| 9/22/2023 | 5100 | ($4.41) |
| 9/22/2023 | 16 | ($4.41) |
| 9/22/2023 | 1884 | ($4.41) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 3778 | ($4.40) |
| 9/22/2023 | 22 | ($4.40) |
| 9/22/2023 | 200 | ($4.40) |
| 9/22/2023 | 200 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 200 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 200 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 300 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 100 | ($4.40) |
| 9/22/2023 | 1100 | ($4.40) |
| 9/22/2023 | 1800 | ($4.40) |

| | | |
|---|---|---|
| 9/22/2023 | 1100 | ($4.40) |
| 5/12/2023 | 100 | ($6.37) |
| 5/12/2023 | 1 | ($6.37) |
| 5/12/2023 | 100 | ($6.37) |
| 5/12/2023 | 5799 | ($6.37) |
| 5/12/2023 | 100 | ($6.41) |
| 5/12/2023 | 100 | ($6.40) |
| 5/12/2023 | 1300 | ($6.41) |
| 5/12/2023 | 300 | ($6.41) |
| 5/12/2023 | 100 | ($6.41) |
| 5/12/2023 | 100 | ($6.41) |
| 5/12/2023 | 2000 | ($6.45) |
| 5/12/2023 | 2000 | ($6.56) |
| 5/11/2023 | 530 | ($6.92) |
| 5/11/2023 | 1600 | ($6.92) |
| 5/11/2023 | 700 | ($6.92) |
| 5/11/2023 | 177 | ($6.92) |
| 5/11/2023 | 885 | ($6.92) |
| 5/11/2023 | 470 | ($6.92) |
| 5/11/2023 | 6737 | ($6.36) |
| 5/11/2023 | 724 | ($6.36) |
| 5/11/2023 | 4800 | ($6.36) |
| 5/11/2023 | 100 | ($6.36) |
| 5/11/2023 | 3569 | ($6.36) |
| 5/11/2023 | 70 | ($6.36) |

## SALES

| Date Sold | Shares | Price Per Share |
|---|---|---|
| 12/13/2023 | 70 | $6.36 |
| 12/13/2023 | 200 | $3.21 |
| 12/13/2023 | 900 | $3.21 |
| 12/13/2023 | 1800 | $3.21 |
| 12/13/2023 | 1207 | $3.21 |
| 12/13/2023 | 900 | $3.21 |
| 12/13/2023 | 548 | $3.22 |
| 12/13/2023 | 1869 | $3.22 |
| 12/13/2023 | 38 | $3.22 |
| 12/13/2023 | 185 | $3.22 |
| 12/13/2023 | 600 | $3.22 |
| 12/13/2023 | 100 | $3.22 |
| 12/13/2023 | 119 | $3.22 |
| 12/13/2023 | 548 | $3.22 |
| 12/13/2023 | 1300 | $3.22 |
| 11/22/2023 | 300 | $3.21 |
| 11/20/2023 | 4,417 | $3.82 |
| 11/20/2023 | 583 | $3.82 |
| 11/20/2023 | 600 | $4.09 |
| 11/20/2023 | 200 | $4.09 |
| 11/20/2023 | 2000 | $4.09 |
| 11/20/2023 | 200 | $4.10 |
| 11/20/2023 | 400 | $4.10 |
| 11/20/2023 | 1000 | $4.10 |
| 11/20/2023 | 400 | $4.10 |
| 11/20/2023 | 1000 | $4.10 |
| 11/20/2023 | 1000 | $4.09 |
| 11/20/2023 | 1000 | $4.09 |
| 11/20/2023 | 144 | $4.10 |
| 11/20/2023 | 161 | $4.10 |
| 11/20/2023 | 693 | $4.10 |
| 11/20/2023 | 2 | $4.10 |
| 11/20/2023 | 1000 | $4.09 |
| 11/17/2023 | 1000 | $4.08 |

| | | |
|---|---|---|
| 11/17/2023 | 200 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 196 | $3.99 |
| 11/17/2023 | 50 | $3.99 |
| 11/17/2023 | 217 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 200 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 300 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 200 | $3.99 |
| 11/17/2023 | 400 | $3.99 |
| 11/17/2023 | 220 | $3.99 |
| 11/17/2023 | 211 | $3.99 |
| 11/17/2023 | 10 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 95 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 300 | $3.99 |
| 11/17/2023 | 200 | $3.99 |
| 11/17/2023 | 1 | $3.99 |
| 11/17/2023 | 100 | $3.99 |
| 11/17/2023 | 2000 | $3.99 |
| 11/17/2023 | 2000 | $3.99 |
| 11/17/2023 | 721 | $3.99 |
| 11/17/2023 | 1279 | $3.99 |
| 11/15/2023 | 1300 | $4.00 |
| 11/15/2023 | 3425 | $4.15 |
| 11/15/2023 | 1000 | $4.15 |
| 11/15/2023 | 1000 | $4.16 |
| 11/15/2023 | 800 | $4.25 |
| 11/15/2023 | 500 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 400 | $4.26 |
| 11/15/2023 | 216 | $4.25 |
| 11/15/2023 | 95 | $4.25 |
| 11/15/2023 | 25 | $4.25 |
| 11/15/2023 | 610 | $4.25 |

| | | |
|---|---|---|
| 11/15/2023 | 54 | $4.25 |
| 11/15/2023 | 1000 | $4.24 |
| 11/15/2023 | 244 | $4.26 |
| 11/15/2023 | 756 | $4.26 |
| 11/15/2023 | 1000 | $4.26 |
| 11/15/2023 | 3200 | $4.24 |
| 11/15/2023 | 6800 | $4.24 |
| 11/15/2023 | 1000 | $4.24 |
| 11/15/2023 | 200 | $4.22 |
| 11/15/2023 | 100 | $4.22 |
| 11/15/2023 | 400 | $4.22 |
| 11/15/2023 | 300 | $4.22 |
| 11/15/2023 | 8600 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 200 | $4.24 |
| 11/15/2023 | 300 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 200 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 2156 | $4.25 |
| 11/15/2023 | 1 | $4.25 |
| 11/15/2023 | 5030 | $4.25 |
| 11/15/2023 | 1 | $4.25 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 1 | $4.25 |
| 11/15/2023 | 100 | $4.25 |
| 11/15/2023 | 400 | $4.25 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 300 | $4.25 |
| 11/15/2023 | 4 | $4.25 |
| 11/15/2023 | 6 | $4.25 |
| 11/15/2023 | 100 | $4.25 |
| 11/15/2023 | 1 | $4.25 |
| 11/15/2023 | 100 | $4.25 |
| 11/15/2023 | 200 | $4.25 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |

| | | |
|---|---|---|
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 100 | $4.26 |
| 11/15/2023 | 7000 | $4.23 |
| 11/15/2023 | 3000 | $4.23 |
| 11/15/2023 | 8 | $4.24 |
| 11/15/2023 | 8 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 7079 | $4.24 |
| 11/15/2023 | 84 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 84 | $4.24 |
| 11/15/2023 | 116 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 200 | $4.24 |
| 11/15/2023 | 200 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 7 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 6 | $4.24 |
| 11/15/2023 | 94 | $4.24 |
| 11/15/2023 | 6 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 7 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/15/2023 | 8 | $4.24 |

| Date | Quantity | Price |
|---|---|---|
| 11/15/2023 | 93 | $4.24 |
| 11/15/2023 | 7 | $4.24 |
| 11/15/2023 | 100 | $4.24 |
| 11/3/2023 | 193 | $4.24 |
| 11/3/2023 | 300 | $4.18 |
| 11/3/2023 | 300 | $4.18 |
| 11/3/2023 | 3 | $4.18 |
| 11/3/2023 | 100 | $4.18 |
| 11/3/2023 | 200 | $4.18 |
| 11/3/2023 | 100 | $4.18 |
| 11/3/2023 | 100 | $4.18 |
| 11/3/2023 | 500 | $4.18 |
| 11/3/2023 | 100 | $4.18 |
| 10/12/2023 | 1 | $4.18 |
| 10/12/2023 | 1404 | $4.30 |
| 10/12/2023 | 6253 | $4.30 |
| 10/12/2023 | 1836 | $4.30 |
| 10/12/2023 | 3989 | $4.31 |
| 10/12/2023 | 2700 | $4.31 |
| 10/12/2023 | 3300 | $4.31 |
| 10/12/2023 | 6 | $4.32 |
| 10/12/2023 | 5 | $4.32 |
| 10/12/2023 | 3186 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 300 | $4.31 |
| 10/12/2023 | 200 | $4.31 |
| 10/12/2023 | 200 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 200 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 300 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 200 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 14 | $4.31 |
| 10/12/2023 | 100 | $4.31 |

| Date | Quantity | Price |
|---|---|---|
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 300 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 200 | $4.31 |
| 10/12/2023 | 2300 | $4.31 |
| 10/12/2023 | 1 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 4817 | $4.31 |
| 10/12/2023 | 1 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 100 | $4.31 |
| 10/12/2023 | 78 | $4.31 |
| 10/12/2023 | 200 | $4.31 |
| 10/12/2023 | 1 | $4.31 |
| 10/12/2023 | 900 | $4.31 |
| 10/12/2023 | 6 | $4.31 |
| 10/12/2023 | 1500 | $4.31 |
| 10/12/2023 | 800 | $4.31 |
| 10/12/2023 | 900 | $4.31 |
| 10/12/2023 | 380 | $4.31 |
| 10/12/2023 | 5 | $4.32 |
| 10/12/2023 | 5 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 7 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 23 | $4.32 |
| 10/12/2023 | 209 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 300 | $4.32 |

| Date | Quantity | Price |
|---|---|---|
| 10/12/2023 | 200 | $4.32 |
| 10/12/2023 | 5 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 200 | $4.32 |
| 10/12/2023 | 200 | $4.32 |
| 10/12/2023 | 200 | $4.32 |
| 10/12/2023 | 77 | $4.32 |
| 10/12/2023 | 200 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 200 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 22 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 200 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 100 | $4.32 |
| 10/12/2023 | 200 | $4.32 |
| 10/12/2023 | 1 | $4.32 |
| 10/12/2023 | 200 | $4.32 |
| 10/12/2023 | 8200 | $4.32 |
| 10/10/2023 | 1800 | $4.32 |
| 10/10/2023 | 10000 | $4.53 |
| 10/10/2023 | 6833 | $4.52 |
| 10/10/2023 | 100 | $4.52 |
| 10/10/2023 | 300 | $4.52 |
| 10/10/2023 | 100 | $4.52 |
| 10/10/2023 | 100 | $4.52 |
| 10/10/2023 | 505 | $4.52 |
| 10/10/2023 | 1342 | $4.52 |
| 10/6/2023 | 720 | $4.52 |
| 10/6/2023 | 1 | $4.49 |
| 10/6/2023 | 6989 | $4.49 |
| 10/6/2023 | 3000 | $4.49 |
| 10/6/2023 | 6 | $4.49 |
| 9/29/2023 | 5 | $4.49 |
| 9/29/2023 | 2199 | $4.46 |
| 9/29/2023 | 563 | $4.46 |
| 9/29/2023 | 500 | $4.46 |
| 9/28/2023 | 238 | $4.46 |
| 9/28/2023 | 1994 | $4.39 |
| 9/28/2023 | 12000 | $4.39 |
| 9/28/2023 | 24894 | $4.39 |

| Date | Quantity | Price |
|---|---|---|
| 5/12/2023 | 1112 | $4.39 |
| 5/12/2023 | 7600 | $6.07 |
| 5/12/2023 | 100 | $6.08 |
| 5/12/2023 | 100 | $6.08 |
| 5/12/2023 | 1600 | $6.08 |
| 5/12/2023 | 400 | $6.08 |
| 5/12/2023 | 100 | $6.08 |
| 5/12/2023 | 100 | $6.08 |
| 5/12/2023 | 100 | $6.08 |
| 5/12/2023 | 100 | $6.08 |
| 5/12/2023 | 100 | $6.08 |
| 5/12/2023 | 200 | $6.08 |
| 5/12/2023 | 100 | $6.08 |
| 5/12/2023 | 100 | $6.08 |
| 5/12/2023 | 400 | $6.08 |
| 5/12/2023 | 800 | $6.08 |
| 5/11/2023 | 100 | $6.08 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 63 | $6.60 |
| 5/11/2023 | 86 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 112 | $6.60 |
| 5/11/2023 | 13 | $6.60 |
| 5/11/2023 | 89 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 137 | $6.60 |
| 5/11/2023 | 30 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 15221 | $6.59 |
| 5/11/2023 | 98 | $6.60 |
| 5/11/2023 | 86 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |

| | | |
|---|---|---|
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 300 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 3 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 200 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 300 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 1000 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 1000 | $6.60 |
| 5/11/2023 | 200 | $6.60 |
| 5/11/2023 | 20 | $6.60 |
| 5/11/2023 | 4 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 200 | $6.60 |
| 5/11/2023 | 100 | $6.61 |
| 5/11/2023 | 200 | $6.61 |
| 5/11/2023 | 100 | $6.61 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 100 | $6.61 |
| 5/11/2023 | 200 | $6.61 |
| 5/11/2023 | 100 | $6.61 |
| 5/11/2023 | 100 | $6.60 |
| 5/11/2023 | 200 | $6.61 |