# Exhibit 3

**Dada Nexus Limited Loss Chart**
**Class Period: May 11, 2023 through January 8, 2024**

Lookback Price: $1.97

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price Per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Senthil Subramanian | Opening Position | 15,101 | | | 5/11/2023 | 100 | $6.08 | Matched to opening position | | | |
| | 5/11/2023 | 530 | ($6.92) | ($3,667.60) | 5/11/2023 | 100 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 1600 | ($6.92) | ($11,072.00) | 5/11/2023 | 63 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 700 | ($6.92) | ($4,844.00) | 5/11/2023 | 86 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 177 | ($6.92) | ($1,224.84) | 5/11/2023 | 100 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 885 | ($6.92) | ($6,124.20) | 5/11/2023 | 112 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 470 | ($6.92) | ($3,252.40) | 5/11/2023 | 13 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 6737 | ($6.36) | ($42,847.32) | 5/11/2023 | 89 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 724 | ($6.36) | ($4,604.64) | 5/11/2023 | 100 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 4800 | ($6.36) | ($30,528.00) | 5/11/2023 | 137 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 100 | ($6.36) | ($636.00) | 5/11/2023 | 30 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 3569 | ($6.36) | ($22,698.84) | 5/11/2023 | 100 | $6.60 | Matched to opening position | | | |
| | 5/11/2023 | 70 | ($6.36) | ($445.20) | 5/11/2023 | 14,071 | $6.59 | Matched to opening position | | | |
| | 5/12/2023 | 100 | ($6.37) | ($637.00) | 5/11/2023 | 1150 | $6.59 | $7,578.50 | | | |
| | 5/12/2023 | 1 | ($6.37) | ($6.37) | 5/11/2023 | 98 | $6.60 | $646.80 | | | |
| | 5/12/2023 | 100 | ($6.37) | ($637.00) | 5/11/2023 | 86 | $6.60 | $567.60 | | | |
| | 5/12/2023 | 5799 | ($6.37) | ($36,939.63) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 5/12/2023 | 100 | ($6.41) | ($641.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 5/12/2023 | 100 | ($6.40) | ($640.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 5/12/2023 | 1300 | ($6.41) | ($8,333.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 5/12/2023 | 300 | ($6.41) | ($1,923.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 5/12/2023 | 100 | ($6.41) | ($641.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 5/12/2023 | 100 | ($6.41) | ($641.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 5/12/2023 | 2000 | ($6.45) | ($12,900.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 5/12/2023 | 2000 | ($6.56) | ($13,120.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 3000 | ($4.41) | ($13,230.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 5100 | ($4.41) | ($22,491.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 16 | ($4.41) | ($70.56) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 1884 | ($4.41) | ($8,308.44) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 3778 | ($4.40) | ($16,623.20) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 22 | ($4.40) | ($96.80) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 200 | ($4.40) | ($880.00) | 5/11/2023 | 300 | $6.60 | $1,980.00 | | | |
| | 9/22/2023 | 200 | ($4.40) | ($880.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 200 | ($4.40) | ($880.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 200 | ($4.40) | ($880.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 300 | ($4.40) | ($1,320.00) | 5/11/2023 | 3 | $6.60 | $19.80 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 100 | ($4.40) | ($440.00) | 5/11/2023 | 200 | $6.60 | $1,320.00 | | | |
| | 9/22/2023 | 1100 | ($4.40) | ($4,840.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 1800 | ($4.40) | ($7,920.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/22/2023 | 1100 | ($4.40) | ($4,840.00) | 5/11/2023 | 300 | $6.60 | $1,980.00 | | | |
| | 9/28/2023 | 1650 | ($4.30) | ($7,095.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/28/2023 | 5430 | ($4.30) | ($23,349.00) | 5/11/2023 | 1000 | $6.60 | $6,600.00 | | | |
| | 9/28/2023 | 4572 | ($4.30) | ($19,659.60) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/28/2023 | 12 | ($4.30) | ($51.60) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/28/2023 | 6435 | ($4.30) | ($27,670.50) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/28/2023 | 100 | ($4.30) | ($430.00) | 5/11/2023 | 1000 | $6.60 | $6,600.00 | | | |
| | 9/28/2023 | 100 | ($4.29) | ($429.00) | 5/11/2023 | 200 | $6.60 | $1,320.00 | | | |
| | 9/28/2023 | 200 | ($4.30) | ($860.00) | 5/11/2023 | 20 | $6.60 | $132.00 | | | |
| | 9/28/2023 | 300 | ($4.28) | ($1,284.00) | 5/11/2023 | 4 | $6.60 | $26.40 | | | |
| | 9/28/2023 | 100 | ($4.30) | ($430.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/28/2023 | 95 | ($4.29) | ($407.55) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/28/2023 | 100 | ($4.29) | ($429.00) | 5/11/2023 | 200 | $6.60 | $1,320.00 | | | |
| | 9/28/2023 | 1 | ($4.28) | ($4.28) | 5/11/2023 | 100 | $6.61 | $661.00 | | | |
| | 9/28/2023 | 100 | ($4.28) | ($428.00) | 5/11/2023 | 200 | $6.61 | $1,322.00 | | | |
| | 9/28/2023 | 705 | ($4.29) | ($3,024.45) | 5/11/2023 | 100 | $6.61 | $661.00 | | | |
| | 9/28/2023 | 100 | ($4.29) | ($429.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/29/2023 | 300 | ($4.45) | ($1,335.00) | 5/11/2023 | 100 | $6.61 | $661.00 | | | |
| | 9/29/2023 | 100 | ($4.45) | ($445.00) | 5/11/2023 | 200 | $6.61 | $1,322.00 | | | |
| | 9/29/2023 | 400 | ($4.45) | ($1,780.00) | 5/11/2023 | 100 | $6.61 | $661.00 | | | |
| | 9/29/2023 | 300 | ($4.45) | ($1,335.00) | 5/11/2023 | 100 | $6.60 | $660.00 | | | |
| | 9/29/2023 | 200 | ($4.45) | ($890.00) | 5/11/2023 | 200 | $6.61 | $1,322.00 | | | |
| | 9/29/2023 | 500 | ($4.45) | ($2,225.00) | 5/12/2023 | 1112 | $4.39 | $4,881.68 | | | |
| | 9/29/2023 | 39 | ($4.45) | ($173.55) | 5/12/2023 | 7600 | $6.07 | $46,132.00 | | | |
| | 9/29/2023 | 300 | ($4.45) | ($1,335.00) | 5/12/2023 | 100 | $6.08 | $608.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/29/2023 | 300 | ($4.45) | ($1,335.00) | 5/12/2023 | 100 | $6.08 | $608.00 |
| 9/29/2023 | 500 | ($4.45) | ($2,225.00) | 5/12/2023 | 1600 | $6.08 | $9,728.00 |
| 9/29/2023 | 251 | ($4.45) | ($1,116.95) | 5/12/2023 | 400 | $6.08 | $2,432.00 |
| 9/29/2023 | 500 | ($4.45) | ($2,225.00) | 5/12/2023 | 100 | $6.08 | $608.00 |
| 9/29/2023 | 300 | ($4.45) | ($1,335.00) | 5/12/2023 | 100 | $6.08 | $608.00 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 5/12/2023 | 100 | $6.08 | $608.00 |
| 9/29/2023 | 200 | ($4.45) | ($890.00) | 5/12/2023 | 100 | $6.08 | $608.00 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 5/12/2023 | 100 | $6.08 | $608.00 |
| 9/29/2023 | 953 | ($4.45) | ($4,240.85) | 5/12/2023 | 200 | $6.08 | $1,216.00 |
| 9/29/2023 | 200 | ($4.45) | ($890.00) | 5/12/2023 | 100 | $6.08 | $608.00 |
| 9/29/2023 | 300 | ($4.45) | ($1,335.00) | 5/12/2023 | 100 | $6.08 | $608.00 |
| 9/29/2023 | 200 | ($4.45) | ($890.00) | 5/12/2023 | 400 | $6.08 | $2,432.00 |
| 9/29/2023 | 400 | ($4.45) | ($1,780.00) | 5/12/2023 | 800 | $6.08 | $4,864.00 |
| 9/29/2023 | 162 | ($4.45) | ($720.90) | 9/28/2023 | 238 | $4.46 | $1,061.48 |
| 9/29/2023 | 200 | ($4.45) | ($890.00) | 9/28/2023 | 1994 | $4.39 | $8,753.66 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 9/28/2023 | 12000 | $4.39 | $52,680.00 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 9/28/2023 | 24894 | $4.39 | $109,284.66 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 9/29/2023 | 5 | $4.49 | $22.45 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 9/29/2023 | 2199 | $4.46 | $9,807.54 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 9/29/2023 | 563 | $4.46 | $2,510.98 |
| 9/29/2023 | 105 | ($4.45) | ($467.25) | 9/29/2023 | 500 | $4.46 | $2,230.00 |
| 9/29/2023 | 15 | ($4.45) | ($66.75) | 10/6/2023 | 720 | $4.52 | $3,254.40 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 10/6/2023 | 1 | $4.49 | $4.49 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 10/6/2023 | 6989 | $4.49 | $31,380.61 |
| 9/29/2023 | 400 | ($4.45) | ($1,780.00) | 10/6/2023 | 3000 | $4.49 | $13,470.00 |
| 9/29/2023 | 296 | ($4.45) | ($1,317.20) | 10/6/2023 | 6 | $4.49 | $26.94 |
| 9/29/2023 | 100 | ($4.45) | ($445.00) | 10/10/2023 | 1800 | $4.32 | $7,776.00 |
| 9/29/2023 | 196 | ($4.45) | ($872.20) | 10/10/2023 | 10000 | $4.53 | $45,300.00 |
| 9/29/2023 | 595 | ($4.45) | ($2,647.75) | 10/10/2023 | 6833 | $4.52 | $30,885.16 |
| 9/29/2023 | 402 | ($4.45) | ($1,788.90) | 10/10/2023 | 100 | $4.52 | $452.00 |
| 9/29/2023 | 400 | ($4.45) | ($1,780.00) | 10/10/2023 | 300 | $4.52 | $1,356.00 |
| 9/29/2023 | 87 | ($4.45) | ($387.15) | 10/10/2023 | 100 | $4.52 | $452.00 |
| 9/29/2023 | 4 | ($4.45) | ($17.80) | 10/10/2023 | 100 | $4.52 | $452.00 |
| 10/2/2023 | 1819 | ($4.20) | ($7,639.80) | 10/10/2023 | 505 | $4.52 | $2,282.60 |
| 10/2/2023 | 631 | ($4.20) | ($2,650.20) | 10/10/2023 | 1342 | $4.52 | $6,065.84 |
| 10/2/2023 | 1971 | ($4.20) | ($8,278.20) | 10/12/2023 | 1 | $4.18 | $4.18 |
| 10/2/2023 | 3750 | ($4.20) | ($15,750.00) | 10/12/2023 | 1404 | $4.30 | $6,037.20 |
| 10/2/2023 | 4738 | ($4.20) | ($19,899.60) | 10/12/2023 | 6253 | $4.30 | $26,887.90 |
| 10/2/2023 | 2829 | ($4.20) | ($11,881.80) | 10/12/2023 | 1836 | $4.30 | $7,894.80 |
| 10/2/2023 | 200 | ($4.20) | ($840.00) | 10/12/2023 | 3989 | $4.31 | $17,192.59 |
| 10/2/2023 | 159 | ($4.20) | ($667.80) | 10/12/2023 | 2700 | $4.31 | $11,637.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 3300 | $4.31 | $14,223.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 6 | $4.32 | $25.92 |
| 10/2/2023 | 600 | ($4.20) | ($2,520.00) | 10/12/2023 | 5 | $4.32 | $21.60 |
| 10/2/2023 | 31 | ($4.20) | ($130.20) | 10/12/2023 | 3186 | $4.31 | $13,731.66 |
| 10/2/2023 | 200 | ($4.20) | ($840.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 141 | ($4.20) | ($592.20) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 200 | ($4.20) | ($840.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 200 | ($4.20) | ($840.00) | 10/12/2023 | 300 | $4.31 | $1,293.00 |
| 10/2/2023 | 42 | ($4.20) | ($176.40) | 10/12/2023 | 200 | $4.31 | $862.00 |
| 10/2/2023 | 600 | ($4.20) | ($2,520.00) | 10/12/2023 | 200 | $4.31 | $862.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 200 | $4.31 | $862.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 300 | ($4.20) | ($1,260.00) | 10/12/2023 | 300 | $4.31 | $1,293.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 75 | ($4.20) | ($315.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 200 | $4.31 | $862.00 |
| 10/2/2023 | 200 | ($4.20) | ($840.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 14 | $4.31 | $60.34 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 141 | ($4.20) | ($592.20) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 73 | ($4.20) | ($306.60) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 100 | ($4.20) | ($420.00) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 9624 | ($4.26) | ($40,998.24) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 895 | ($4.26) | ($3,812.70) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 2691 | ($4.26) | ($11,463.66) | 10/12/2023 | 300 | $4.31 | $1,293.00 |
| 10/2/2023 | 73 | ($4.28) | ($312.44) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 763 | ($4.28) | ($3,265.64) | 10/12/2023 | 100 | $4.31 | $431.00 |

| Date | Qty | Price | Total | Date | Qty | Price | Total |
|---|---|---|---|---|---|---|---|
| 10/2/2023 | 146 | ($4.28) | ($624.88) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 272 | ($4.28) | ($1,164.16) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 111 | ($4.28) | ($475.08) | 10/12/2023 | 200 | $4.31 | $862.00 |
| 10/2/2023 | 1167 | ($4.28) | ($4,994.76) | 10/12/2023 | 2300 | $4.31 | $9,913.00 |
| 10/2/2023 | 2000 | ($4.28) | ($8,560.00) | 10/12/2023 | 1 | $4.32 | $4.32 |
| 10/2/2023 | 87 | ($4.28) | ($372.36) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/2/2023 | 338 | ($4.28) | ($1,446.64) | 10/12/2023 | 4817 | $4.31 | $20,761.27 |
| 10/2/2023 | 73 | ($4.28) | ($312.44) | 10/12/2023 | 1 | $4.31 | $4.31 |
| 10/2/2023 | 73 | ($4.28) | ($312.44) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 87 | ($4.28) | ($372.36) | 10/12/2023 | 100 | $4.31 | $431.00 |
| 10/2/2023 | 1097 | ($4.28) | ($4,695.16) | 10/12/2023 | 78 | $4.31 | $336.18 |
| 10/2/2023 | 103 | ($4.28) | ($440.84) | 10/12/2023 | 200 | $4.31 | $862.00 |
| 10/2/2023 | 142 | ($4.28) | ($607.76) | 10/12/2023 | 1 | $4.31 | $4.31 |
| 10/2/2023 | 73 | ($4.28) | ($312.44) | 10/12/2023 | 900 | $4.31 | $3,879.00 |
| 10/6/2023 | 300 | ($4.48) | ($1,344.00) | 10/12/2023 | 6 | $4.31 | $25.86 |
| 10/6/2023 | 181 | ($4.48) | ($810.88) | 10/12/2023 | 1500 | $4.31 | $6,465.00 |
| 10/6/2023 | 119 | ($4.48) | ($533.12) | 10/12/2023 | 800 | $4.31 | $3,448.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 900 | $4.31 | $3,879.00 |
| 10/6/2023 | 100 | ($4.48) | ($448.00) | 10/12/2023 | 380 | $4.31 | $1,637.80 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 5 | $4.32 | $21.60 |
| 10/6/2023 | 300 | ($4.48) | ($1,344.00) | 10/12/2023 | 5 | $4.32 | $21.60 |
| 10/6/2023 | 300 | ($4.48) | ($1,344.00) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 100 | ($4.48) | ($448.00) | 10/12/2023 | 7 | $4.32 | $30.24 |
| 10/6/2023 | 100 | ($4.48) | ($448.00) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 300 | ($4.48) | ($1,344.00) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 23 | $4.32 | $99.36 |
| 10/6/2023 | 300 | ($4.48) | ($1,344.00) | 10/12/2023 | 209 | $4.32 | $902.88 |
| 10/6/2023 | 100 | ($4.48) | ($448.00) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 300 | $4.32 | $1,296.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 200 | $4.32 | $864.00 |
| 10/6/2023 | 100 | ($4.48) | ($448.00) | 10/12/2023 | 5 | $4.32 | $21.60 |
| 10/6/2023 | 6 | ($4.48) | ($26.88) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 200 | $4.32 | $864.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 200 | $4.32 | $864.00 |
| 10/6/2023 | 100 | ($4.48) | ($448.00) | 10/12/2023 | 200 | $4.32 | $864.00 |
| 10/6/2023 | 400 | ($4.48) | ($1,792.00) | 10/12/2023 | 77 | $4.32 | $332.64 |
| 10/6/2023 | 100 | ($4.48) | ($448.00) | 10/12/2023 | 200 | $4.32 | $864.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 200 | $4.32 | $864.00 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 300 | ($4.48) | ($1,344.00) | 10/12/2023 | 22 | $4.32 | $95.04 |
| 10/6/2023 | 200 | ($4.48) | ($896.00) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 30 | ($4.34) | ($130.20) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 1280 | ($4.36) | ($5,580.80) | 10/12/2023 | 200 | $4.32 | $864.00 |
| 10/6/2023 | 220 | ($4.36) | ($959.20) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 1304 | ($4.36) | ($5,685.44) | 10/12/2023 | 100 | $4.32 | $432.00 |
| 10/6/2023 | 1538 | ($4.36) | ($6,705.68) | 10/12/2023 | 200 | $4.32 | $864.00 |
| 10/6/2023 | 62 | ($4.36) | ($270.32) | 10/12/2023 | 1 | $4.32 | $4.32 |
| 10/6/2023 | 148 | ($4.36) | ($645.28) | 10/12/2023 | 200 | $4.32 | $864.00 |
| 10/6/2023 | 148 | ($4.36) | ($645.28) | 10/12/2023 | 8200 | $4.32 | $35,424.00 |
| 10/6/2023 | 344 | ($4.36) | ($1,499.84) | 11/3/2023 | 193 | $4.24 | $818.32 |
| 10/6/2023 | 656 | ($4.36) | ($2,860.16) | 11/3/2023 | 300 | $4.18 | $1,254.00 |
| 10/9/2023 | 275 | ($4.40) | ($1,210.00) | 11/3/2023 | 300 | $4.18 | $1,254.00 |
| 10/9/2023 | 4000 | ($4.43) | ($17,720.00) | 11/3/2023 | 3 | $4.18 | $12.54 |
| 10/10/2023 | 8201 | ($4.48) | ($36,740.48) | 11/3/2023 | 100 | $4.18 | $418.00 |
| 10/10/2023 | 384 | ($4.48) | ($1,720.32) | 11/3/2023 | 200 | $4.18 | $836.00 |
| 10/10/2023 | 105 | ($4.48) | ($470.40) | 11/3/2023 | 100 | $4.18 | $418.00 |
| 10/10/2023 | 111 | ($4.48) | ($497.28) | 11/3/2023 | 100 | $4.18 | $418.00 |
| 10/10/2023 | 100 | ($4.48) | ($448.00) | 11/3/2023 | 500 | $4.18 | $2,090.00 |
| 10/10/2023 | 166 | ($4.48) | ($743.68) | 11/3/2023 | 100 | $4.18 | $418.00 |
| 10/10/2023 | 8 | ($4.48) | ($35.84) | 11/15/2023 | 1300 | $4.00 | $5,200.00 |
| 10/10/2023 | 600 | ($4.48) | ($2,688.00) | 11/15/2023 | 3425 | $4.15 | $14,213.75 |
| 10/10/2023 | 18 | ($4.48) | ($80.64) | 11/15/2023 | 1000 | $4.15 | $4,150.00 |
| 10/10/2023 | 16 | ($4.48) | ($71.68) | 11/15/2023 | 1000 | $4.16 | $4,160.00 |
| 10/10/2023 | 52 | ($4.48) | ($232.96) | 11/15/2023 | 800 | $4.25 | $3,400.00 |
| 10/10/2023 | 20 | ($4.48) | ($89.60) | 11/15/2023 | 500 | $4.26 | $2,130.00 |
| 10/10/2023 | 100 | ($4.48) | ($448.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/10/2023 | 320 | ($4.48) | ($1,433.60) | 11/15/2023 | 400 | $4.26 | $1,704.00 |
| 10/10/2023 | 3000 | ($4.48) | ($13,440.00) | 11/15/2023 | 216 | $4.25 | $918.00 |
| 10/10/2023 | 5032 | ($4.48) | ($22,543.36) | 11/15/2023 | 95 | $4.25 | $403.75 |
| 10/10/2023 | 1100 | ($4.48) | ($4,928.00) | 11/15/2023 | 25 | $4.25 | $106.25 |
| 10/10/2023 | 404 | ($4.48) | ($1,809.92) | 11/15/2023 | 610 | $4.25 | $2,592.50 |
| 10/10/2023 | 205 | ($4.48) | ($918.40) | 11/15/2023 | 54 | $4.25 | $229.50 |
| 10/10/2023 | 259 | ($4.48) | ($1,160.32) | 11/15/2023 | 1000 | $4.24 | $4,240.00 |
| 10/13/2023 | 3217 | ($4.15) | ($13,350.55) | 11/15/2023 | 244 | $4.26 | $1,039.44 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 10/13/2023 | 1433 | ($4.14) | ($5,932.62) | 11/15/2023 | 756 | $4.26 | $3,220.56 |
| 10/13/2023 | 1000 | ($4.15) | ($4,150.00) | 11/15/2023 | 1000 | $4.26 | $4,260.00 |
| 10/13/2023 | 400 | ($4.15) | ($1,660.00) | 11/15/2023 | 3200 | $4.24 | $13,568.00 |
| 10/13/2023 | 200 | ($4.14) | ($828.00) | 11/15/2023 | 6800 | $4.24 | $28,832.00 |
| 10/13/2023 | 100 | ($4.14) | ($414.00) | 11/15/2023 | 1000 | $4.24 | $4,240.00 |
| 10/13/2023 | 100 | ($4.14) | ($414.00) | 11/15/2023 | 200 | $4.22 | $844.00 |
| 10/13/2023 | 100 | ($4.14) | ($414.00) | 11/15/2023 | 100 | $4.22 | $422.00 |
| 10/13/2023 | 100 | ($4.14) | ($414.00) | 11/15/2023 | 400 | $4.22 | $1,688.00 |
| 10/13/2023 | 1000 | ($4.15) | ($4,150.00) | 11/15/2023 | 300 | $4.22 | $1,266.00 |
| 10/13/2023 | 1000 | ($4.14) | ($4,140.00) | 11/15/2023 | 8600 | $4.24 | $36,464.00 |
| 10/13/2023 | 1000 | ($4.15) | ($4,150.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 1000 | ($4.15) | ($4,150.00) | 11/15/2023 | 200 | $4.24 | $848.00 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 300 | $4.24 | $1,272.00 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 200 | ($4.12) | ($824.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 200 | ($4.12) | ($824.00) | 11/15/2023 | 200 | $4.24 | $848.00 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 100 | ($4.13) | ($413.00) | 11/15/2023 | 2156 | $4.25 | $9,163.00 |
| 10/13/2023 | 100 | ($4.13) | ($413.00) | 11/15/2023 | 1 | $4.25 | $4.25 |
| 10/13/2023 | 100 | ($4.13) | ($413.00) | 11/15/2023 | 5030 | $4.25 | $21,377.50 |
| 10/13/2023 | 1000 | ($4.13) | ($4,130.00) | 11/15/2023 | 1 | $4.25 | $4.25 |
| 10/13/2023 | 1000 | ($4.14) | ($4,140.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.15) | ($415.00) | 11/15/2023 | 1 | $4.25 | $4.25 |
| 10/13/2023 | 200 | ($4.15) | ($830.00) | 11/15/2023 | 100 | $4.25 | $425.00 |
| 10/13/2023 | 100 | ($4.15) | ($415.00) | 11/15/2023 | 400 | $4.25 | $1,700.00 |
| 10/13/2023 | 400 | ($4.15) | ($1,660.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.15) | ($415.00) | 11/15/2023 | 300 | $4.25 | $1,275.00 |
| 10/13/2023 | 100 | ($4.15) | ($415.00) | 11/15/2023 | 4 | $4.25 | $17.00 |
| 10/13/2023 | 6 | ($4.15) | ($24.90) | 11/15/2023 | 6 | $4.25 | $25.50 |
| 10/13/2023 | 100 | ($4.15) | ($415.00) | 11/15/2023 | 100 | $4.25 | $425.00 |
| 10/13/2023 | 200 | ($4.15) | ($830.00) | 11/15/2023 | 1 | $4.25 | $4.25 |
| 10/13/2023 | 300 | ($4.15) | ($1,245.00) | 11/15/2023 | 100 | $4.25 | $425.00 |
| 10/13/2023 | 100 | ($4.15) | ($415.00) | 11/15/2023 | 200 | $4.25 | $850.00 |
| 10/13/2023 | 200 | ($4.15) | ($830.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 200 | ($4.15) | ($830.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.15) | ($415.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.15) | ($415.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.15) | ($415.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 200 | ($4.15) | ($830.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.14) | ($414.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 200 | ($4.14) | ($828.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.14) | ($414.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.14) | ($414.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 6000 | ($4.14) | ($24,840.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 1 | ($4.13) | ($4.13) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.13) | ($413.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 200 | ($4.13) | ($826.00) | 11/15/2023 | 100 | $4.26 | $426.00 |
| 10/13/2023 | 100 | ($4.13) | ($413.00) | 11/15/2023 | 7000 | $4.23 | $29,610.00 |
| 10/13/2023 | 100 | ($4.13) | ($413.00) | 11/15/2023 | 3000 | $4.23 | $12,690.00 |
| 10/13/2023 | 1000 | ($4.13) | ($4,130.00) | 11/15/2023 | 8 | $4.24 | $33.92 |
| 10/13/2023 | 400 | ($4.13) | ($1,652.00) | 11/15/2023 | 8 | $4.24 | $33.92 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 185 | ($4.12) | ($762.20) | 11/15/2023 | 7079 | $4.24 | $30,014.96 |
| 10/13/2023 | 400 | ($4.12) | ($1,648.00) | 11/15/2023 | 84 | $4.24 | $356.16 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 200 | ($4.12) | ($824.00) | 11/15/2023 | 84 | $4.24 | $356.16 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 116 | $4.24 | $491.84 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 1600 | ($4.12) | ($6,592.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 1600 | ($4.12) | ($6,592.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 800 | ($4.12) | ($3,296.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 800 | ($4.12) | ($3,296.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 200 | ($4.12) | ($824.00) | 11/15/2023 | 200 | $4.24 | $848.00 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 200 | $4.24 | $848.00 |
| 10/13/2023 | 100 | ($4.12) | ($412.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 5 | ($4.10) | ($20.50) | 11/15/2023 | 7 | $4.24 | $29.68 |
| 10/13/2023 | 100 | ($4.10) | ($410.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 100 | ($4.10) | ($410.00) | 11/15/2023 | 6 | $4.24 | $25.44 |
| 10/13/2023 | 200 | ($4.10) | ($820.00) | 11/15/2023 | 94 | $4.24 | $398.56 |
| 10/13/2023 | 100 | ($4.10) | ($410.00) | 11/15/2023 | 6 | $4.24 | $25.44 |
| 10/13/2023 | 200 | ($4.10) | ($820.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 6 | ($4.10) | ($24.60) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 100 | ($4.10) | ($410.00) | 11/15/2023 | 100 | $4.24 | $424.00 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 10/13/2023 | 100 | ($4.10) | ($410.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 100 | ($4.10) | ($410.00) | 11/15/2023 | 7 | $4.24 | $29.68 |
| 10/13/2023 | 100 | ($4.10) | ($410.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 2900 | ($4.19) | ($12,151.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 1900 | ($4.19) | ($7,961.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 2000 | ($4.19) | ($8,380.00) | 11/15/2023 | 8 | $4.24 | $33.92 |
| 10/13/2023 | 1000 | ($4.19) | ($4,190.00) | 11/15/2023 | 93 | $4.24 | $394.32 |
| 10/13/2023 | 1000 | ($4.19) | ($4,190.00) | 11/15/2023 | 7 | $4.24 | $29.68 |
| 10/13/2023 | 500 | ($4.19) | ($2,095.00) | 11/15/2023 | 100 | $4.24 | $424.00 |
| 10/13/2023 | 500 | ($4.19) | ($2,095.00) | 11/17/2023 | 1000 | $4.08 | $4,080.00 |
| 10/13/2023 | 200 | ($4.18) | ($836.00) | 11/17/2023 | 200 | $3.99 | $798.00 |
| 10/13/2023 | 3902 | ($4.27) | ($16,661.54) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/13/2023 | 5853 | ($4.27) | ($24,992.31) | 11/17/2023 | 196 | $3.99 | $782.04 |
| 10/13/2023 | 100 | ($4.28) | ($428.00) | 11/17/2023 | 50 | $3.99 | $199.50 |
| 10/13/2023 | 150 | ($4.28) | ($642.00) | 11/17/2023 | 217 | $3.99 | $865.83 |
| 10/13/2023 | 81 | ($4.27) | ($345.87) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/13/2023 | 1 | ($4.27) | ($4.27) | 11/17/2023 | 200 | $3.99 | $798.00 |
| 10/13/2023 | 163 | ($4.27) | ($696.01) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/13/2023 | 100 | ($4.24) | ($424.00) | 11/17/2023 | 300 | $3.99 | $1,197.00 |
| 10/13/2023 | 100 | ($4.24) | ($424.00) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/13/2023 | 15 | ($4.24) | ($63.60) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/13/2023 | 200 | ($4.24) | ($848.00) | 11/17/2023 | 200 | $3.99 | $798.00 |
| 10/13/2023 | 300 | ($4.24) | ($1,272.00) | 11/17/2023 | 400 | $3.99 | $1,596.00 |
| 10/13/2023 | 100 | ($4.24) | ($424.00) | 11/17/2023 | 220 | $3.99 | $877.80 |
| 10/13/2023 | 100 | ($4.24) | ($424.00) | 11/17/2023 | 211 | $3.99 | $841.89 |
| 10/13/2023 | 1 | ($4.24) | ($4.24) | 11/17/2023 | 10 | $3.99 | $39.90 |
| 10/13/2023 | 100 | ($4.24) | ($424.00) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/13/2023 | 100 | ($4.24) | ($424.00) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/13/2023 | 1000 | ($3.99) | ($3,990.00) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/24/2023 | 100 | ($4.00) | ($400.00) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/24/2023 | 1100 | ($4.00) | ($4,400.00) | 11/17/2023 | 95 | $3.99 | $379.05 |
| 10/24/2023 | 800 | ($4.00) | ($3,200.00) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/24/2023 | 100 | ($4.00) | ($400.00) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/24/2023 | 775 | ($4.00) | ($3,100.00) | 11/17/2023 | 300 | $3.99 | $1,197.00 |
| 10/24/2023 | 100 | ($4.00) | ($400.00) | 11/17/2023 | 200 | $3.99 | $798.00 |
| 10/24/2023 | 100 | ($4.00) | ($400.00) | 11/17/2023 | 1 | $3.99 | $3.99 |
| 10/24/2023 | 1 | ($4.00) | ($4.00) | 11/17/2023 | 100 | $3.99 | $399.00 |
| 10/24/2023 | 93 | ($4.00) | ($372.00) | 11/17/2023 | 2000 | $3.99 | $7,980.00 |
| 10/24/2023 | 246 | ($4.00) | ($984.00) | 11/17/2023 | 2000 | $3.99 | $7,980.00 |
| 10/24/2023 | 34 | ($4.00) | ($136.00) | 11/17/2023 | 721 | $3.99 | $2,876.79 |
| 10/24/2023 | 60 | ($4.00) | ($240.00) | 11/17/2023 | 1279 | $3.99 | $5,103.21 |
| 10/24/2023 | 1 | ($4.00) | ($4.00) | 11/20/2023 | 4,417 | $3.82 | $2,227.06 |
| 10/24/2023 | 1000 | ($4.01) | ($4,010.00) | 11/20/2023 | 583 | $3.82 | $16,872.94 |
| 10/24/2023 | 1000 | ($4.01) | ($4,010.00) | 11/20/2023 | 600 | $4.09 | $2,454.00 |
| 10/24/2023 | 400 | ($4.01) | ($1,604.00) | 11/20/2023 | 200 | $4.09 | $818.00 |
| 10/24/2023 | 100 | ($4.01) | ($401.00) | 11/20/2023 | 2000 | $4.09 | $8,180.00 |
| 10/24/2023 | 200 | ($4.01) | ($802.00) | 11/20/2023 | 200 | $4.10 | $820.00 |
| 10/24/2023 | 300 | ($4.01) | ($1,203.00) | 11/20/2023 | 400 | $4.10 | $1,640.00 |
| 10/24/2023 | 400 | ($4.02) | ($1,608.00) | 11/20/2023 | 1000 | $4.10 | $4,100.00 |
| 10/24/2023 | 200 | ($4.02) | ($804.00) | 11/20/2023 | 400 | $4.10 | $1,640.00 |
| 10/24/2023 | 400 | ($4.02) | ($1,608.00) | 11/20/2023 | 1000 | $4.10 | $4,100.00 |
| 11/6/2023 | 1 | ($4.09) | ($4.09) | 11/20/2023 | 1000 | $4.09 | $4,090.00 |
| 11/6/2023 | 678 | ($4.01) | ($2,718.78) | 11/20/2023 | 1000 | $4.09 | $4,090.00 |
| 11/6/2023 | 822 | ($4.01) | ($3,296.22) | 11/20/2023 | 144 | $4.10 | $590.40 |
| 11/6/2023 | 1000 | ($4.02) | ($4,020.00) | 11/20/2023 | 161 | $4.10 | $660.10 |
| 11/16/2023 | 343 | ($3.88) | ($1,330.84) | 11/20/2023 | 693 | $4.10 | $2,841.30 |
| 11/16/2023 | 800 | ($3.88) | ($3,104.00) | 11/20/2023 | 2 | $4.10 | $8.20 |
| 11/16/2023 | 492 | ($3.88) | ($1,908.96) | 11/20/2023 | 1000 | $4.09 | $4,090.00 |
| 11/16/2023 | 14 | ($3.88) | ($54.32) | 11/22/2023 | 300 | $3.21 | $963.00 |
| 11/16/2023 | 1300 | ($3.88) | ($5,044.00) | 12/13/2023 | 70 | $6.36 | $445.20 |
| 11/16/2023 | 80 | ($3.88) | ($310.40) | 12/13/2023 | 200 | $3.21 | $642.00 |
| 11/16/2023 | 492 | ($3.88) | ($1,908.96) | 12/13/2023 | 900 | $3.21 | $2,889.00 |
| 11/16/2023 | 100 | ($3.88) | ($388.00) | 12/13/2023 | 1800 | $3.21 | $5,778.00 |
| 11/16/2023 | 797 | ($3.88) | ($3,092.36) | 12/13/2023 | 1207 | $3.21 | $3,874.47 |
| 11/16/2023 | 800 | ($3.88) | ($3,104.00) | 12/13/2023 | 900 | $3.21 | $2,889.00 |
| 11/16/2023 | 82 | ($3.88) | ($318.16) | 12/13/2023 | 548 | $3.22 | $1,764.56 |
| 11/16/2023 | 2300 | ($3.88) | ($8,924.00) | 12/13/2023 | 1869 | $3.22 | $6,018.18 |
| 11/16/2023 | 100 | ($3.88) | ($388.00) | 12/13/2023 | 38 | $3.22 | $122.36 |
| 11/16/2023 | 100 | ($3.88) | ($388.00) | 12/13/2023 | 185 | $3.22 | $595.70 |
| 11/16/2023 | 400 | ($3.88) | ($1,552.00) | 12/13/2023 | 600 | $3.22 | $1,932.00 |
| 11/16/2023 | 100 | ($3.88) | ($388.00) | 12/13/2023 | 100 | $3.22 | $322.00 |
| 11/16/2023 | 400 | ($3.88) | ($1,552.00) | 12/13/2023 | 119 | $3.22 | $383.18 |
| 11/16/2023 | 100 | ($3.88) | ($388.00) | 12/13/2023 | 548 | $3.22 | $1,764.56 |
| 11/16/2023 | 100 | ($3.88) | ($388.00) | 12/13/2023 | 1300 | $3.22 | $4,186.00 |
| 11/16/2023 | 100 | ($3.88) | ($388.00) | | | | |
| 11/16/2023 | 100 | ($3.88) | ($388.00) | | | | |
| 11/16/2023 | 200 | ($3.88) | ($776.00) | | | | |

| Date | Quantity | Price | Total |
|---|---|---|---|
| 11/16/2023 | 100 | ($3.88) | ($388.00) |
| 11/16/2023 | 100 | ($3.88) | ($388.00) |
| 11/16/2023 | 100 | ($3.88) | ($388.00) |
| 11/16/2023 | 100 | ($3.88) | ($388.00) |
| 11/16/2023 | 100 | ($3.88) | ($388.00) |
| 11/16/2023 | 100 | ($3.88) | ($388.00) |
| 11/16/2023 | 100 | ($3.88) | ($388.00) |
| 11/16/2023 | 500 | ($4.05) | ($2,025.00) |
| 11/16/2023 | 5837 | ($4.05) | ($23,639.85) |
| 11/16/2023 | 500 | ($4.05) | ($2,025.00) |
| 11/16/2023 | 1000 | ($4.05) | ($4,050.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 163 | ($4.04) | ($658.52) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 200 | ($4.04) | ($808.00) |
| 11/16/2023 | 100 | ($4.04) | ($404.00) |
| 11/16/2023 | 100 | ($3.98) | ($398.00) |
| 11/16/2023 | 100 | ($3.98) | ($398.00) |
| 11/16/2023 | 200 | ($3.98) | ($796.00) |
| 11/16/2023 | 100 | ($3.98) | ($398.00) |
| 11/16/2023 | 200 | ($3.98) | ($796.00) |
| 11/16/2023 | 100 | ($3.98) | ($398.00) |
| 11/16/2023 | 100 | ($3.98) | ($398.00) |
| 11/16/2023 | 100 | ($3.98) | ($398.00) |
| 11/16/2023 | 100 | ($3.98) | ($398.00) |
| 11/16/2023 | 100 | ($3.98) | ($398.00) |
| 11/16/2023 | 100 | ($3.98) | ($398.00) |
| 11/17/2023 | 5000 | ($3.94) | ($19,700.00) |
| 11/17/2023 | 4244 | ($3.95) | ($16,763.80) |
| 11/17/2023 | 756 | ($3.95) | ($2,986.20) |
| 11/17/2023 | 1000 | ($3.96) | ($3,960.00) |
| 11/17/2023 | 667 | ($3.96) | ($2,641.32) |
| 11/17/2023 | 233 | ($3.96) | ($922.68) |
| 11/17/2023 | 100 | ($3.96) | ($396.00) |
| 11/20/2023 | 25 | ($4.01) | ($100.25) |
| 11/20/2023 | 200 | ($4.01) | ($802.00) |
| 11/20/2023 | 427 | ($4.01) | ($1,712.27) |
| 11/20/2023 | 335 | ($4.01) | ($1,343.35) |
| 11/20/2023 | 600 | ($4.01) | ($2,406.00) |
| 11/20/2023 | 36 | ($4.01) | ($144.36) |
| 11/20/2023 | 536 | ($4.01) | ($2,149.36) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 200 | ($4.01) | ($802.00) |
| 11/20/2023 | 300 | ($4.01) | ($1,203.00) |
| 11/20/2023 | 16 | ($4.01) | ($64.16) |
| 11/20/2023 | 300 | ($4.01) | ($1,203.00) |
| 11/20/2023 | 102 | ($4.01) | ($409.02) |
| 11/20/2023 | 500 | ($4.01) | ($2,005.00) |
| 11/20/2023 | 26 | ($4.01) | ($104.26) |
| 11/20/2023 | 2 | ($4.01) | ($8.02) |
| 11/20/2023 | 400 | ($4.01) | ($1,604.00) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 36 | ($4.01) | ($144.36) |
| 11/20/2023 | 311 | ($4.01) | ($1,247.11) |
| 11/20/2023 | 51 | ($4.01) | ($204.51) |
| 11/20/2023 | 12 | ($4.01) | ($48.12) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |

| Date | Quantity | Rate | Amount |
|---|---|---|---|
| 11/20/2023 | 555 | ($4.01) | ($2,225.55) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 100 | ($4.01) | ($401.00) |
| 11/20/2023 | 713 | ($4.01) | ($2,859.13) |
| 11/20/2023 | 98 | ($4.01) | ($392.98) |
| 11/20/2023 | 85 | ($4.01) | ($340.85) |
| 11/20/2023 | 1111 | ($4.01) | ($4,455.11) |
| 11/20/2023 | 174 | ($4.02) | ($699.48) |
| 11/20/2023 | 3311 | ($4.02) | ($13,310.22) |
| 11/20/2023 | 856 | ($4.02) | ($3,441.12) |
| 11/20/2023 | 659 | ($4.02) | ($2,649.18) |
| 11/20/2023 | 2169 | ($4.01) | ($8,697.69) |
| 11/20/2023 | 2831 | ($4.01) | ($11,352.31) |
| 11/20/2023 | 100 | ($4.06) | ($406.00) |
| 11/20/2023 | 600 | ($4.06) | ($2,436.00) |
| 11/20/2023 | 100 | ($4.06) | ($406.00) |
| 11/20/2023 | 100 | ($4.06) | ($406.00) |
| 11/20/2023 | 200 | ($4.06) | ($812.00) |
| 11/20/2023 | 100 | ($4.06) | ($406.00) |
| 11/20/2023 | 600 | ($4.06) | ($2,436.00) |
| 11/20/2023 | 400 | ($4.06) | ($1,624.00) |
| 11/20/2023 | 100 | ($4.06) | ($406.00) |
| 11/20/2023 | 100 | ($4.06) | ($406.00) |
| 11/20/2023 | 100 | ($4.06) | ($406.00) |
| 11/20/2023 | 100 | ($4.06) | ($406.00) |
| 11/20/2023 | 800 | ($4.06) | ($3,248.00) |
| 11/20/2023 | 200 | ($4.06) | ($812.00) |
| 11/20/2023 | 600 | ($4.06) | ($2,436.00) |
| 11/20/2023 | 800 | ($4.06) | ($3,248.00) |
| 11/20/2023 | 2800 | ($4.06) | ($11,368.00) |
| 11/20/2023 | 200 | ($4.06) | ($812.00) |
| 11/20/2023 | 2000 | ($4.06) | ($8,120.00) |
| 11/21/2023 | 171 | ($3.81) | ($651.51) |
| 11/21/2023 | 267 | ($3.81) | ($1,017.27) |
| 11/21/2023 | 105 | ($3.81) | ($400.05) |
| 11/21/2023 | 232 | ($3.81) | ($883.92) |
| 11/21/2023 | 196 | ($3.81) | ($746.76) |
| 11/21/2023 | 353 | ($3.81) | ($1,344.93) |
| 11/21/2023 | 957 | ($3.81) | ($3,646.17) |
| 11/21/2023 | 668 | ($3.81) | ($2,545.08) |
| 11/21/2023 | 1147 | ($3.81) | ($4,370.07) |
| 11/21/2023 | 804 | ($3.81) | ($3,063.24) |
| 11/21/2023 | 100 | ($3.81) | ($381.00) |
| 11/21/2023 | 1000 | ($3.81) | ($3,810.00) |
| 11/21/2023 | 142 | ($3.82) | ($542.44) |
| 11/21/2023 | 858 | ($3.82) | ($3,277.56) |
| 11/21/2023 | 300 | ($3.82) | ($1,146.00) |
| 11/21/2023 | 300 | ($3.82) | ($1,146.00) |
| 11/21/2023 | 300 | ($3.82) | ($1,146.00) |
| 11/21/2023 | 100 | ($3.82) | ($382.00) |
| 11/22/2023 | 83 | ($3.70) | ($307.10) |
| 11/22/2023 | 1700 | ($3.70) | ($6,290.00) |
| 11/22/2023 | 700 | ($3.70) | ($2,590.00) |
| 11/22/2023 | 732 | ($3.70) | ($2,708.40) |
| 11/22/2023 | 1400 | ($3.70) | ($5,180.00) |
| 11/22/2023 | 385 | ($3.70) | ($1,424.50) |
| 11/28/2023 | 1100 | ($3.51) | ($3,861.00) |
| 11/28/2023 | 1139 | ($3.51) | ($3,997.89) |
| 11/28/2023 | 1200 | ($3.51) | ($4,212.00) |
| 11/28/2023 | 152 | ($3.51) | ($533.52) |
| 11/28/2023 | 11 | ($3.51) | ($38.61) |
| 11/28/2023 | 600 | ($3.51) | ($2,106.00) |
| 11/28/2023 | 2448 | ($3.51) | ($8,592.48) |
| 11/28/2023 | 279 | ($3.51) | ($979.29) |
| 11/28/2023 | 521 | ($3.51) | ($1,828.71) |
| 11/28/2023 | 400 | ($3.51) | ($1,404.00) |
| 11/28/2023 | 700 | ($3.51) | ($2,457.00) |
| 11/30/2023 | 4000 | ($3.11) | ($12,440.00) |
| 11/30/2023 | 6000 | ($3.11) | ($18,660.00) |
| 11/30/2023 | 483 | ($3.16) | ($1,526.28) |
| 11/30/2023 | 517 | ($3.16) | ($1,633.72) |
| 11/30/2023 | 100 | ($3.16) | ($316.00) |
| 11/30/2023 | 299 | ($3.16) | ($944.84) |
| 11/30/2023 | 201 | ($3.16) | ($635.16) |
| 11/30/2023 | 400 | ($3.16) | ($1,264.00) |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 11/30/2023 | 2000 | ($3.16) | ($6,320.00) |
| 11/30/2023 | 1000 | ($3.16) | ($3,160.00) |
| 11/30/2023 | 13 | ($3.17) | ($41.21) |
| 11/30/2023 | 187 | ($3.17) | ($592.79) |
| 11/30/2023 | 200 | ($3.17) | ($634.00) |
| 11/30/2023 | 100 | ($3.17) | ($317.00) |
| 11/30/2023 | 500 | ($3.17) | ($1,585.00) |
| 11/30/2023 | 1000 | ($3.17) | ($3,170.00) |
| 11/30/2023 | 1000 | ($3.18) | ($3,180.00) |
| 11/30/2023 | 1000 | ($3.18) | ($3,180.00) |
| 11/30/2023 | 150 | ($3.23) | ($484.50) |
| 11/30/2023 | 100 | ($3.23) | ($323.00) |
| 11/30/2023 | 400 | ($3.23) | ($1,292.00) |
| 11/30/2023 | 100 | ($3.23) | ($323.00) |
| 11/30/2023 | 400 | ($3.23) | ($1,292.00) |
| 11/30/2023 | 165 | ($3.24) | ($534.60) |
| 11/30/2023 | 26 | ($3.24) | ($84.24) |
| 11/30/2023 | 165 | ($3.24) | ($534.60) |
| 11/30/2023 | 165 | ($3.24) | ($534.60) |
| 11/30/2023 | 165 | ($3.24) | ($534.60) |
| 11/30/2023 | 165 | ($3.24) | ($534.60) |
| 11/30/2023 | 149 | ($3.24) | ($482.76) |
| 11/30/2023 | 1000 | ($3.25) | ($3,250.00) |
| 11/30/2023 | 1000 | ($3.26) | ($3,260.00) |
| 11/30/2023 | 400 | ($3.27) | ($1,308.00) |
| 11/30/2023 | 600 | ($3.27) | ($1,962.00) |
| 11/30/2023 | 1000 | ($3.28) | ($3,280.00) |
| 11/30/2023 | 23 | ($3.28) | ($75.44) |
| 11/30/2023 | 377 | ($3.28) | ($1,236.56) |
| 11/30/2023 | 278 | ($3.28) | ($911.84) |
| 11/30/2023 | 22 | ($3.28) | ($72.16) |
| 11/30/2023 | 166 | ($3.28) | ($544.48) |
| 11/30/2023 | 100 | ($3.28) | ($328.00) |
| 11/30/2023 | 25 | ($3.28) | ($82.00) |
| 11/30/2023 | 9 | ($3.28) | ($29.52) |
| 11/30/2023 | 141 | ($3.29) | ($463.89) |
| 11/30/2023 | 859 | ($3.29) | ($2,826.11) |
| 11/30/2023 | 300 | ($3.30) | ($990.00) |
| 11/30/2023 | 300 | ($3.30) | ($990.00) |
| 11/30/2023 | 400 | ($3.30) | ($1,320.00) |
| 12/13/2023 | 100 | ($2.92) | ($292.00) |
| 12/13/2023 | 400 | ($2.92) | ($1,168.00) |
| 12/13/2023 | 144 | ($2.92) | ($420.48) |
| 12/13/2023 | 5747 | ($2.94) | ($16,896.18) |
| 12/13/2023 | 872 | ($2.94) | ($2,563.68) |
| 12/13/2023 | 3381 | ($2.94) | ($9,940.14) |
| 12/13/2023 | 900 | ($2.96) | ($2,664.00) |
| 12/13/2023 | 978 | ($2.96) | ($2,894.88) |
| 12/13/2023 | 600 | ($2.96) | ($1,776.00) |
| 12/13/2023 | 900 | ($2.96) | ($2,664.00) |
| 12/13/2023 | 900 | ($2.98) | ($2,682.00) |
| 12/13/2023 | 12 | ($2.99) | ($35.88) |
| 12/13/2023 | 400 | ($2.99) | ($1,196.00) |
| 12/13/2023 | 100 | ($2.99) | ($299.00) |
| 12/13/2023 | 200 | ($2.99) | ($598.00) |
| 12/13/2023 | 288 | ($2.99) | ($861.12) |
| 12/28/2023 | 253 | ($3.49) | ($882.97) |
| 12/28/2023 | 100 | ($3.49) | ($349.00) |
| 12/28/2023 | 100 | ($3.49) | ($349.00) |
| 12/28/2023 | 290 | ($3.49) | ($1,012.10) |
| 12/28/2023 | 47 | ($3.49) | ($164.03) |
| 12/28/2023 | 702 | ($3.52) | ($2,471.04) |
| 12/28/2023 | 750 | ($3.51) | ($2,632.50) |
| 12/28/2023 | 48 | ($3.52) | ($168.96) |
| 12/28/2023 | 302 | ($3.54) | ($1,069.08) |
| 12/28/2023 | 17 | ($3.54) | ($60.18) |
| 12/28/2023 | 83 | ($3.54) | ($293.82) |
| 12/28/2023 | 61 | ($3.54) | ($215.94) |
| 12/28/2023 | 400 | ($3.54) | ($1,416.00) |
| 12/28/2023 | 20 | ($3.54) | ($70.80) |
| 12/28/2023 | 317 | ($3.54) | ($1,122.18) |
| 12/28/2023 | 300 | ($3.54) | ($1,062.00) |
| 12/28/2023 | 1431 | ($3.56) | ($5,094.36) |
| 12/28/2023 | 13 | ($3.56) | ($46.28) |
| 12/28/2023 | 6 | ($3.56) | ($21.36) |
| 12/28/2023 | 11 | ($3.56) | ($39.16) |
| 12/28/2023 | 11 | ($3.56) | ($39.16) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/28/2023 | 7 | ($3.56) | ($24.92) | | | | |
| 12/28/2023 | 7 | ($3.56) | ($24.92) | | | | |
| 12/28/2023 | 5 | ($3.56) | ($17.80) | | | | |
| 12/28/2023 | 9 | ($3.56) | ($32.04) | | | | |
| | 356,313 | | ($1,508,612.36) | 250,606 | $1,107,473.61 | 105,707 | $208,169.04 | ($192,969.71) |