POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Wu Ting and*
*Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DADA NEXUS LIMITED, JEFF HUIJIAN HE, and BECK ZHAOMING CHEN,<br><br>Defendants. | Case No. 2:24-cv-00239-SVW-BFM<br><br>**NOTICE OF MOTION OF WU TING FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>DATE:  April 8, 2024<br>TIME:  1:30 p.m.<br>JUDGE:  Stephen V. Wilson<br>CTRM:  10A |

NOTICE OF MOTION - 2:24-cv-00239-SVW-BFM

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Wu Ting ("Ting"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Ting as Lead Plaintiff on behalf of a class (the "Class") consisting of persons or entities who purchased or otherwise acquired Dada Nexus Limited securities between May 11, 2023 and January 8, 2024, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Ting submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Ting is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference must take place at least 7 days prior to the filing of the motion." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is March 11, 2024, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(I)-(II). Ting will thus not know the identities of the other putative Class members who intend to

file competing Lead Plaintiff motions until March 12, 2024—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Ting's motion papers impracticable.   Under these circumstances, Ting respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated:  March 11, 2024

Respectfully submitted,

POMERANTZ LLP

/s/ Jennifer Pafiti
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

Counsel for Movant Wu Ting and
Proposed Lead Counsel for the Class

HAO LAW FIRM
Junbo Hao
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

Additional Counsel for Movant Wu Ting

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti