# EXHIBIT A

**Dada Nexus Limited (DADA)**
**Class Period: May 11, 2023 to January 8, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 61-Days* Mean Price $1.9516 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wu Ting | 5/18/2023 | 3,500 | $5.8100 | ($20,335) | | | | | | | |
| Wu Ting | 5/25/2023 | 3,390 | $5.2100 | ($17,662) | | | | | | | |
| Wu Ting | 5/25/2023 | 1,470 | $5.1100 | ($7,512) | | | | | | | |
| Wu Ting | 5/25/2023 | 2,000 | $5.1000 | ($10,200) | | | | | | | |
| Wu Ting | 5/26/2023 | 3,000 | $5.2300 | ($15,690) | | | | | | | |
| Wu Ting | 5/31/2023 | 2,641 | $4.6900 | ($12,386) | | | | | | | |
| Wu Ting | 6/28/2023 | 1,640 | $5.2800 | ($8,659) | | | | | | | |
| Wu Ting | 6/30/2023 | 5,000 | $5.3200 | ($26,600) | | | | | | | |
| Wu Ting | 8/31/2023 | 4,000 | $5.4500 | ($21,800) | | | | | | | |
| Wu Ting | 9/19/2023 | 1,382 | $4.3800 | ($6,053) | | | | | | | |
| Wu Ting | 9/20/2023 | 2,024 | $4.4600 | ($9,027) | | | | | | | |
| Wu Ting | 9/27/2023 | 1,540 | $4.3300 | ($6,668) | | | | | | | |
| Wu Ting | 9/27/2023 | 4,720 | $4.3000 | ($20,296) | | | | | | | |
| Wu Ting | 9/27/2023 | 1,880 | $4.3100 | ($8,103) | | | | | | | |
| Wu Ting | 9/28/2023 | 5,855 | $4.2300 | ($24,767) | | | | | | | |
| Wu Ting | 11/6/2023 | 4,540 | $4.2200 | ($19,159) | | | | | | | |
| Wu Ting | 11/13/2023 | 3,070 | $3.6200 | ($11,113) | | | | | | | |
| Wu Ting | 11/13/2023 | 2,380 | $3.5800 | ($8,520) | | | | | | | |
| Wu Ting | 11/13/2023 | 1,374 | $3.6000 | ($4,946) | | | | | | | |
| Wu Ting | 11/13/2023 | 542 | $3.6300 | ($1,967) | | | | | | | |
| Wu Ting | 11/14/2023 | 2,622 | $3.6400 | ($9,544) | | | | | | | |
| Wu Ting | 11/14/2023 | 2,191 | $3.7000 | ($8,107) | | | | | | | |
| Wu Ting | 11/14/2023 | 5,104 | $3.7100 | ($18,936) | | | | | | | |
| Wu Ting | 11/24/2023 | 6,552 | $3.8600 | ($25,291) | | | | | | | |
| Wu Ting | 11/24/2023 | 2,698 | $3.8000 | ($10,252) | | | | | | | |
| Wu Ting | 11/29/2023 | 6,104 | $3.4500 | ($21,059) | | | | | | | |
| Wu Ting | 11/29/2023 | 6,178 | $3.4200 | ($21,129) | | | | | | | |
| Wu Ting | 11/30/2023 | 4,079 | $3.2400 | ($13,216) | | | | | | | |
| Wu Ting | 11/30/2023 | 2,188 | $3.2400 | ($7,089) | | | | | | | |
| Wu Ting | 11/30/2023 | 2,771 | $3.1700 | ($8,784) | | | | | | | |
| Wu Ting | 11/30/2023 | 723 | $3.1900 | ($2,306) | | | | | | | |
| Wu Ting | 11/30/2023 | 434 | $3.1700 | ($1,376) | | | | | | | |

*Avg Closing Prices from January 8, 2024 to March 8, 2024

**Dada Nexus Limited (DADA)**
**Class Period: May 11, 2023 to January 8, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 61-Days* Mean Price $1.9516 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wu Ting | 12/1/2023 | 1,386 | $3.0600 | ($4,241) | | | | | | | |
| Wu Ting | 12/1/2023 | 6,377 | $3.1100 | ($19,832) | | | | | | | |
| Wu Ting | 12/1/2023 | 1,194 | $3.1400 | ($3,749) | | | | | | | |
| Wu Ting | 12/6/2023 | 3,182 | $3.1800 | ($10,119) | | | | | | | |
| Wu Ting | 12/6/2023 | 1,796 | $3.1800 | ($5,711) | | | | | | | |
| Wu Ting | 12/13/2023 | 2,211 | $2.9300 | ($6,478) | | | | | | | |
| Wu Ting | 12/15/2023 | 3,682 | $3.1700 | ($11,672) | | | | | | | |
| Wu Ting | 12/15/2023 | 2,821 | $3.1400 | ($8,858) | | | | | | | |
| Wu Ting | 12/18/2023 | 1,865 | $3.1000 | ($5,782) | | | | | | | |
| Wu Ting | 12/19/2023 | 646 | $3.1000 | ($2,003) | | | | | | | |
| Wu Ting | 12/19/2023 | 602 | $3.1100 | ($1,872) | | | | | | | |
| Wu Ting | 12/19/2023 | 2,525 | $3.1300 | ($7,903) | | | | | | | |
| **Wu Ting** | | **125,879** | | **($496,774)** | | **0** | | **$0** | **125,879** | **$245,669** | **($251,105)** |

*Avg Closing Prices from January 8, 2024 to March 8, 2024