Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, AND JD.COM, INC. <br><br> Defendants. | Case No. 2:24-cv-00239-SVW-BFM <br><br> **AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br> <u>CLASS ACTION</u> <br><br> JURY TRIAL DEMANDED |

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

# TABLE OF CONTENTS

NATURE OF THE ACTION ...................................................................................1

JURISDICTION AND VENUE ...............................................................................2

PARTIES ................................................................................................................3

SUBSTANTIVE ALLEGATIONS..........................................................................9

I.      Background ..........................................................................................9

II.     Dada's Achievement of Remarkable Quarterly Revenue Growth Forecasts Since Q4 2022 ...................................................................12

III.    From Boom to Bust: Dada's Inflated Revenues Gradually Exposed .14

        a.    December 19, 2023 Disclosure.................................................14

        b.    January 8, 2024 Disclosure......................................................14

        c.    March 5, 2024 Disclosure .......................................................18

        d.    March 25, 2024 Disclosure .....................................................23

        e.    April 22, 2024 Disclosure.......................................................27

IV.     Cooking the Books: Dada's Recipe for Inflating Revenues Explained ...............................................................................................................30

V.      Defendants Had Knowledge of the Ongoing Fraud ...........................32

VI.     Materially False and Misleading Statements or Omissions During The Class Period ......................................................................................36

        a.    Q4 2022 Form 6-K...................................................................36

        b.    2022 Annual Report.................................................................42

i

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

     c.    **Q1 2023 Form 6-K**...................................................................**49**

     d.    **Q2 2023 Form 6-K**...................................................................**53**

     e.    **Q3 2023 Form 6-K**...................................................................**56**

**VII.   The Truth Began To Emerge Through Partial Corrective Disclosures**...................................................................................................**58**

**PLAINTIFF'S CLASS ACTION ALLEGATIONS**.........................................**59**

**COUNTS**.........................................................................................................**62**

  **COUNT I**.....................................................................................................**62**

  **COUNT II** ...................................................................................................**64**

**PRAYER FOR RELIEF** ...............................................................................**65**

**JURY TRIAL DEMANDED** ........................................................................**66**

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

Lead Plaintiff Senthil Subramanian and named Plaintiff Yan Wang ("Plaintiffs"), individually and on behalf of all other persons similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' complaint against Defendants (defined below), allege the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, among other things, the investigation conducted by and through his attorneys, which included, among other things, a review of the Defendants' public documents, public filings, wire and press releases published by and regarding Dada Nexus Limited ("Dada" or the "Company"), and information readily obtainable on the Internet. Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## **NATURE OF THE ACTION**

1. This is a class action on behalf of persons or entities who purchased Dada American Depository Shares ("ADS") between March 9, 2023 and April 22, 2024, inclusive (the "Class Period"). Plaintiffs seek to recover compensable damages caused by Defendants' violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

2. Dada is an online platform for local on-demand retail and delivery in China and has been publicly traded on NASDAQ since June 2020. During the Class Period, Defendants engaged in a fraudulent scheme of "roundtripping" fake transactions to inflate revenue for the quarters ended December 31, 2022, March 31, 2023, June 30, 2023, and September 30, 2023 ("4Q 2022," "Q1 2023," "Q2 2023," and "Q3 2023," respectively). This fraudulent scheme was designed to meet the Company's revenue projections – which the Company would otherwise have missed.

1

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

3.      Specifically, Defendants provided funds to third parties involved in the roundtripping scheme who used those funds to purchase online advertising and marketing services from Dada. Dada then recorded these "sales" as revenue.

4.      Indeed, Dada later admitted that these transactions involving Dada's online advertising and marketing services were comprised of "payments from certain upstream customers and disbursements of cash funds to certain downstream vendors of virtually identical amounts that lacked any apparent business substance, were not supported by credible documents, business records or other evidence, and, in certain cases, involved customers and vendors with undisclosed connections," just to "meet revenue targets."

5.      As a result of the unlawful roundtripping scheme, approximately RMB 568 million (approximately US$78.4 million) of revenue from online advertising and marketing services and RMB576 million (approximately US$79.5 million) of operations and support costs were overstated during the Class Period. Specifically, the Company's net revenue was materially overstated by approximately RMB69 million in Q4 2022, RMB40 million in Q1 2023, RMB214 million in Q2 2023, and RMB245 million in Q3 2023, respectively. The Company's operations and support costs were overstated by approximately RMB70 million in Q4 2022, RMB42 million in Q1 2023, RMB214 million in Q2 2023, and RMB250 million in Q3 2023, respectively.

6.      When the truth of the roundtripping scheme was revealed through partial disclosures and/or materialized, Dada's ADSs lost more than half of their value, devastating class members.

## JURISDICTION AND VENUE

7.      The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

2

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

8. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and Section 27 of the Exchange Act (15 U.S.C. §78aa).

9. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)) as the alleged misstatements entered and the subsequent damages took place in this judicial district. Dada's securities trade on the Nasdaq Global Market ("NASDAQ"). Accordingly, there are investors of Dada's securities located within the U.S., some of whom reside in this Judicial District.

10. In connection with the acts, conduct and other wrongs alleged in this complaint, Defendants (defined below), directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

11. Lead Plaintiff Senthil Subramanian purchased Dada ADSs during the Class Period as set forth in his PSLRA Certification on file with the Court (Dkt. Nos. 14-2, 14-3) and referenced herein, and has suffered damages as a result of the violations of the federal securities laws alleged herein.

12. Named plaintiff Yan Wang purchased Dada ADSs during the Class Period as set forth in her PSLRA Certification on file with the Court (Dkt. No. 1-1) and referenced herein, and has suffered damages as a result of the violations of the federal securities laws alleged herein.

13. Dada is a platform for local on-demand retail and delivery in China. The Company operates JD-Daojia ("JDDJ"), one of China's largest local on-demand retail platforms for retailers and brand owners, and Dada Now, a leading

3

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

local on-demand delivery platform open to merchants and individual senders across various industries and product categories.

14.	The Company is incorporated in the Cayman Islands and its principal place of business is located at 22/F Oriental Fisherman's Wharf, No. 1088 Yangshupu Road, Yangpu District, Shanghai, 200082, People's Republic of China ("PRC"). Dada's securities trade on NASDAQ under the ticker symbol "DADA."

15.	Defendant Jeff Huijian He ("He") served as the Company's President and director beginning August 2022.

16.	Defendant Beck Zhaoming Chen ("Chen") served as the Company's Chief Financial Officer ("CFO") from 2019 to December 2023.

17.	Defendant Laura Marie Butler ("Butler") served as an independent director beginning August 2022. She was also a member of the Audit Committee of Dada during the Class Period. Defendant Butler served on the Board of Advisors and has been in charge of special projects for a private consulting firm in the US since 2020. From 2004 to 2020, Defendant Butler was a partner with PwC Zhong Tian LLP Beijing Office in their capital markets and accounting advisory services group. She had led and been part of project teams for over 70 capital market transactions in the US, Chinese mainland and Hong Kong. From 2000 to 2004, Defendant Butler worked in PwC Zhong Tian LLP Beijing Office as an audit senior manager. Prior to her experience in China, Defendant Butler has ten years of experience working with PwC US. Defendant Butler holds a Bachelor of Business Administration degree in accounting from the University of Wisconsin–Madison. Dada's board of directors determined that Defendant Butler was an audit committee financial expert.

18.	Defendant Baohong Sun ("Sun") served as an independent director beginning June 2020. She was also a member of the Audit Committee and a member of Nominating and corporate governance committee during the Class

4

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

Period. Defendant Sun is the Dean's Distinguished Chair Professor of Marketing and Director of Web3 Research Center at Cheung Kong Graduate School of Business in Beijing, China ("CKGSB"). Defendant Sun joined CKGSB in 2011 and served as Associate Dean of Global Programs from 2011 to 2023. Prior to that, Defendant Sun worked as visiting faculty at University of California at Berkeley from July 1995 to June 1997. She joined Carnegie Mellon University and worked as an assistant professor of marketing from July 1997 to August 2004, an associate professor of marketing from September 2004 to August 2009 and Carnegie Bosch Chaired Professor of Marketing from September 2009 to August 2011. Defendant Sun was also an assistant professor at the University of North Carolina from July 2001 to August 2004. Defendant Sun received a bachelor's degree in international economics from Renmin University of China and a doctoral degree in economics from the University of Southern California. Defendant Sun is a member of the American Marketing Association, the American Economic Association and the Institute for Operations Research and the Management Sciences.

19. Defendant Jian Han ("Han") served as an independent director beginning August 2022. She was also a member of the Audit Committee and a member of Nominating and corporate governance committee of Dada during the Class Period. Defendant Han is a Professor of Management at China Europe International Business School in Shanghai, Chian (CEIBS). Defendant Han joined CEIBS in March 2008. Prior to that, Defendant Han joined Peking University in March 2005, and worked as an assistant professor of management from March 2005 to March 2008. Defendant Han also serves as an independent director of Midea Group Co., Ltd. (SZSE: 000333), Changzhou Xingyu Automotive Lighting Systems Co., Ltd. (SSE: 601799) and Jinmao Property Services Co., Limited (HKSE: 816). Defendant Han received a bachelor's degree in British and American Literature from Renmin University of China and a doctoral degree in Industrial and

5

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

Labor Relations from Cornell University. Defendant Han is a member of the Academy of Management. Since 2012, she has served on the expert councils of the World Economic Forum.

20. Defendants He, Chen, Butler, Sun, and Han are collectively referred to herein as the "Individual Defendants."

21. Each of the Individual Defendants:

(a) directly participated in the management of the Company;

(b) was directly involved in the day-to-day operations of the Company at the highest levels;

(c) was privy to confidential proprietary information concerning the Company and its business and operations;

(d) was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e) was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

(f) was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(g) approved or ratified these statements in violation of the federal securities laws.

22. According to Dada 2022 Annual Report (defined below), Dada's audit committee consisted of Defendants Butler, Sun and Han during the Class Period. Defendant Butler was the chairperson of our audit committee. Dada's audit committee oversaw Dada's accounting and financial reporting processes and the audits of the financial statements of Dada. The audit committee was responsible for, among other things:

6

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

(a)   appointing the independent auditors and pre-approving all auditing and non-auditing services permitted to be performed by the independent auditors;

(b)   reviewing with the independent auditors any audit problems or difficulties and management's response;

(c)   discussing the annual audited financial statements with management and the independent auditors;

(d)   reviewing the adequacy and effectiveness of our accounting and internal control policies and procedures and any steps taken to monitor and control major financial risk exposures;

(e)   reviewing and approving all proposed related party transactions;

(f)   meeting separately and periodically with management and the independent auditors; and

(g)   monitoring compliance with our code of business conduct and ethics, including reviewing the adequacy and effectiveness of our procedures to ensure proper compliance.

23.   According to Dada 2022 Annual Report (defined below), Dada's nominating and corporate governance committee consisted of chairman of the board Lijun Xin, Defendants Sun and Han. Defendant Sun was the chairperson of our nominating and corporate governance committee. The nominating and corporate governance committee assisted the board of directors in selecting individuals qualified to become Dada's directors and in determining the composition of the board and its committees. The nominating and corporate governance committee is responsible for, among other things:

(a)   selecting and recommending to the board nominees for election by the shareholders or appointment by the board;

7

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

(b)   reviewing annually with the board the current composition of the board with regards to characteristics such as independence, knowledge, skills, experience and diversity;

(c)   making recommendations on the frequency and structure of board meetings and monitoring the functioning of the committees of the board; and

(d)   advising the board periodically with regards to significant developments in the law and practice of corporate governance as well as our compliance with applicable laws and regulations, and making recommendations to the board on all matters of corporate governance and on any remedial action to be taken.

24.   The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

25.   The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to Dada under *respondeat superior* and agency principles.

26.   JD.com, Inc. ("JD") is the controlling shareholder of Dada and consolidates Dada's financial results into JD's. Since February 28, 2022, JD held approximately 52% of Dada's issued and outstanding shares. By April 2023, JD's ownership of Dada had increased to 53.9%. JD listed Dada as one of its subsidiaries in its 2022 and 2023 annual report filed with the SEC.

27.   Defendant Dada, the Individual Defendants and Defendant JD are collectively referred to herein as "Defendants."

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

## SUBSTANTIVE ALLEGATIONS

### I.    Background

28.    Dada operates two main business lines: JD-Daojia ("JDDJ") and Dada Now.

29.    JDDJ is one of China's largest local on-demand retail platforms, contributing 61.8% of Dada's net revenues in 2023. JDDJ generates revenue from intra-city delivery services for retailer customers, commission fees charged to retailers for using the JDDJ platform, online marketing services for brand owners, and packaging services for retailers on JDDJ. Dada acquired JDDJ from JD in 2016 and formed a significant partnership with JD, one of China's largest e-commerce companies and a Fortune Global 500 member.[1]

30.    Dada Now is a leading local on-demand delivery platform, accounting for 38.2% of the company's net revenues. Dada Now's revenue streams include last-mile and intra-city delivery services for logistics companies, various chain merchants, SME merchants, and individuals, as well as the sale of delivery equipment to riders. Dada launched its Dada Now business in 2014.

31.    On February 28, 2022, JD became the majority shareholder of Dada, holding approximately 52% of Dada's issued and outstanding shares.    This allowed JD to consolidate Dada's financial results into its own and provide strategic resources to Dada. By April 2023, JD's ownership of Dada had increased to 53.9%. JD listed Dada as one of its subsidiaries in its 2022 and 2023 annual reports filed with the SEC.

32.    JD owns the JDDJ trademarks which Dada licenses exclusively and indefinitely. A significant portion of Dada's revenue comes from providing delivery services directly to JD. In 2021, 2022, and 2023, 13.9%, 20.3%, and 24.5% of

---

[1]  https://fortune.com/ranking/global500/2023/search/?fg500_country=China

Dada's net revenues, respectively, were derived from services provided to JD. Additionally, Dada relies on JD for various operational support services, including traffic support, logistic cooperation, marketing and promotion services, and other managerial services. For instance, approximately 30% of the total traffic to the JDDJ platform came from JD in the twelve months ending March 31, 2020.

33. Conversely, JD depends on Dada to support its supply chain service networks. Dada was one of the four business segments that JD reported, alongside JD Retail, JD Logistics and New businesses and contributed 7.7% of JD's net revenues in 2022.

34. Dada has consistently highlighted net revenue as the most significant line item in its financial statements. Dada's annual reports filed on Form 20-F with the SEC emphasize "net revenues" as the "key" component for evaluating its financial and operational performance, and net revenues were the only metric for which Dada provided quarterly guidance. In these statements, Dada provides a detailed breakdown of its net revenues by its two primary business lines, both in absolute amounts and as percentages of total net revenues for each period. From 2021 to 2023, the services provided by JDDJ accounted for 58.9%, 66.2%, and 61.8% of Dada's total net revenues, respectively. Under costs and expenses, the second "key" component for assessing Dada's operational results, the "operations and support" category represented 74.8%, 61.3%, and 62.2% of total costs and expenses for the years 2021, 2022, and 2023, respectively.

35. Revenue is crucial to investors in a young and growing company like Dada because it indicates the size and scale of the business, market demand, growth potential and earnings potential. Dada repeatedly stressed the importance of the monetization of its advertising and marketing service to its total revenue and margin growth. In its IPO registration statement, Dada disclosed that the increase in its online marketing services revenue in 1Q 2020 contributed to 18% of the entire

10

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

net revenue growth. During the Q3 2022 earnings call, Defendant Chen acknowledged that "the advertising and marketing revenues is very important for us to further grow our direct margin."

36. Since its inception, Dada has a history of operating losses and negative cash flows from operating activities. With this persistent underperformance and drastically shrinking market value since its IPO, Dada was in an urgent need of a substantial boost to its operations and financial health to regain investors' confidence in Dada and increase JD's investment value.

37. As the majority shareholder, JD decided to take action. On August 23, 2022, after announcing another disappointing quarterly result, Dada announced the resignation of Philip Jiaqi Kuai ("Kuai"), the founder, chairman of the board, and CEO of Dada since its inception. Kuai's resignation as chairman and CEO was effective August 31, 2022. JD appointed Lijun Xin ("Xin") to replace Kuai as chairman of the board and as a director of the company. Xin was also appointed to the Corporate Governance Committee. Additionally, Defendant He was appointed as president to handle daily operations, a role previously held by the CEO. He was also appointed as a director of the company.

38. At the time of his appointment as the chairman of Dada, a JD subsidiary, Xin was also the CEO of JD Retail, JD's primary business segment that contributed nearly 90% of its net revenues in 2022 and 2023. Xin joined JD in 2012 and held several key positions within JD. According to Dada, Xin pioneered the integration of online retail and marketplace model in business operation when he was head of the Apparel & Home business department in JD. Later on, Xin led the establishment of JD's healthcare business and was appointed as chief executive officer of JD Health International Inc. in July 2019. Similarly, Defendant He had close connections with JD, being a core founding leader of JDDJ before its transfer by JD to Dada and serving with JDDJ since 2014. At the time of his appointment

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

as president of Dada, Defendant He was also the vice president of JD and Head of JD's Omni-channel Home-Delivery Department.

## II.    Dada's Achievement of Remarkable Quarterly Revenue Growth Forecasts Since Q4 2022

39.    Upon their appointments, Defendants embarked on an ambitious mission to boost revenues by double-digit basis points.

40.    On November 17, 2022, Dada announced its business outlook for the fourth quarter of 2022 in a press release detailing the financial results for the third quarter ended September 30, 2022. They forecasted total revenue to be between RMB 2,650 million and RMB 2,750 million, representing year-over-year growth of 30% to 35%. This would be Dada's highest quarterly revenue compared to all previously disclosed figures. On the same day, during the Q3 2022 earnings call, with both Defendants He and Chen participating, Defendant Chen confirmed this optimistic outlook for the next quarter.

41.    For the next four quarters, Defendants continued to announce favorable and growing revenue outlooks.

42.    On March 8, 2023, while announcing the financial results for Q4 2022, Dada forecasted total revenue for Q1 2023 to be between RMB 2,570 million and RMB 2,770 million, representing year-over-year growth of 27% to 37%. During the earnings call, with both Defendants He and Chen participating, Defendant Chen confirmed this outlook, confidently adding, "heading into 2023, we are confident in … sustaining revenue growth momentum."

43.    On May 10, 2023, while announcing the financial results for Q1 2023, Dada forecasted total revenue for Q2 2023 to be between RMB 2,800 million and RMB 3,000 million, representing year-over-year growth of 22.7% to 31.5%. At the earnings call, with both Defendants He and Chen participating, Defendant Chen reaffirmed this outlook for the next quarter.

12

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

44.     On August 15, 2023, while announcing the financial results for Q2 2023, Dada forecasted total revenue for Q3 2023 to be between RMB 2,800 million and RMB 3,000 million, representing year-over-year growth of 17.6% to 26.0%. During the earnings call, with both Defendants He and Chen participating, Defendant Chen confirmed this outlook for the next quarter. When analyst Thomas Chong from Jefferies asked Defendant He about the outlook for the second half of 2023, especially regarding the momentum for online advertising, Defendant Chen assured the market, stating, "for the outlook for the second half of this year, we expect that the overall monetization rate will still maintain stable and grow healthily….And the main growth driver for the take rate will be still driven by the online marketing services provided to brand partners …. we will keep to grow this part as the main driver for our optimization of the direct margin level."

45.     On November 14, 2023, while announcing the financial results for Q3 2023, Dada forecasted total revenue for Q4 2023 to be between RMB 3,000 million and RMB 3,300 million, representing year-over-year growth of 12% to 23%. During the earnings call, with both Defendants He and Chen participating, Defendant Chen confirmed this outlook for the next quarter.

46.     Miraculously, as shown in the below table, as reported on March 9, 2023, May 11, 2023, August 15, 2023, and November 14, 2023, Dada consistently hit its ambitious quarterly revenue targets for Q4 2022 through Q3 2023. For each of the four quarters, Dada s attributed its "robust top-line growth" specifically to, inter alia, "the increment of the net revenues generated from JDDJ" due to "the increase in online marketing services revenue."

**Quarterly Net Revenues (RMB in millions)**

|  | Forecast [announcing date] | Reported [reporting date] |
| --- | --- | --- |
| 4Q 2022 | 2,650 - 2,750 [11/18/2022] | 2,681.0 [3/8/2023] |
| 1Q 2023 | 2,570 - 2,770 [3/8/2023] | 2,575.5[5/10/2023] |

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

| 2Q 2023 | 2,800 - 3,000 [5/10/2023] | 2,810.6 [8/15/2023] |
| 3Q 2023 | 2,800 - 3,000 [8/15/2023] | 2,866.6 [11/14/2023] |

### III.   From Boom to Bust: Dada's Inflated Revenues Gradually Exposed

47.   Dada's story of impressive growth turned out to be a carefully constructed facade that quickly crumbled. The truth emerged in a flurry of red flags resulting in a plummeting stock price and damage to investors.

#### a.   December 19, 2023 Disclosure

48.   On December 19, 2023, Dada issued a press release announcing the abrupt resignation of both the chairman and CFO, Xin and Defendant Chen, citing "personal reasons." This news caused Dada's ADSs to fall $0.14 per ADS, or 4.44%, closing at $3.01 per ADS on December 20th, 2023. However, the real reason behind their sudden departure remained unclear.

#### b.   January 8, 2024 Disclosure

49.   The carefully constructed facade began to crumble in January 2024. Before the market opened on January 8, 2024, Dada issued a press release on Form 6-K ("January 8, 2024 Form 6-K"), revealing that the Company had identified "certain suspicious practices" that inflated their revenues by a staggering RMB 500 million (approximately $73.5 million USD) for online advertising and marketing services in the first three quarters of 2023 and a similar inflation of RMB 500 million (approximately $73.5 million USD) in operations and support costs for the same period. The press release further stated that "the revenue guidance previously provided by the Company for the fourth quarter and full year of 2023 should no longer be relied upon."   Specifically, the company disclosed that

> Based on its preliminary assessment, and subject to the findings from the Independent Review as explained below, the Company currently estimates that approximately RMB500 million of revenues from online advertising and marketing services and RMB500 million of operations

14

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

and support costs may have been overstated, respectively, for the first three quarters of 2023….

The audit committee of the Company's board of directors (the "Audit Committee"), after reviewing the currently available information, has determined that it would be in the best interest of the Company and the shareholders to conduct an independent review to ascertain the financial impact and the scope of suspicious practices, if any, and the root cause (the "Independent Review").

50.     This press release admitted that Dada's financial statements during the Class Period were materially false and misleading As a result of the January 8, 2024 press release, the price of Dada's ADS tumbled by 45.87%, or $1.45 per ADS, closing at $1.705 per ADS on January 8, 2024, on unusually high trading volume. Investors, losing trust in Dada's financial credibility and future outlook, continued to sell off Dada's ADSs over the next three days. This relentless selling pressure caused Dada's ADS price to plunge further, falling by 6.16%, 5.63%, and 6.63% on January 9, 10, and 11, respectively. Within four days, Dada lost over 55% of its market value, significantly damaging investors and shaking market confidence in the company.

51.     On January 8, 2024, Citi double downgraded Dada ADSs from buy to sell with a price target of $1.80, down from $6, after Dada issued the Form 6-K disclosing the fraudulent practices. Citi specifically pointed out that Dada's Form 6-K disclosure followed the resignation of Dada's CFO and Chairman on December 19, 2023, leading Citi to believes that the senior management departure "**could be somewhat related**." Citi analyst Alicia Yap wrote in a note that

Amid the possible credibility impact from business partners and users, we see heightened uncertainty on the business growth outlook, and hence we have proactively lowered our 4Q23 and 2024-25 est. and cut our TP to US$1.80.

15

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

52.     On January 8, 2024, Leo You, a research analyst at the investment firm CLSA published a research report titled "Dada Nexus [DADA US] - Credibility issue". The report stated that "[a]lthough limited impact on profit, this is a serious credibility issue for Dada. In the near term, the market may have little confidence in the company's financial disclosures….It will still take a significant effort to rebuild trust from here….the market may read it across to [JD's] listed subsidiaries due to similar concerns on the reliability of financial data."

53.     On January 9, 2024, Leo You of CLSA published a second research report, titled "Dada Nexus – Credibility Concerns," downgrading Dada ADSs to Underperform from Outperform with a price target of $1.75, down from $4.60, and particularly linking the abrupt resignations of Xin and Defendant Chen in December 2023 to the fraud. The report stated that,

**Internal discovery of potential fraud; downgrade to Underperform**

… Although impact on profit is limited, this may cause a credibility issue. We expect subsequent internal clean-ups, which may negatively affect JDDJ's growth outlook. We drop the adj PE approach and turn to 0.8x 24CL net cash to value Dada, which yields a US$1.75 TP…. we see high risk to participate from here."

**Our take on the incident**

Although impact on profit is limited, this may cause a serious credibility issue for Dada whether the fraud happened at a management level or an operational one. It will still take a significant effort to rebuild trust from here…..***It is possible that the CEO and CFO changes in Dec 2023 were related to this incident***, and there might also be changes to Dada's strategic position within JD Group.

**24CL growth faces greater uncertainty**

16

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

> Even if the incident is only an operational misconduct at ad monetisation, we expect subsequent internal clean-ups and procedure changes to enhance internal control….

> **Downgrade to Underperform**

> We cut 23CL revenue by 5% to remove the overstatement, and 24/25CL revenue by 9%/13% to factor in the aftermath of this incident. With growth and profitability in question, we drop adj PE-based valuation and turn to 0.8x 24CL net cash to value Dada, which yields a US$1.75 TP (from US$4.60). Downgrade to U-PF.
> [Emphasis added]

54.    On January 9, 2024, Kai Wang, a senior equity analyst of Morningstar issued a research report titled "Dada Nexus: Fair Value Cut by 25% Due to Increased Governance Risks, but Concern May Be Overblown," lowering Morningstar's fair value estimate for Dada Nexus to $3 from $4 after Dada reported irregularities. The report stated that

> The company indicated that the overstatement is from its advertising side, which implies that the monetization rate for that business is likely overestimated by about 150 basis points so far in 2023. Subsequently, we adjusted our model to reflect the overestimation and lowered the monetization rate assumptions in the advertising business by 200-250 basis points in the outer years, which is the main contributing factor to our reduced valuation….

55.    The Morningstar report also pointed out the correlation between Xin and Chen's recent sudden departures and Dada's fraud, stating that even

> Assuming that there are no other issues that arise, … still, the potential for greater corporate governance risks remains due to *recent management changes* where both the chairman of the board and the CFO resigned, and we *believe it will take some time for the company to regain investor confidence*.

17

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

[Emphasis added]

56.    On January 18, 2024, 36Kr.com[2] published a news article titled "Former Meituan Vice President Guo Qing Joins JD, May Take Over Dada Group". The article reported that Guo Qing, a former vice president at the Chinese shopping platform Meituan had recently joined JD and may take over Dada Group, directly reporting to Xu Ran, CEO of JD and JD Retail. The article further reported that according to internal sources, since the end of December 2023, Guo Qing had been "frequently appearing at Dada, intensively communicating with mid-to-senior management to quickly understand business details." The news article mentioned the fraud that Dada disclosed on January 8, 2024, revealing that such exposure "had already shown signs earlier," because when Xin and Defendant Chen abruptly resigned the past December, JD Group CFO Shan Su and JD Logistics Investor Relations Head Mao Jun succeeded their roles, who, according to an insider, "are both highly trusted by JD founder Liu Qiangdong." "***Brother Dong [nickname for Liu Qiangdong] must have discovered the problems at that time and directly assigned group executives to take over Dada***," said the insider to 36Kr. The article also revealed that Defendant He "***ha[d] also been on leave recently***."

c.    *March 5, 2024 Disclosure*

57.    On March 5, 2024, Dada filed a Form 6-K detailing the findings of its independent review into the "suspicious practices" (the "March 5, 2024 Report"). The independent review revealed a series of transactions designed "primarily to

---

[2] 36Kr.com, owned by 36Kr Holdings Inc., a publicly traded company listed on NASDAQ (symbol: KRKR), is a prominent online news content provider in China, with widespread distribution of its news within the country. According to its annual report for 2020 filed with the SEC, 36Kr had an average monthly page view of 630.2 million during the twelve-month period ending on December 31, 2020. *See* 36Kr Holdings Inc. Form 20-F for the period ended Dec. 31, 2020 (available at: www.sec.gov/Archives/edgar/data/1779476/000110465921056812/a21-3508_120f.htm).

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

meet revenue targets". These transactions, lacking any legitimate business purpose, involved payments and disbursements backed by questionable documentation. This manipulation resulted in overstated revenue and inflated costs in Dada's financial statements for the fourth quarter of 2022 and the first three quarters of 2023. The report essentially admitted that Defendants engaged in a scheme to fabricate revenue to meet its ambitious revenue projections.

58.     Most damning, the report revealed that "the indicia of suspicion … had come to the[]attention" of "certain management-level executives," but despite this knowledge, these management-level executives failed to investigate further when they "should have followed up." This fact, alone, demonstrates a deliberate recklessness and conscious disregard of the ongoing fraud and materially insufficient "managerial oversight."

59.     As part of its remedial measures, Dada had "already begun the process of implementing the remediation plan", including restating the financial statements and "terminating, requesting the resignation of, or giving disciplinary warnings to employees found to have engaged in misconduct and/or who failed to adhere to the Company's policies or otherwise meet expectations." In the report, Dada also revealed that the SEC and Nasdaq inquired into the "suspicious practices."

60.     Specifically, the March 5, 2024 Report disclosed that,

**The Independent Review**

As previously disclosed by the Company in its Form 6-K filed on January 8, 2024, the Audit Committee, with the assistance of independent professional advisers, initiated an independent review of certain suspicious practices that were identified during a routine internal audit by the Company and that might cast doubt on certain revenues from the Company's online advertising and marketing services in 2023 (the "Independent Review"). The independent professional advisers consisted of a leading international law firm and

19

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

forensic accounting experts from an international consulting firm that is not the Company's auditor (the "Investigation Team").

The Independent Review is now substantially complete. With the Company's full cooperation, the Independent Review undertook investigative steps and performed procedures that the Audit Committee and the above-mentioned independent professional advisers, in their professional judgment, considered necessary and sufficient to investigate the issues as outlined below in the summary of findings, including, but not limited to, review of documents and data from Company personnel, including certain members of senior management (such as review of emails and other electronic files and communications); interviews of Company personnel, including certain members of senior management and relevant third parties; and analysis and testing of the Company's relevant transactions and books and records.

**Summary of Findings of the Independent Review**

The following is a summary of the principal findings of the Independent Review as of the date hereof. Unless otherwise indicated, the Independent Review covered the full calendar year 2023 to correspond to the time period of the questionable transactions that were identified by the Company's routine internal audit. Based on the Investigation Team's findings, the Independent Review also reviewed transactions during the fourth quarter of 2022 ("the full calendar year 2023" and "the fourth quarter of 2022"— together, the "Review Period").

The Independent Review identified certain online advertising and marketing services transactions during the Review Period that were conducted ***primarily to meet revenue targets***. These transactions involved payments from certain upstream customers and disbursements of cash funds to certain downstream vendors of virtually identical amounts that ***lacked any apparent business substance***, were not supported by credible documents, business records or other evidence, and, in certain cases, involved customers and vendors with undisclosed connections. While ***managerial oversight could be enhanced, and certain management-level executives should have followed up on the indicia of suspicion that***

20

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

*had come to their attention*, the Independent Review did not uncover any direct evidence that Company management-level executives, including its President and former Chief Financial Officer, orchestrated the aforementioned transactions. As a result of these transactions, certain revenues and associated costs were overstated in the Company's past financial statements. ***Specifically, the Company's net revenues were overstated by approximately RMB69 million in the fourth quarter of 2022, RMB40 million in the first quarter of 2023, RMB214 million in the second quarter of 2023, and RMB245 million in the third quarter of 2023, respectively. The Company's operations and support costs were overstated by approximately RMB70 million in the fourth quarter of 2022, RMB42 million in the first quarter of 2023, RMB214 million in the second quarter of 2023, and RMB250 million in the third quarter of 2023, respectively.***

**The Company's Remedial Measures in Response to Independent Review**

Having considered the findings of the Independent Review, the Company has decided to correct certain information where necessary and appropriate, including reversing the overstated net revenues of approximately RMB40 million in the first quarter of 2023, RMB214 million in the second quarter of 2023, and RMB245 million in the third quarter of 2023, respectively, and associated operations and support costs in the relevant past earnings releases. The Company is in the process of revising its previously issued unaudited financial information for the first three quarters of fiscal year 2023, and finalizing its unaudited condensed consolidated financial statements for the fourth quarter and fiscal year 2023. Investors must exercise caution when using the Company's previously issued unaudited financial information for the first three quarters of fiscal year 2023. The Company does not expect to make any corrections to the previously issued unaudited/audited consolidated financial statements prior to fiscal year 2023, as the issues that were the subject of the Independent Review did not have a material impact on those earlier financial statements.

In addition, the Company, with input from the Audit Committee and the above-described independent professional advisers, has prepared a remediation plan in response to the Independent Review, including but

21

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

not limited to *(i) terminating, requesting the resignation of, or giving disciplinary warnings to employees found to have engaged in misconduct and/or who failed to adhere to the Company's policies or otherwise meet expectations;* (ii) terminating contracts with suppliers and customers implicated in the relevant transactions; (iii) enhancement of the Company's internal policies, systems and controls, and record-keeping; and (iv) conducting additional trainings for Company employees regarding the issues identified in the Independent Review. The Company has *already begun* the process of implementing the remediation plan.

**Responses to SEC and Nasdaq**

The Securities & Exchange Commission's ("SEC") Division of Enforcement and the Nasdaq's Listing Qualifications Department have sought the production of certain documents and information related to the "suspicious practices" referenced in the Company's Form 6-K filed on January 8, 2024. The Company is cooperating with the SEC and Nasdaq in accordance with the relevant laws and regulations of China and the United States, but cannot predict the timing, outcome, or consequences of these investigations or inquiries.

[Emphasis added]

61.    Despite Dada's statement in the independent review that the misstatement for the 4Q 2022 financial statement were immaterial, the Q4 2022 revenues were overstated 2.6% and operations and support costs were overstated 4.7%. These overstatements were in fact material as without the fraudulently derived revenue, and accompanying overstatement, Dada would not have been able to meet to its Q4 2022 revenue projection, significantly eroding investors' confidence in the Company's operations and its understanding of its own performance.

62.    Not coincidentally, within five minutes of filing the March 5, 2024 Report disclosing its ongoing remediation plan, including the termination of employees involved in fraudulent misconduct, Dada made another significant

22

announcement on a Form 6-K. It revealed that Defendant He, the core founding leader of JDDJ business line who had been closely managing it from its inception, was "stepping down following the substantial completion of the Independent Review." This timing demonstrates Defendant He's direct involvement in, or at the minimum, conscious disregard of the fraudulent scheme and that the Company held him accountable for the fraud. In the same press release, Dada also announced that its board of directors was actively evaluating the leadership composition in light of the Company's long-term development plans.

63.    On March 6, 2024, JD announced its Q4 2023 and full year of 2023 financial results. JD reported that its 4Q 2023 income from operations significantly declined as a result of the Dada fraud, "decreas[ing] by 58.1% to RMB2.0 billion (US$0.3 billion) from RMB4.8 billion for the same period last year, *primarily due to the non-cash impairment of goodwill and long-lived assets in relation to Dada of RMB4.0 billion* and non-cash impairment of long-lived assets in relation to JD Property of RMB1.1 billion."

### d.    *March 25, 2024 Disclosure*

64.    On March 25, 2024, after the market closed, Dada announced its financial results for the fourth quarter and fiscal year ended December 31, 2023 and filed the results on a Form 6-K with the SEC the next day ("March 25, 2024 Report"). Unsurprisingly, with the removal of the artificially inflated revenue, Dada's net revenues for Q4 2023 took a hit. Based on the breakdown of the sources of revenues, such decline resulted completely from the net revenues decline in the JDDJ business line, which significantly decreased by 13.9% year over year, "mainly due to the decrease in online advertising and marketing services revenues." Indeed, as revealed by March 25, 2024 Report and explained below, the JDDJ business line was precisely where the fraud was carried out.

23

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

65. The March 25, 2024 Report also published the restated key line items for the first three quarters of 2023. As summarized in the tables below, the March 25, 2024 Report demonstrates that without the fraudulent scheme it engaged in, Dada's actual revenue consistently and materially fell short of their ambitious projections throughout the Class Period. The manipulation of financial statements not only deceived investors but also created an illusion of financial health that had demonstrably crumbled upon the ending of the fraudulent scheme.

**Quarterly Net Revenues (RMB in millions)**

| | Forecast [announcing date] | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|---|
| 4Q22 | 2,650 - 2,750 [11/18/22] | 2,681.0 [3/8/23] | 69.0 [2.6%] | 2,612.0 [3/5/23] |
| 1Q23 | 2,570 - 2,770 [3/8/23] | 2,575.5[5/10/23] | 40.1 [1.6%] | 2,535.4 [3/25/23] |
| 2Q23 | 2,800 - 3,000 [5/10/23] | 2,810.6 [8/15/23] | 213.8 [8.2%] | 2,596.8 [3/25/23] |
| 3Q23 | 2,800 - 3,000 [8/15/23] | 2,866.6 [11/14/23] | 244.7 [9.3%] | 2,621.9 [3/26/23] |

**Quarterly Cost and Expenses—Operations and Support (RMB in millions)**

| | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|
| 4Q22 | 1,574.6 [3/8/23] | 70.0 [4.7%] | 1,504.6 [3/5/23] |
| 1Q23 | 1,437.2 [5/10/23] | 40.1 [2.9%] | 1,397.1[3/25/23] |

24

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

| | | | |
|---|---|---|---|
| 2Q23 | 1,716.8 [8/15/23] | 213.8 [14.2%] | 1,503.0 [3/25/23] |
| 3Q23 | 1,956.0 [11/14/23] | 244.7 [14.3%] | 1,711.3 [3/25/23] |

**Quarterly Current Assets—Account Receivable, net (RMB in thousands)**

| | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|
| 1Q23 | 346,069 [5/10/23] | 36,652 [10.6%] | 309,417 [3/25/23] |
| 2Q23 | 402,429 [8/15/23] | 46,440 [11.5%] | 355,989 [3/25/23] |
| 3Q23 | 432,746 [11/14/23] | 39,281 [9.1%] | 393,465 [3/25/23] |

**Quarterly Current Assets— Prepayments and other current assets (RMB in thousands)**

| | Previously Falsely Reported [reporting date] | Understated [%] | Restated [restating date] |
|---|---|---|---|
| 1Q23 | 587,309 [5/10/23] | 36,652 [6.2%] | 623,961 [3/25/23] |
| 2Q23 | 319,007 [8/15/23] | 46,440 [14.6%] | 365,447 [3/25/23] |
| 3Q23 | 253,193 [11/14/23] | 39,281 [15.5%] | 292,474 [3/25/23] |

**Breakdown of Quarterly Net Revenues— JDDC Services (RMB in millions)**

| | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|

25

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

| 1Q23 | 1,816.7 [5/10/23] | 40.1 [2.2%] | 1,786.6 [3/25/23] |
|---|---|---|---|
| 2Q23 | 1,830.2 [8/15/23] | 213.8 [11.7%] | 1,616.4 [3/25/23] |
| 3Q23 | 1,785.0 [11/14/23] | 244.7 [13.7%] | 1,540.3 [3/25/23] |

66.    Significantly, the March 25, 2024 Report revealed that throughout the Class Period, the fraud was entirely confined to the JDDJ business line, a unit co-founded by Defendant He and under his close management since its inception.

67.    The release of the report caused Dada's ADSs to plunge again. On March 26, 2024, the price of Dada's ADS fell by 16.21%, or $0.41 per ADS, closing at $2.12 per ADS.

68.    On March 26, Kai Wang, senior equity analyst of Morningstar, issued a research report titled "Dada Earnings: Questions Linger Despite Addressing Revenue Irregularities; Governance Risks Remain". In the report, Mr. Wang highlighted the existing material impact of the exposed fraud and investors' lack of trust in Dada as result of the fraud, noting that

> The result of the rectification revises revenue growth down to 12% year on year for 2023, which suggests that ***the monetization rate was much lower than previously indicated***…. Dada declined to provide details on the monetization rate and stopped disclosing GMV data. As such, we lower our monetization rate by 150 basis points, and we reduce GMV growth to only midteens in the next three to five years, down from high teens, to account for the ***uncertainty***. Given the lack of transaction data and the recent irregularity in its income statement, ***we believe Dada carries plenty of corporate governance risks until it can provide better transparency***.

> [Emphasis added]

26

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

69.     On March 27, analysts Leo You and Elinor Leung of CLSA published a research report titled "Dada Nexus – A Clean-Up Quarter." In the report, they highlighted the fraud exposure revealing the actual disappointing operational performance still existed and would continue materially impacting the coming three years, noting that,

**Independent investigation done, but aftermath continues**

An independent investigation agreed with the overstated revenue and operation
cost amounts reported by Dada's internal audit function. This confirms that the misconduct was restricted at the ad monetisation level rather than at the transaction level. …

**Maintain Underperform**

As Dada has still to devise a new strategy, we have little basis to determine new revenue and OP forecasts for 24-26CL, yet we see ***pressure*** on both versus current estimates and are more ***bearish*** than the market given the margin expansion path.
[Emphasis added]

e.     *April 22, 2024 Disclosure*

70.     On April 22, 2024, Dada disclosed additional damning information on the fraud, admitting that Dada's internal control, a process, per Dada, "necessary for us to produce reliable financial reports and are important to help prevent fraud", had material weaknesses that related to and resulted in the fraud during 2023. That day, Dada filed its 2023 annual report on Form 20-F ("2023 Annual Report"). The 2023 Annual Report contained management's assessment of internal over financial reporting, which management determined were not effective as of December 31, 2023 due to the following material weaknesses:

The material weakness identified related to ***our failure*** to design, implement and effectively operate controls with a sufficient level of

27

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

precision to **prevent and detect material misstatements related to certain online advertising and marketing business** that experienced an expansion during 2023. Specifically, **the material weakness related to the following**: (i) there was a lack of continuous and sufficient risk assessment and monitoring performed by **management** on such business, (ii) we **lacked** effective expenditure controls that properly review business substance of expenditures before authorizing payments related to such business, and (iii) we **did not maintain appropriate segregation of duties** in the vendor management process related to such business.

The material weakness identified **resulted in** revising certain financial information of our previously released unaudited quarterly condensed consolidated financial statements for the three months ended March 31, June 30 and September 30, 2023, respectively, to reflect corrections of errors which led to reversal of our net revenues and operations and support costs for the first nine months of fiscal year 2023 in the aggregate amount of RMB499 million and RMB499 million, respectively….

We are implementing and will continue to implement a number of remediation measures to address the material weakness and the deficiencies that have been identified, including (i) strengthening mechanisms on new business monitoring such as increasing review frequency and lowering the review threshold for investigation; (ii) tightening review of expenditure approvals such as enhancing our review steps in the substance and the reasonableness of expenditure paid; (iii) improving design over segregation of duties in the process of vendor acceptance for certain online advertising and marketing services business; and (iv) providing regular and continuous internal control and compliance trainings to employees and management.

71.    The 2023 Annual Report also included an adverse report on the Company's internal control issued by the Company's auditor.

72.    Upon the issuance of the 2023 Annual Report, the Dada ADS price fell by 2.11%, or $0.04 per ADS, closing at $1.86 per ADS on April 23, 2024.

73.    However, during the Class Period, Dada's 2022 annual report, published on April 25, 2023 on Form 20-F ("2022 Annual Report"), stated that

28

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

Dada's internal control was effective. This report explicitly acknowledged that management was responsible for establishing and maintaining adequate internal control over financial reporting pursuant to the Exchange Act and the Sarbanes-Oxley Act ("SOX"). SOX Section 404 requires that companies annually assess and report on the effectiveness of their internal control structure. Under SOX Section 404 and Rules 13a-15(f) and 15d-15(f) under the Exchange Act, every public company, including Dada, is required to include a management report on the company's internal control over financial reporting in its annual reports, which contains management's assessment of the effectiveness of the company's internal control over financial reporting. Internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements in accordance with U.S. GAAP and includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of a company's assets, (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of consolidated financial statements in accordance with the GAAP, and that a company's receipts and expenditures are being made only in accordance with authorizations of a company's management and directors, and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of a company's assets that could have a material effect on the consolidated financial statements.

74. Additionally, the 2022 Annual Report and the 2023 Annual Report (issued on April 22, 2024 on Form 20F, "2023 Annual Report") explicitly acknowledged that the management used the criteria established within the Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) ("COSO 2013 framework")

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

to assess the effectiveness of Dada's internal control. Both the SEC's guidance and PCAOB's auditing standard cite the COSO principles as providing a suitable framework for purposes of section 404 compliance. The COSO 2013 framework has been recognized by regulatory standards setters and others, as a comprehensive framework for evaluating internal control, including internal control over financial reporting. The framework consists of five interrelated components: control environment, risk assessment, control activities, information and communication, and monitoring. Importantly, the COSO 2013 framework emphasizes the management's "ongoing" and continuous risk identification and analysis, alongside periodic assessments. Dada's 2022 Annual Report also confirmed that the Company's duty to maintain the adequacy and effectiveness of its internal control was "on an ongoing basis."

75.    Therefore, the 2023 Annual Report effectively admitted that despite knowing their legal obligation for oversight, the "management," deliberately ignored their responsibilities and failed to "continuous[ly] and sufficient[ly]" assess and monitor risks. Their deliberate failure created a gaping hole in the internal control, allowing a fraudulent scheme to flourish within the JDDJ business line, specifically within the online advertising and marketing sector – an area Dada was heavily focused on monetizing. This deliberate disregard enabled the fraudulent inflation of revenues, undermining the integrity of Dada's financial reporting.

### IV.    <u>Cooking the Books: Dada's Recipe for Inflating Revenues Explained</u>

76.    The deceptive scheme that Defendants engaged in during the Class Period was simple: Dada engaged in a series of "roundtripping" transactions with interrelated third parties and provided funds to these third parties, which it then received back and recorded as revenues.

30

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

77. Specifically, Dada funneled money to these third parties, but instead of a legitimate exchange of goods or services, the money simply circled back to Dada. Dada then fraudulently recorded this returned money as revenue, artificially inflating its financial results. To avoid raising suspicion, Dada also cooked the books on the expense side. They created fictitious expenses that were equal to, or slightly higher than, the fake revenue generated. This maintained a similar net income on paper, to better disguise the accounting fraud which would have otherwise potentially raised suspicions through abnormal changes in margin, but the overall revenue figure was significantly inflated. The customers and suppliers involved in Dada's scheme were "connected" and the difference between amounts paid to them and received from these third parties represented the fees retained by them as compensation for participating in Dada's scheme.

78. To illustrate the scheme, based on Dada's own admissions in 2024:

a. Step 1: Towards the end of each reporting period during the Class Period, Dada would determine how much additional revenue it needed to record to meet its net revenue guidance for the current quarter.

b. Step 2: Assume that Dada needed RMB 40.0 million. Dada would then record RMB 40.0 million as revenue and a corresponding receivable from Company A (a third party masquerading as Dada's customer that agreed to participate in the scheme). This transaction lacked any business substance or performance, and was not supported by any credible documents, records, or other evidence.

c. Step 3: Dada would then record an operations and support cost of RMB 42.0 million and a corresponding account payable to Company B for a product or service purportedly provided by Company B. This transaction also lacked any business substance or performance, and was not supported by any credible documents, records, or other

31

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

evidence. Company B was a third party masquerading as Dada's supplier that agreed to participate in the scheme. Company A and Company B were "connected," according to Dada's disclosures.

d.  Step 4: Dada wired RMB 42.0 million to Company B as payment for the account payable established in Step 3. Company B then transferred at least RMB 40.0 million to Company A, which then sent only RMB 40.0 million to Dada to satisfy the receivable recorded in Step 2. The RMB 2.0 million difference represented Company A's and Company B's combined fee for participating in Dada's scheme. The timing of Steps 2 and 3 was irrelevant, as Dada would always pay the payable first before collecting the same funds, minus a fee, as payment of an outstanding receivable.

79.    Without this fraudulent scheme, Dada would have fallen short of their own revenue projections for every quarter between Q4 2022 and Q3 2023. Although the Company announced that it would revise its financial statements for the first three quarters of 2023, it attempted to downplay the seriousness of the issue by not revising its Q4 and full year 2022 financial statements because, purportedly, "the issues that were the subject of the Independent Review did not have a material impact on those earlier financial statements." The justification of this selective approach to restatement is suspicious and weak, especially when compared to the restatements made for Q1 2023, which had a smaller overstatement. It raises serious doubts about the overall credibility of Dada's financial statements and their ability to generate legitimate profits.

V.    **Defendants Had Knowledge of the Ongoing Fraud**

80.    Despite Defendants' attempt to distance themselves from the fraud by claiming that no "direct" evidence was uncovered that the Company management-level executives "orchestrated" the fraud, Dada admitted that "certain management-

32

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

level executives" had become aware of "the indicia of suspicion" but failed to "have followed up on".

81.    Various former employees who worked at Dada during the Class Period also confirm that Dada had an online monitoring system installed on every work computer in the Dada headquarters, which monitoring revenue and cost and expenses on online advertising and marketing services. All management level executives had access to the system. Defendants He and Chen were regularly reported to about the data.

82.    Former employee 1 ("FE 1") was a Merchant Expansion Specialist on the JDDJ business line from June 2023 to December 2023. He worked in the Qingdao region. FE 1's job responsibilities involved liaising with merchants, including developing new merchants, registering them, running promotional activities, and handling after-sales issues. Reflecting FE 1's personal knowledge of JDDJ's online advertising and marketing services, according to FE 1, JDDJ's online advertising and marketing services were operated through a platform called Jingzhuntong.[3]

83.    FE 1 confirmed the existence of an online system for real-time monitoring of business data, including indicators such as online advertising service revenue, operating and support costs, and income at Dada, which was actually used "throughout the entire JD Group, which we also used daily." FE 1 stated that this system was used for communication across all levels of the Company, from the highest level to the most basic level; "all work-related information, including business revenue, operating and support costs, and income, was required to be

---

[3] Jingzhuntong is an online marketing application owned by JD.

33

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

communicated through this system. Discussing work-related matters outside this office system, such as on WeChat[4], was not permitted."

84. FE 1 stated that Dada's senior management, such as the Individual Defendants, and Xin, had access to this monitoring system, and also received reports on the data. According to FE 1, Dada's management-level executives relied on the information in the system to understand the historic performance of each business unit in order to make decisions about employee performance, salaries, future performance targets, and budgets.

85. According to FE 1, Dada evaluated the performance of its sales staff by setting specific performance metrics targets for each sales representative. Based on the percentage of the target achieved, the sales staff would receive a corresponding percentage of their performance bonus. The performance evaluation was conducted monthly. FE 1 stated that Dada used the online system to assign tasks. The content of the tasks was actually determined by Dada one or two months in advance. During FE 1's tenure at Dada, Dada set monthly performance evaluations for FE 1, with metrics such as the number of new merchants a sales representative needed to open, the total sales volume generated by these merchants in a month, and the number of credits (revenue) the merchants purchased on Jingzhuntong. FE 1 confirmed that once the employees' tasks were completed, the data regarding the newly signed merchants and their sales volume was uploaded to the system and reported to the company's management. FE 1 stated that when they were approaching or exceeding the company-approved cost or budget expenses, the Company would point it out.

86. FE 2 was a Brand Manager at the Henan site at Dada from May 2021 to March 2024. FE 2's job responsibilities included managing and maintaining

---

[4] WeChat or Weixin in Chinese is a Chinese instant messaging, social media, and mobile payment app developed by Tencent.

34

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

relationships with brand clients, managing crowdsourced riders, analyzing data, organizing site activities, tailoring operational details to meet brand clients' needs, and promoting projects. FE 2 confirmed that "national leaders" had access to all data across the entire Company, which were comprehensive and covered various granular metrics, and they were "100% monitoring them". FE 2 stated that senior management had access to the ROI (return on investment) of advertising services and set business targets based on the data that they were monitoring.

87.    FE 3 worked as a Market Expansion from March 2018 to August 2020. FE 3 was responsible for business development. During his tenure, FE 3 worked in logistics and distribution business in cooperation with merchants. His specific job responsibilities included onboarding merchants in the region who needed instant delivery, reaching cooperation agreements with them, and registering them as merchants on the Dada platform. In the later part of his tenure, FE 3 also needed to connect with platforms such as Eleme, Meituan, and other mini-programs for order placement and distribution. FE 3 worked at the Qingdao site during his tenure. FE 3 stated that when he first started the job, there were 7 to 8 people in his team. Later, in the first half of 2019, there was a layoff and 4 people left.

88.    FE 3 confirmed that Dada had an online real-time performance assessment and monitoring system, monitoring all operational data, including revenue, operational and support costs, and income for online advertising and marketing services; "this system was installed on every work computer within Dada, as well as on the work computers at the Dada headquarters." FE 3 further stated that "every month, the various business metrics from each region were compiled and sent to the head of the business line at headquarters. Dada's executives also needed to regularly review the data in this system to make comparisons and adjustments, in order to set performance targets and budgets for

35

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

the upcoming period, which were then communicated to the regional business teams."

89.    Regarding the involvement of the head of each business lines in setting the KPIs (key performance indicators) for frontline sales personnel, FE 3 stated that the management-level executive team discussed these KPIs in meetings, and the principal heads made the final decisions. Then, the heads of each city communicated the KPIs to their subordinate sales personnel. In addition to KPI assessments, every quarter, sales personnel, including FE 3 also had to conduct self-evaluations, summarizing their work plans in the system. The system collected all the self-evaluations, and the principal head of the business line had the authority to view each person's quarterly performance, including feedback and scores from the sales personnels' direct supervisors.

## VI.    Materially False and Misleading Statements or Omissions During The Class Period

### a.    Q4 2022 Form 6-K

90.    On March 8, 2023, after market hours, Dada announced its financial results for Q4 2022 and fiscal year ended December 31, 2022. On March 9, 2023, the Company filed the same announcement on Form 6-K with SEC (together with the March 8, 2023 earnings announcement, "Q4 2022 Form 6-K"). 4Q 2022 Form 6-K reported, in relevant part, that for the 4Q 2022,

> **total net revenues** were RMB2,681.0 million, an increase of 31.9% year over year from RMB2,032.1 million in the same quarter of 2021. ….

> **Net revenues generated from JDDJ** increased by 36.9% from RMB1,313.7 million in the fourth quarter of 2021 to RMB1,798.0 million in the fourth quarter of 2022, mainly due to the increase in GMV from the same quarter last year, which was driven by increases in the number of active consumers and average order size. The increase

36

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

in online marketing services revenue as a result of the increasing promotional activities launched by brand owners and retailers also contributed to the increment of the net revenues generated from JDDJ.

**Total costs and expenses** were RMB3,114.9 million, compared with RMB2,688.3 million in the same quarter of 2021.

**Operations and support** costs were RMB1,574.6 million, compared with RMB1,371.9 million in the same quarter of 2021. The increase was primarily due to an increase in rider cost as a result of increasing order volume for intra-city delivery services provided to various chain merchants on the Dada Now platform and retailers on the JDDJ platform.

91.    The above statements were materially false and misleading because they did not disclose that net revenues and operations and support costs were overstated due to Dada's fraudulent financial transactions which, per Dada, "were conducted primarily to meet revenue targets" and "were not supported by credible documents, business records or other evidence." Without engaging in its revenue inflation scheme, Dada would not have been able to achieve its own revenue guidance for Q4 2022.

92.    As stated above and summarized below and as Dada admitted on March 5, 2024, in Q1 2023, Dada materially misstated its net revenues and operations and support costs, violating Section 10(b) of Exchange Act and the GAAP rules as detailed at ¶¶93-99 below.

**Quarterly Net Revenues (RMB in millions)**

| | Forecast [announcing date] | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|---|
| 4Q22 | 2,650 - 2,750 [11/18/22] | 2,681.0 [3/8/23] | 69.0 [2.6%] | 2,612.0 [3/5/23] |

37

**Quarterly Cost and Expenses—Operations and Support (RMB in millions)**

|  | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|
| 4Q22 | 1,574.6 [3/8/23] | 70.0 [4.7%] | 1,504.6 [3/5/23] |

93.    SEC and NASDAQ rules and regulations require that financial statements included in a publicly traded company's registration statement, annual and quarterly reports must comply with Generally Accepted Accounting Principles ("GAAP"). GAAP constitutes those standards recognized by the accounting profession as the conventions, rules, and procedures necessary to define accepted accounting practices at a particular time. GAAP are the common set of accounting principles, standards, and procedures that companies in the United States use to compile their financial statements. The SEC has the statutory authority to promulgate GAAP for public companies and has delegated that authority to the U.S. Financial Accounting Standards Board ("FASB"). *See* Release Nos. 33-8221; 34-47743; IC-26028; FR-70. The SEC Rules and interpretive releases and the FASB Accounting Standards Codification ("ASC") represent sources of authoritative GAAP for SEC registrants. ASC 105-10-05-1. SEC and NASDAQ rules and regulations require that publicly traded companies such as Dada include financial statements that comply with GAAP in their annual and quarterly reports, and registration statements filed with the SEC.    *See* §13 of the Exchange Act; Regulation S-X. SEC Rule 4-01(a) of Regulation S-X states that "[f]inancial statements filed with the Commission which are not prepared in accordance with generally accepted accounting principles will be presumed to be misleading or inaccurate." 17 C.F.R. § 210.4-01(a)(1). Management is responsible for preparing

38

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

financial statements that conform to GAAP, as provided in the Public Company Accounting Oversight Board standards that govern financial statement auditors ("PCAOB Standards").

94.    Under GAAP "restatements" are required for material accounting errors that existed at the time financial statements were prepared.   *See* Statement of Financial Accounting Standards ("SFAS") 154; ASC 250. An accounting "error" is a term of art and results from, among other things, an error in recognition, measurement, or mistakes in the application of GAAP.   SFAS 154; ASC 250. Errors result from (i) mathematical mistakes, (ii) mistakes in application of GAAP, or (iii) oversight or misuse of facts that existed at the time the financial statements were prepared.   SFAS 154; ASC 250.

95.    By issuing the restatement, Dada acknowledged that the financial statements contained in 4Q 2022 Form 6-K were materially inaccurate, and did not comply with GAAP and were therefore materially false and misleading when issued. 17 C.F.R. § 210.4-01(a)(1). GAAP also makes a distinction between a change in estimate and the corrections of historic facts. If an estimate is changed, then no restatement is necessary. However, if facts in existence at the time were not properly recorded or considered, then the original statement must be corrected. Corrections are to be adjusted by recording adjustments to current and previously issued financial statements. ASC 250-05-04, 250-10-20. Dada acknowledged that all financial statements and financial results were prepared according to GAAP. Because GAAP does not apply to immaterial items (ASC 105-10-05-6), a restatement is required only for items deemed to be material. Thus, by restating, Dada admitted that these were not judgmental mistakes in estimation, but that it had ignored or misused known facts that existed at the time the financial statements were prepared, evidencing knowing or reckless misconduct.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

96.    Financial Accounting Standards Board Concepts Statement No. 8 ("Con 8"), *Conceptual Framework for Financial Reporting—Chapter 4, Elements of Financial Statements*, defines revenues as "inflows or other enhancements of assets of an entity or settlements of its liabilities (or a combination of both) from delivering or producing goods, rendering services, or carrying out other activities." Con 8 defines expenses as "outflows or other using up of assets of an entity or incurrences of its liabilities (or a combination of both) from delivering or producing goods, rendering services, or carrying out other activities."

97.    ASC 606, Revenue from Contracts with Customers, governs the revenue recognition under GAAP.   The core principle of ASC 606 "is that an entity recognizes revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services." ASC 606-10-05-3. GAAP requires revenue to be recognized in accordance with the following five steps:

1. Identify the contract with a customer.
2. Identify the performance obligations in the contract.
3. Determine the transaction price.
4. Allocate the transaction price.
5. Recognize revenue when the entity satisfies a performance obligation.

ASC 606-10-05-04

98.    A contract is "an agreement between two or more parties that creates enforceable rights and obligations." ASC 606-10-20. GAAP states that a contract exists only when the following criteria are met:[5]

---

[5] In the absence of a contract, an entity may still recognize the consideration received as revenue only when one or more of the following events have occurred:

40

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

a. The parties to the contract have approved the contract (in writing, orally, or in accordance with other customary business practices) and are committed to perform their respective obligations.

b. The entity can identify each party's rights regarding the goods or services to be transferred.

c. The entity can identify the payment terms for the goods or services to be transferred.

d. The contract has commercial substance (that is, the risk, timing, or amount of the entity's future cash flows is expected to change as a result of the contract).

e. It is probable that the entity will collect substantially all of the consideration to which it will be entitled in exchange for the goods or services that will be transferred to the customer. …

ASC 606-10-25-1

99. In its March 5, 2024 Form 6-K, the Company disclosed that its revenues and expenses were overstated as a result of "online advertising and marketing services transactions … that were conducted primarily to meet revenue targets … lacked any apparent business substance, were not supported by credible documents, business records or other evidence." Consequently, these transactions failed to meet the definitions of revenues and expenses.   Moreover, Dada failed to

---

a. The entity has no remaining obligations to transfer goods or services to the customer, and all, or substantially all, of the consideration promised by the customer has been received by the entity and is nonrefundable.

b. The contract has been terminated, and the consideration received from the customer is nonrefundable.

c. The entity has transferred control of the goods or services to which the consideration that has been received relates, the entity has stopped transferring goods or services to the customer (if applicable) and has no obligation under the contract to transfer additional goods or services, and the consideration received from the customer is nonrefundable.

ASC 606-10-25-7

41

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

satisfy any of the GAAP requirements necessary to recognize revenue from these fictitious transactions:

(a) No contracts existed between the parties.

(b) The Company did not have any performance obligations in connection with the fraudulent transactions.

(c) The transaction price was nil or non-existent because any revenues recognized were the result of the roundtripping transactions and any cash received by Dada was its own.

(d) No allocation of transaction price to performance obligations could be made due to the non-existence of either element.

(e) Revenue could not be recognized when (or as) Dada satisfied its performance obligations because it did not have any performance obligations in connection with the fraudulent transactions.

### b.    2022 Annual Report

100.   On April 25, 2023, Dada filed its 2022 Annual Report on Form 20-F with the SEC. The 2022 Annual Report was signed by Defendant He. Attached to the 2022 Annual Report were certifications signed by Defendants Han and Yang pursuant to SOX Sections 302 and 906 attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 2022 Annual Report stated, in relevant part, that,

*Failure to deal effectively with any fictitious transactions or other fraudulent conduct that take place on our online platforms could harm our business.*

We face *risks with respect to fictitious transactions or other fraudulent conduct* that take place on our online platforms. For example, our retailers may engage in fictitious transactions and fabricate store information in order to inflate their ratings and search

42

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

results rankings on our platforms. This activity may harm other retailers by enabling the perpetrating retailers to be favored over others, and may harm our consumers by deceiving them into believing that a merchant is more reliable or trusted than it actually is. We may experience such fraudulent activities and suffer losses from distributing subsidies relating to fictitious transactions. Although we have implemented various measures to detect and reduce the occurrence of fraudulent activities on our platforms, there can be no assurance that such measures will be effective in combating fraudulent transactions among third-party retailers and other users and prevent resulting losses. In the event that we resort to litigation to enforce the return of any subsidies and benefits we distributed to such retailers, the litigation could result in a diversion of our managerial and financial resources.

Moreover, illegal, fraudulent or collusive activities by our employees could also subject us to liability or negative publicity and harm our business. ***Although we have internal controls and policies with regard to the review and approval of transactional activities and other relevant matters***, we cannot assure you that such controls and policies will prevent fraud or illegal activity by our employees effectively. Negative publicity and user sentiment generated as a result of actual or alleged fraudulent or deceptive conduct on our platforms or by our employees would severely diminish consumer confidence in us, reduce our ability to attract new or retain current retailers and consumers, damage our reputation and diminish the value of our brand, and materially and adversely affect our business, financial condition and results of operations.

[Emphasis added]

101.   The above statements were materially false and misleading for failing to disclose that the "risks with respect to fictitious transactions or other fraudulent conduct" had materialized at the time these statements were made. While these fictitious transactions "had come to the[]attention" of the Dada management, they failed to take any actions to cure them. Additionally, the above statements were materially false and misleading for failing to disclose

43

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

that the internal control over financial reporting was ineffective due to, in part, the management's deliberate disregard of their oversight responsibilities at the time these statements were made. As Dada later admitted, the management failed to perform "continuous and sufficient risk assessment and monitoring", causing internal control to be ineffective and resulting in fictitious transactions and fraud.

102. Furthermore, the 2022 Annual Report stated that

*If we fail to implement and maintain an effective system of internal controls to remediate our material weakness over financial reporting, we may be unable to accurately report our results of operations, meet our reporting obligations or prevent fraud.*

We are subject to the reporting requirements of the U.S. Securities Exchange Act of 1934, as amended, or the Exchange Act, the Sarbanes-Oxley Act of 2002, or the Sarbanes-Oxley Act, and the rules and regulations of the Nasdaq Global Select Market. The Sarbanes-Oxley Act requires, among other things, that we maintain effective disclosure controls and procedures and internal controls over financial reporting

…

In connection with the audit of our financial statements for the fiscal year ended December 31, 2022, *we did not identify any material weakness* in our internal controls over financial reporting. Our management has concluded that our internal control over financial reporting was effective as of December 31, 2022. See "Item 15. Controls and Procedures—Management's Annual Report on Internal Control Over Financial Reporting."

If we are not able to comply with the requirements of Section 404 of the Sarbanes-Oxley Act in a timely manner, or *if we are unable to maintain the adequacy of our internal control over financial reporting*, as these standards are modified, supplemented or amended from time to time, *we may not be able to produce timely and accurate financial statements and may not be able to conclude on an ongoing*

44

*basis that we have effective internal control over financial reporting in accordance with Section 404. If that were to happen, we could suffer material misstatements in our financial statements and fail to meet our reporting obligations*, which could lead to a decline in the market price of our ADSs and we could be subject to sanctions or investigations by the Nasdaq Global Select Market, SEC or other regulatory authorities. We may also be required to restate our financial statements for prior periods.

[Emphasis added]

103.   The above statements were materially false and misleading for failing to disclose that the risk of "fail[ing] to implement and maintain an effective system of internal controls" had materialized at the time these statements were made and there existed material weaknesses at the time as Dada later admitted in its 2023 Annual Report.

104.   As stated in ¶¶73-75 above, Defendants had a duty to maintain the adequacy and effectiveness of internal controls on an ongoing basis pursuant to Exchange Act, SOX and COSO 2013 Framework. However, at the time the above statements were made, material weaknesses existed, per the 2023 Annual Report, relating to "our failure to design, implement and effectively operate controls with a sufficient level of precision to prevent and detect material misstatements related to certain online advertising and marketing business that experienced an expansion during 2023." Specifically, the material weaknesses included "(i) there was a lack of continuous and sufficient risk assessment and monitoring performed by management on such business, (ii) we lacked effective expenditure controls that properly review business substance of expenditures before authorizing payments related to such business, and (iii) we did not maintain appropriate segregation of duties in the vendor management process related to such business."

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

105.    As stated above, despite their repeated acknowledgment of the duty to maintain an effective internal control, the Dada management, including the Individual Defendants, deliberately disregarded their oversight responsibilities throughout the Class Period, causing internal control to be ineffective and resulting in fictitious transactions and fraud.

106.   Additionally, the 2022 Annual Report stated that

**Management's Annual Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as such term is defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act of 1934. Our internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements in accordance with U.S. GAAP. Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to ***the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies and procedures may deteriorate***.

Our management conducted an assessment of the effectiveness of our internal control over financial reporting as of December 31, 2022. In making this assessment, it used the criteria established within the Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) (2013 framework). Based on this assessment, our management has concluded that, as of December 31, 2022, our internal control over financial reporting was effective.

[Emphasis added]

107.   The above statements were materially false and misleading for failing to disclose that the risk of "the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance

46

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

with the policies and procedures may deteriorate" had materialized at the time these statements were made, and there had already existed material weaknesses at the time "related to our failure to design, implement and effectively operate controls with a sufficient level of precision to prevent and detect material misstatements related to certain online advertising and marketing business that experienced an expansion during 2023." As stated above, despite their repeated acknowledgment of the duty to maintain an effective internal control, the Dada management, including the Individual Defendants, deliberately disregarded their oversight responsibilities throughout the Class Period, causing internal control to be ineffective and resulting in fictitious transactions and fraud.

108. More, the SOX Certifications that Defendants He and Chen signed and attached and attached to the 2022 Annual Report pursuant to SOX Sections 302 and 906[6] stated, in relevant part, that

I, [Defendants He or Chen], certify that:

I have reviewed this annual report on Form 20-F of Dada Nexus Limited;

…

***The company's other certifying officer and I are responsible for establishing and maintaining*** disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and ***internal***

---

[6] SOX Section 302 requires that the principal executive and financial officers of a company, typically the CEO and CFO, personally attest that financial information is accurate and reliable. SOX Section 302 also requires these officers to certify on the effectiveness of the company's internal control based on their evaluation. SOX Section 906 imposes criminal liability for inaccurate certifications that are made knowingly and willfully.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

*control over financial reporting* (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the company and have:

(b) ***Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting*** and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the company's internal control over financial reporting that occurred during the period covered by this annual report that has materially affected, or is reasonably likely to materially affect, the company's internal control over financial reporting;

***The company's other certifying officer and I have disclosed***, based on our most recent evaluation of internal control over financial reporting, to the company's auditors and the audit committee of the company's board of directors (or persons performing the equivalent functions):

(a) ***All significant deficiencies and material weaknesses*** in the design or operation of internal control over financial reporting ***which are reasonably likely to adversely affect*** the company's ability to record, process, summarize and report financial information; and

(b) ***Any fraud, whether or not material, that involves management or other employees who have a significant role in the company's internal control over financial reporting***.

[Emphasis added]

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

109. The above statements were materially false and misleading because Defendants He and Chen did not "[d]esign[] such internal control over financial reporting, or caused such internal control over financial reporting to be designed under [their] supervision, to provide reasonable assurance regarding the reliability of financial reporting". Instead, as Dada later admitted, Defendants He and Chen "fail[ed] to design, implement and effectively operate controls with a sufficient level of precision to prevent and detect material misstatements related to certain online advertising and marketing business that experienced an expansion during 2023."

110. The above statements were materially false and misleading also because Defendants He and Chen failed to disclose the material weaknesses existing at the time, including (i) "a lack of continuous and sufficient risk assessment and monitoring performed by management on such [online advertising and marketing] business", (ii) "lack[] [of] effective expenditure controls that properly review business substance of expenditures before authorizing payments related to such business, and (iii) failure to "maintain appropriate segregation of duties in the vendor management process related to such business." Defendants He and Chen also failed to disclose the ongoing fraud, despite its materiality, the "indicia" of which had come to their "attention." These material weaknesses and the ongoing fraud would reasonably be likely to adversely impact Dada's financial reporting and indeed "resulted in" the material revenue and cost overstatements for the three months ended March 31, June 30 and September 30, 2023, respectively.

c. *Q1 2023 Form 6-K*

111. On May 10, 2023, after market hours, Dada announced its financial results for Q1 2023. On May 11, 2023, the Company filed the same announcement on Form 6-K with SEC (together with the May 10, 2023 earnings announcement,

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

"Q1 2023 Form 6-K"). Q1 2023 Form 6-K reported, in relevant part, that for the Q1 2023,

> **Total net revenues in the first quarter** were RMB2,575.5 million, an increase of 27.2% year over year from RMB2,025.3 million in the same period of 2022.
>
> ....

| | For the three months ended March 31, | |
|---|---|---|
| | 2022 | 2023 |
| | (RMB in thousands) | |
| **Net Revenue** | | |
| **Dada Now** | | |
| Services | 606,204 | 733,775 |
| Sales of goods | 16,847 | 15,070 |
| **Subtotal** | **623,051** | **748,845** |
| **JDDJ** | | |
| Services note (1) | 1,402,270 | 1,826,655 |
| **Subtotal** | **1,402,270** | **1,826,655** |
| **Total** | **2,025,321** | **2,575,500** |

> …
>
> **Net revenues generated from JDDJ** increased by 30.3% from RMB1,402.3 million in the first quarter of 2022 to RMB1,826.7 million in the first quarter of 2023, mainly due to the increase in GMV. The increase in online marketing services revenue as a result of the increasing promotional activities launched by brand owners and retailers also contributed to the increment of the net revenues generated from JDDJ.
>
> …
>
> **Operations and support** costs were RMB1,437.2 million, compared with RMB1,270.3 million in the same quarter of 2022. The increase was primarily due to an increase in rider cost as a result of increasing order volume for intra-city delivery services provided to various chain merchants.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

**DADA NEXUS LIMITED**
**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS**
(Amounts in thousands, except share data and otherwise noted)

|  | As of December 31, 2022 | As of March 31, 2023 |
|---|---|---|
|  | RMB | RMB |
| **ASSETS** | | |
| **Current assets** | | |
| Cash and cash equivalents | 1,233,974 | 937,126 |
| Restricted cash | 433,895 | 401,644 |
| Short-term investments | 2,702,524 | 2,383,256 |
| Accounts receivable | 313,502 | 346,069 |
| Inventories, net | 8,826 | 9,421 |
| Amount due from related parties | 1,060,987 | 1,148,475 |
| Prepayments and other current assets | 606,502 | 587,309 |
| **Total current assets** | **6,360,210** | **5,813,300** |

112.   The above statements were materially false and misleading because they did not disclose that net revenues and operations and support costs were overstated due to Dada's fraudulent financial transactions which, per Dada, "were conducted primarily to meet revenue targets" and "were not supported by credible documents, business records or other evidence." Without engaging in its revenue inflation scheme, Dada would not have been able to achieve its own revenue guidance for Q1 2023.

113.   As stated above and summarized below and as Dada admitted on March 5, 2024, in Q1 2023, Dada materially misstated its net revenues, operations and support costs, account receivables, prepayment and other current assets and net revenues from JDDJ services, violating Section 10(b) of Exchange Act and the GAAP rules as detailed at ¶¶93-99.

**Quarterly Net Revenues (RMB in millions)**

| | Forecast [announcing date] | Previously Falsely | Overstated [%] | Restated [restating date] |
|---|---|---|---|---|

51

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

|  |  | Reported [reporting date] |  |  |
|---|---|---|---|---|
| 1Q23 | 2,570 - 2,770 [3/8/23] | 2,575.5[5/10/23] | 40.1 [1.6%] | 2,535.4 [3/25/23] |

**Quarterly Cost and Expenses—Operations and Support (RMB in millions)**

|  | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|
| 1Q23 | 1,437.2 [5/10/23] | 40.1 [2.9%] | 1,397.1[3/25/23] |

**Quarterly Current Assets—Account Receivable, net (RMB in thousands)**

|  | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|
| 1Q23 | 346,069 [5/10/23] | 36,652 [10.6%] | 309,417 [3/25/23] |

**Quarterly Current Assets— Prepayments and other current assets (RMB in thousands)**

|  | Previously Falsely Reported [reporting date] | Understated [%] | Restated [restating date] |
|---|---|---|---|
| 1Q23 | 587,309 [5/10/23] | 36,652 [6.2%] | 623,961 [3/25/23] |

52

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

**Breakdown of Quarterly Net Revenues— JDDC Services (RMB in millions)**

|  | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|
| 1Q23 | 1,816.7 [5/10/23] | 40.1 [2.2%] | 1,786.6 [3/25/23] |

### d.   Q2 2023 Form 6-K

114.   On August 15, 2023, after market hours, Dada announced its financial results for Q2 2023. On August 16, 2023, the Company filed the same announcement on Form 6-K with SEC (together with the August 15, 2023earnings announcement, "Q2 2023 Form 6-K"). Q2 2023 Form 6-K reported, in relevant part, that for the Q2 2023,

**Total net revenues in the second quarter** were RMB2,810.6 million, an increase of 23.2% year over year from RMB2,281.1 million in the same period of 2022.

|  | For the three months ended June 30, | |
|---|---|---|
|  | 2022 | 2023 |
|  | (RMB in thousands) | |
| **Net Revenue** | | |
| **Dada Now** | | |
| Services | 793,844 | 965,773 |
| Sales of goods | 21,791 | 14,661 |
| **Subtotal** | **815,635** | **980,434** |
| **JDDJ** | | |
| Services note (1) | 1,460,612 | 1,830,165 |
| Sales of goods | 4,845 | — |
| **Subtotal** | **1,465,457** | **1,830,165** |
| **Total** | **2,281,092** | **2,810,599** |

…

**Net revenues generated from JDDJ** increased by 24.9% from RMB1,465.5 million in the second quarter of 2022 to RMB1,830.2 million in the second quarter of 2023, mainly due to the increase in GMV. The increase in online marketing services revenue as a result of the increasing promotional activities

53

launched by brand owners and retailers also contributed to the increment of the net revenues generated from JDDJ.

…

**Operations and support** costs were RMB1,716.8 million, compared with RMB1,431.3 million in the same quarter of 2022. The increase was primarily due to (i) an increase in rider cost as a result of increasing order volume for intra-city delivery services provided to various chain merchants, and (ii) an increase in costs for promotional activities.

…

**DADA NEXUS LIMITED**
**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Amounts in thousands, except share data and otherwise noted)**

|  | As of December 31, 2022 RMB | As of June 30, 2023 RMB |
|---|---|---|
| **ASSETS** | | |
| **Current assets** | | |
| Cash and cash equivalents | 1,233,974 | 529,255 |
| Restricted cash | 433,895 | 394,153 |
| Short-term investments | 2,702,524 | 3,021,686 |
| Accounts receivable | 313,502 | 402,429 |
| Inventories, net | 8,826 | 6,862 |
| Amount due from related parties | 1,060,987 | 1,092,767 |
| Prepayments and other current assets | 606,502 | 319,007 |
| **Total current assets** | 6,360,210 | 5,766,159 |

115. The above statements were materially false and misleading because they did not disclose that net revenues and operations and support costs were overstated due to Dada's fraudulent financial transactions which, per Dada, "were conducted primarily to meet revenue targets" and "were not supported by credible documents, business records or other evidence." Without engaging in its revenue inflation scheme, Dada would not have been able to achieve its own revenue guidance for Q2 2023.

116. As stated above and summarized below and as Dada admitted on March 5, 2024, in Q2 2023, Dada materially misstated its net revenues, operations and support costs, account receivables, prepayment and other

current assets and net revenues from JDDJ services, violating Section 10(b) of Exchange Act and GAAP rules as detailed at ¶¶93-99.

**Quarterly Net Revenues (RMB in millions)**

| | Forecast [announcing date] | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|---|
| 2Q23 | 2,800 - 3,000 [5/10/23] | 2,810.6 [8/15/23] | 213.8 [8.2%] | 2,596.8 [3/25/23] |

**Quarterly Cost and Expenses—Operations and Support (RMB in millions)**

| | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|
| 2Q23 | 1,716.8 [8/15/23] | 213.8 [14.2%] | 1,503.0 [3/25/23] |

**Quarterly Current Assets—Account Receivable, net (RMB in thousands)**

| | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|
| 2Q23 | 402,429 [8/15/23] | 46,440 [11.5%] | 355,989 [3/25/23] |

**Quarterly Current Assets— Prepayments and other current assets (RMB in thousands)**

| | Previously Falsely Reported [reporting date] | Understated [%] | Restated [restating date] |
|---|---|---|---|

55

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

| 2Q23 | 319,007 [8/15/23] | 46,440 [14.6%] | 365,447 [3/25/23] |

**Breakdown of Quarterly Net Revenues— JDDC Services (RMB in millions)**

| | Previously Falsely Reported [reporting date] | Overstated [%] | Restated [restating date] |
|---|---|---|---|
| 2Q23 | 1,830.2 [8/15/23] | 213.8 [11.7%] | 1,616.4 [3/25/23] |

e.  *Q3 2023 Form 6-K*

117.  On November 14, 2023, after market hours, Dada announced its financial results for Q3 2023. On November 15, 2023, the Company filed the same announcement on Form 6-K with SEC (together with the November 14, 2023 earnings announcement, "Q3 2023 Form 6-K"). Q3 2023 Form 6-K reported, in relevant part, that for Q32023,

**Total net revenues** were RMB2,866.6 million, an increase of 20.4% year over year from RMB2,380.1 million in the same period of 2022.

| | For the three months ended September 30, | |
|---|---|---|
| | 2022 | 2023 |
| | (RMB in thousands) | |
| **Net Revenue** | | |
| **Dada Now** | | |
| Services | 819,764 | 1,072,165 |
| Sales of goods | 16,125 | 9,394 |
| **Subtotal** | 835,889 | 1,081,559 |
| **JDDJ** | | |
| Services note (1) | 1,544,257 | 1,784,188 |
| Sales of goods | — | 807 |
| **Subtotal** | 1,544,257 | 1,784,995 |
| **Total** | 2,380,146 | 2,866,554 |

…

**Net revenues generated from JDDJ** increased by 15.6% from RMB1,544.3 million in the third quarter of 2022 to RMB1,785.0 million in the third quarter of 2023, mainly due to the increase in GMV. The increase in online

56

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

advertising and marketing services revenue as a result of the increasing promotional activities launched by brand owners and retailers also contributed to the increment of the net revenues generated from JDDJ.

...

**Operations and support** costs were RMB1,956.0 million, compared with RMB1,466.8 million in the same quarter of 2022. The increase was primarily due to (i) an increase in rider cost as a result of increasing order volume of intra-city delivery services provided to various chain merchants, and (ii) an increase in costs for promotional activities.

...

**DADA NEXUS LIMITED**
**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Amounts in thousands, except share data and otherwise noted)**

|  | As of December 31, 2022 RMB | As of September 30, 2023 RMB |
|---|---|---|
| **ASSETS** | | |
| **Current assets** | | |
| Cash and cash equivalents | 1,233,974 | 1,887,204 |
| Restricted cash | 433,895 | 652,686 |
| Short-term investments | 2,702,524 | 1,870,119 |
| Accounts receivable, net | 313,502 | 432,746 |
| Inventories | 8,826 | 9,809 |
| Amount due from related parties | 1,060,987 | 999,451 |
| Prepayments and other current assets | 606,502 | 253,193 |
| **Total current assets** | 6,360,210 | 6,105,208 |

118.   The above statements were materially false and misleading because they did not disclose that net revenues and operations and support costs were overstated due to Dada's fraudulent financial transactions which, per Dada, "were conducted primarily to meet revenue targets" and "were not supported by credible documents, business records or other evidence."

57

Without engaging in its revenue inflation scheme, Dada would not have been able to achieve its own revenue guidance for Q3 2023.

119. As stated above and summarized below and as Dada admitted on March 5, 2024, in Q3 2023, Dada materially misstated its net revenues, operations and support costs, account receivables, prepayment and other current assets and net revenues from JDDJ services, violating Section 10(b) of Exchange Act and the GAAP rules as detailed at ¶¶93-99.

## VII.   The Truth Began To Emerge Through Partial Corrective Disclosures

120. As detailed above at ¶¶47-75 and fully incorporated and summarized herein, the truth gradually emerged, causing Dada's ADS price to materially fall and significantly damaging investors.

121. On December 19, 2023, Dada issued a press release announcing the abrupt resignation of both the chairman and CFO, Xin and Defendant Chen. This news caused Dada's ADSs to fall $0.14 per ADS, or 4.44%, closing at $3.01 per ADS on December 20, 2023.

122. On January 8, 2024, before the market opened Dada issued the January 8, 2024 Form 6-K, disclosing "certain suspicious practices" that inflated their revenues by RMB 500 million (approximately $73.5 million USD) for online advertising and marketing services and operations and support costs by RMB 500 million (approximately $73.5 million USD) for the first three quarters of 2023 and the Company's revenue guidance for the fourth quarter and full year of 2023 should no longer be relied upon. On the news, the price of Dada's ADS tumbled by 45.87%, or $1.45 per ADS, closing at $1.705 per ADS on January 8, 2024, with unusually high trading volume. On January 9, 10, and 11, Dada ADS price continued to fall by 6.16%, 5.63%, and 6.63%, respectively.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

123. On March 5, 2024, Dada filed the March 5, 2024 Report, detailing the findings of its independent review into the "suspicious practices." Also on March 5, 2024, Dada announced that Defendant He was immediately "stepping down following the substantial completion of the Independent Review."

124. On March 25, 2024, after the market closed, Dada issued the March 25, 2024 Report and filed the March 25, 2024 Report with the SEC on March 26, 2024. The net revenues from the JDDJ business line significantly decreased by 13.9% year over year, "mainly due to the decrease in online advertising and marketing services revenues." The report also revealed that the JDDJ business line was where the fraud was carried out. Additionally, the March 25, 2024 Report detailed the overstatement and restatements for the key line items for the first three quarters of 2023. On this report, on March 26, 2024, the price of Dada's ADS fell by 16.21%, or $0.41 per ADS, closing at $2.12 per ADS.

125. On April 22, 2024, Dada filed the 2023 Annual Report with the SEC, disclosing that material weaknesses existed in Dada's internal control over financial reporting and internal control was not effective as of December 31, 2023. On this report, the Dada ADS price fell by 2.11%, or $0.04 per ADS, closing at $1.86 per ADS on April 23, 2024.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

126. Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons other than defendants who acquired the Company's securities publicly traded on NASDAQ during the Class Period, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, members of the Individual Defendants' immediate families and their legal

59

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

127.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on NASDAQ. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds, if not thousands of members in the proposed Class.

128.    Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

129.    Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

130.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the Exchange Act was violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business and financial condition of the Company;

- whether Defendants' public statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

60

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

- whether the Defendants caused the Company to issue false and misleading filings during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false filings;

- whether the prices of the Company securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

131. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

132. Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- the Company's securities met the requirements for listing, and were listed and actively traded on NASDAQ, an efficient market;

- as a public issuer, the Company filed periodic public reports;

- the Company regularly communicated with public investors via established market communication mechanisms, including through the regular dissemination of press releases via major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;

- the Company's securities were liquid and traded with moderate to heavy volume during the Class Period; and

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

- the Company was followed by a number of securities analysts employed by major brokerage firms who wrote reports that were widely distributed and publicly available.

133. Based on the foregoing, the market for the Company's securities promptly digested current information regarding the Company from all publicly available sources and reflected such information in the prices of the shares, and Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

134. Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information as detailed above.

## COUNTS

## COUNT I
### For Violations of Section 10(b) And Rule 10b-5 Promulgated Thereunder Against All Defendants

135. Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

136. This Count is asserted against Defendants is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

137. During the Class Period, Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

62

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

138.    Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes and artifices to defraud;

- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

- engaged in acts, practices and a course of business that operated as a fraud or deceit upon Plaintiffs and others similarly situated in connection with their purchases of the Company's securities during the Class Period.

139.    Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

140.    Individual Defendants, who are the senior officers of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiffs and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or any other of the Company's personnel to members of the investing public, including Plaintiffs and the Class.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

141. As a result of the foregoing, the market price of the Company's securities was artificially inflated during the Class Period. In ignorance of the falsity of Defendants' statements, Plaintiffs and the other members of the Class relied on the statements described above and/or the integrity of the market price of the Company's securities during the Class Period in purchasing the Company's securities at prices that were artificially inflated as a result of Defendants' false and misleading statements.

142. Had Plaintiffs and the other members of the Class been aware that the market price of the Company's securities had been artificially and falsely inflated by Defendants' misleading statements and by the material adverse information which Defendants did not disclose, they would not have purchased the Company's securities at the artificially inflated prices that they did, or at all.

143. As a result of the wrongful conduct alleged herein, Plaintiffs and other members of the Class have suffered damages in an amount to be established at trial.

144. By reason of the foregoing, Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the Plaintiffs and the other members of the Class for substantial damages which they suffered in connection with their purchase of the Company's securities during the Class Period.

## COUNT II
### Violations of Section 20(a) of the Exchange Act
### Against the Individual Defendants and JD

145. Plaintiffs repeat and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

146. During the Class Period, the Individual Defendants and JD participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

affairs. Because of their senior and/or controlling positions, they knew the adverse non-public information about the Company's false financial statements.

147. As officers of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's' financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

148. Because of their positions of control and authority as senior officers and/or controlling shareholder, the Individual Defendants and JD were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period concerning the Company's results of operations. Throughout the Class Period, the Individual Defendants and JD exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual Defendants and JD therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of the Company's securities.

149. By reason of the above conduct, the Individual Defendants and JD are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, on behalf of himself and the Class, prays for judgment and relief as follows:

(a)     declaring this action to be a proper class action, designating Plaintiffs as Lead Plaintiffs and certifying Plaintiffs as class representatives under Rule 23 of

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

the Federal Rules of Civil Procedure and designating Plaintiffs' counsel as Lead Counsel;

(b) awarding damages in favor of Plaintiffs and the other Class members against all Defendants, jointly and severally, together with interest thereon;

(c) awarding Plaintiffs and the Class reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) awarding Plaintiffs and other members of the Class such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

Dated: June 7, 2024

**THE ROSEN LAW FIRM, P.A.**
/s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim
Jing Chen
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Emails: philkim@rosenlegal.com
jchen@rosenlegal.com
ghaklay@rosenlegal.com

*Counsel for Plaintiffs and
the Proposed Class*

66

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old.   On June 7, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on June 7, 2024, at Los Angeles, California.

*/s/ Laurence Rosen*
Laurence Rosen

67

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS