LAURENCE M. ROSEN (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

Attorney for Plaintiffs

PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendant
DADA NEXUS LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated, | CASE NO.: 2:24-cv-00239-SVW-BFM |
| Plaintiff, | **(1)   JOINT STIPULATION TO STAY THE ACTION PENDING MEDIATION** |
| v. | |
| DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC. | **(2)   DECLARATION OF LAURENCE M. ROSEN (filed under separate cover); and** |
| Defendants. | **(3)   [PROPOSED] ORDER (lodged under separate cover)** |

Lead Plaintiff Senthil Subramanian and named Plaintiff Yan Wang ("Plaintiffs") and Defendant Dada Nexus Limited ("Dada"), hereby stipulate and agree as follows:

WHEREAS, on January 10, 2024, named Plaintiff Yan Wang filed the initial complaint in the above-captioned action (Dkt. No. 1), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, against Dada and Defendants Jeff Huijian He and Beck Zhaoming Chen;

WHEREAS, on April 5, 2024, the Court appointed Senthil Subramanian as the Lead Plaintiff and Lead Plaintiff's choice of counsel, The Rosen Law Firm, P.A., as Lead Counsel. (Dkt. No. 36.)

WHEREAS, on April 8, 2024, the Court held a status conference, at which the Court ordered that Plaintiffs' amended complaint be due on or before June 7, 2024, Dada's response due on or before July 22, 2024, Plaintiffs' opposition in response to Dada's motion to dismiss, if any, due on or before July 30, 2024 and Dada's reply in furtherance of its motion to dismiss due on or before August 6, 2024, with a hearing on August 12, 2024. (Dkt. No. 38.)

WHEREAS, on June 7, 2024, according to the Court's order, Plaintiffs filed their amended complaint and added JD.com, Inc. ("JD"), Laura Marie Butler ("Butler"), Baohong Sun ("Sun"), and Jian Han ("Han") as defendants. (Dkt. No. 41.)

WHEREAS, on June 12, 2024, according to the Court's orders on June 10 and 12, 2024, Plaintiffs filed their corrected amended complaint, correcting a clerical error in the caption of the June 7, 2024 amended complaint. ("Operative Complaint," Dkt. No. 45.) The Operative Complaint added Defendants Butler, Sun, and Jan to the caption of the amended complaint.

WHEREAS, the parties have agreed to engage in a mediation in an effort to resolve this dispute.

WHEREAS, the mediation is scheduled for August 14, 2024 before JAMS mediator Honorable S. James Otero (ret.).

WHEREAS, for the reasons set forth in the accompanying Declaration of Laurence M. Rosen in Support of Joint Stipulation to Stay the Action Pending Mediation, filed contemporaneously herewith, Plaintiffs and Dada believe that good cause exists for of the stay of the action until after the mediation and any subsequent necessary negotiations before the mediator Honorable S. James Otero (ret.), including preservation of judicial sources by avoiding unnecessary time and deliberation that would otherwise be expended on the upcoming motion to dismiss if the action settles successfully;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-1, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1. The time for Dada to answer, move, or otherwise respond to the Operative Complaint, including bringing any motion pursuant to Federal Rule of Civil Procedure 12, shall be stayed until August 30, 3024 to allow the mediation before JAMS mediator Honorable S. James Otero (ret.) and any subsequent necessary continued negotiations to take place;

2. The parties shall jointly submit a status report letter on or before August 30, 2024 to advise the Court on whether this action has settled;

3. If the matter has not settled by August 30, 2024, the litigation shall be resumed according to the schedule as follows:

(a) Dada's response to the corrected amended complaint is due on or before September 30, 2024;

(b) Should Dada file a motion to dismiss, Plaintiffs' opposition in response to such motion is due on or before October 30, 2024; and

(c) Dada's reply in furtherance of its motion to dismiss is due on or before November 15, 2024;

4.     Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this action.

DATED: July 8, 2024

THE ROSEN LAW FIRM

By:  _/s/Laurence M. Rosen_
     LAURENCE M. ROSEN

     Attorney for Plaintiffs
     and the Putative Class

DATED: July 8, 2024

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  _/s/ Virginia F. Milstead_
     VIRGINIA F. MILSTEAD

     Attorneys for Defendant
     DADA NEXUS LIMITED

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.