LAURENCE M. ROSEN (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

Attorney for Plaintiffs

PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendant
DADA NEXUS LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated, | CASE NO.: 2:24-cv-00239-SVW-BFM |
| Plaintiff, | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF JOINT STIPULATION TO STAY THE ACTION PENDING MEDIATION** |
| v. | |
| DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC. | |
| Defendants. | |

## <u>DECLARATION OF LAURENCE M. ROSEN</u>

I, Laurence M. Rosen, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and have been admitted to this Court. I am the managing partner in the law firm of The Rosen Law Firm, P.A., which is counsel of record for Lead Plaintiff Senthil Subramanian and named Plaintiff Yan Wang ("Plaintiffs") in the above-captioned matter. I submit this declaration in support of the parties' Joint Stipulation to Stay the Action Pending Mediation ("Stipulation"). I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2.     On January 10, 2024, named Plaintiff Yan Wang filed the initial complaint in the above-captioned action (Dkt. No. 1), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, against Dada and Defendants Jeff Huijian He and Beck Zhaoming Chen;

3.     On April 5, 2024, the Court appointed Senthil Subramanian as the Lead Plaintiff and Lead Plaintiff's choice of counsel, The Rosen Law Firm, P.A., as Lead Counsel. (Dkt. No. 36.)

4.     On April 8, 2024, the Court held a status conference, at which the Court ordered that Plaintiffs' amended complaint be due on or before June 7, 2024, Dada's response due on or before July 22, 2024, Plaintiffs' opposition in response to Dada's motion to dismiss, if any, due on or before July 30, 2024 and Dada's reply in furtherance of its motion to dismiss due on or before August 6, 2024, with a hearing on August 12, 2024. (Dkt. No. 38.)

5.     On June 7, 2024, according to the Court's order, Plaintiffs filed their amended complaint and added JD.com, Inc. ("JD"), Laura Marie Butler ("Butler"), Baohong Sun ("Sun"), and Jian Han ("Han") as defendants. (Dkt. No. 41.)

6. On June 12, 2024, according to the Court's orders on June 10 and 12, 2024, Plaintiffs filed their corrected amended complaint, correcting a clerical error in the caption of the June 7, 2024 amended complaint. ("Operative Complaint," Dkt. No. 45.) The Operative Complaint added Defendants Butler, Sun, and Jan to the caption of the amended complaint.

7. Considering the factual allegations in the Operative Complaint and the unique characteristics inherent in securities class actions against China-based companies, such as Dada, including discovery involving China-based witnesses and documents and the enforcement of U.S. judgments in China, the parties believe that engaging in a mediation in an effort to resolve this dispute at an early stage would be beneficial to all parties, including the putative investor class.

8. The mediation is scheduled for August 14, 2024 before JAMS mediator Honorable S. James Otero (ret.).

9. Plaintiffs and Dada believe that good cause exists for of the stay of this action until after the mediation and any subsequent necessary negotiations before the mediator Honorable S. James Otero, including preservation of judicial sources by avoiding unnecessary time and deliberation that would otherwise be expended on the upcoming motion to dismiss if the action settles successfully.

10. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 8th of July 2024, in Los Angeles, California.


By: _____/s/ Laurence M. Rosen_____
          Laurence M. Rosen

2