LAURENCE M. ROSEN (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

Attorney for Plaintiffs

PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendant
DADA NEXUS LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC.<br><br>Defendants. | CASE NO.: 2:24-cv-00239-SVW-BFM<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER

The Court having received and reviewed the parties' Joint Stipulation to Stay the Action Pending Mediation, and good cause appearing:

IT IS HEREBY ORDERED:

1. The time for Dada to answer, move, or otherwise respond to the Operative Complaint, including bringing any motion pursuant to Federal Rule of Civil Procedure 12, shall be stayed until August 30, 2024 to allow the mediation before JAMS mediator Honorable S. James Otero (ret.) and any subsequent necessary continued negotiations to take place;

2. The parties shall jointly submit a status report letter on or before August 30, 2024 to advise the Court on whether this action has settled;

3. If the matter has not settled by August 30, 2024, the litigation shall be resumed according to the schedule as follows:

(a) Dada's response is due on or before September 30, 2024;

(b) Should Dada file a motion to dismiss, Plaintiffs' opposition in response to such motion is due on or before October 30, 2024; and

(c) Dada's reply in furtherance of its motion to dismiss is due on or before November 15, 2024.

Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Action.

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Stephen V. Wilson
United States District Court Judge