

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>      v.<br><br>DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC.<br><br>           Defendants. | CASE NO.: 2:24-cv-00239-SVW-BFM<br><br>**ORDER** |

## <u>ORDER</u>

The Court having received and reviewed the parties' Joint Stipulation to Stay the Action Pending Mediation, and good cause appearing:

IT IS HEREBY ORDERED:

1.      The time for Dada to answer, move, or otherwise respond to the Operative Complaint, including bringing any motion pursuant to <u>Federal Rule of Civil Procedure 12</u>, shall be stayed until August 30, 2024 to allow the mediation before JAMS mediator Honorable S. James Otero (ret.) and any subsequent necessary continued negotiations to take place;

2.      The parties shall jointly submit a status report letter on or before August 30, 2024 to advise the Court on whether this action has settled;

3.      If the matter has not settled by August 30, 2024, the litigation shall be resumed according to the schedule as follows:

(a)     Dada's response is due on or before September 30, 2024;

(b)     Should Dada file a motion to dismiss, Plaintiffs' opposition in response to such motion is due on or before October 30, 2024; and

(c)     Dada's reply in furtherance of its motion to dismiss is due on or before November 15, 2024.

Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Action.

**IT IS SO ORDERED**

Dated: July 18, 2024

Hon. Stephen V. Wilson
United States District Court Judge