The Rosen Law Firm
INVESTOR COUNSEL

Jing Chen
jchen@rosenlegal.com

August 30, 2024

**BY ECF**
Hon. Stephen V. Wilson
United States District Court
Central District of California
First Street Courthouse
350 W. 1st Street
Courtroom 10A, 10th Floor
Los Angeles, California 90012

Re: *Yan Wang v. Dada Nexus Limited et al.,* 2:24-cv-00239-SVW-BFM

Your Honor:

Pursuant to the Court's July 18, 2024 Order (Dkt. No. 51), we write on behalf of the Parties to update the Court on the meditation that the parties conducted before JAMS mediator Honor S. James Otero (ret.). We are pleased to inform the Court that the Parties have reached a settlement in principle that will resolve all claims in the above-captioned putative class action.

The Parties are in the process of formalizing their settlement agreement. Accordingly, the Parties respectfully request that the Court continue staying all proceedings in this action. Plaintiffs anticipate filing a motion for preliminary approval of the proposed class action settlement and the settlement agreement in 45 days.

Respectfully submitted,

*/s/ Laurence M. Rosen*
Laurence M. Rosen, Esq.

cc: All counsel via ECF