Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC.<br><br>Defendants. | Case No. 2:24-cv-00239-SVW-BFM<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>Date:       November 25, 2024<br>Time:       1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson |

- 1 -
NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT; 2:24-cv-00239-SVW-BFM

Lead Plaintiff Senthil Subramanian and named plaintiff Yan Wang ("Plaintiffs"), individually and on behalf of the proposed settlement class, respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement.

PLEASE TAKE NOTICE that on November 25, 2024, or such date as determined by the Court, in the United States District Court for the Central District of California, Plaintiffs will and hereby do move the Court for an order: (i) certifying the Settlement Class for settlement purposes only, appointing Plaintiffs as class representatives, and appointing The Rosen Law Firm, P.A. as class counsel; (ii) preliminarily approving the proposed Settlement of this class action; (iii) approving the parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a hearing on whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Lead Counsel and award to Plaintiffs. This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Approval, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Plaintiffs make this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on October 14, 2024, during which Defendants' counsel advised that Defendants do not oppose this motion.

| | |
|---|---|
| Dated: October 14, 2024 | **THE ROSEN LAW FIRM, P.A.** |
| | /s/ Phillip Kim |
| | Phillip Kim (*pro hac vice*) |
| | 275 Madison Avenue, 40th Floor |
| | New York, NY 10016 |
| | Telephone: (212) 686-1060 |
| | Facsimile: (212) 202-3827 |
| | Emails: philkim@rosenlegal.com |
| | |
| | Laurence M. Rosen (SBN 219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | |
| | Jing Chen (*pro hac vice*) |
| | Gonen Haklay (*pro hac vice*) |
| | 101 Greenwood Avenue, Suite 440 |
| | Jenkintown, PA 19046 |
| | Telephone: (215) 600-2817 |
| | Facsimile: (212) 202-3827 |
| | Emails: jchen@rosenlegal.com |
| | ghaklay@rosenlegal.com |
| | |
| | *Lead Counsel for Plaintiffs and the Class* |

- 3 -

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 2:24-cv-00239-SVW-BFM

**CERTIFICATE OF SERVICE**

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On October 14, 2024, I electronically filed the foregoing NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 14, 2024.

/s/Phillip Kim