# Exhibit A-4

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment. This Notice may affect your legal rights.*

*Please read it carefully.*

Dada Nexus Ltd. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

---

*Wang v. Dada Nexus Limited et al., 2:24-cv-00239-SVW-BFM (C.D. Cal.)*
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET/DADA OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

There has been a proposed Settlement of all claims against Dada Nexus Limited ("Dada"), certain of its officers and directors, and JD.com ("JD"), Inc. in the above-referenced action. The proposed Settlement resolves a class action lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, Defendants misled investors, issuing materially false and misleading statements and causing damages to Settlement Class Members. Dada and JD deny any wrongdoing.

You received this Notice because you or someone in your family may have purchased Dada's American Depositary Shares ("ADSs") between March 9, 2023 and April 22, 2024, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of Defendants, a fund consisting of $4,800,000 ("Settlement Fund"), less attorneys' fees and expenses, Award to Plaintiffs, administrative costs and tax expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Claim Form"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement, dated October 14, 2024 at www.strategicclaims.net/Dada and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Claim Form by contacting the Claims Administrator in any of the following ways: (1) mail: *Dada Nexus Ltd. Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free, (866) 274-4004; (3) fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/Dada.

To qualify for payment, you must submit a Claim Form to the Claims Administrator. A copy of the Claim Form can be found on the website. CLAIM FORMS ARE DUE BY _____, 202_ TO DADA NEXUS LTD. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, 600 N. JACKSON ST., STE. 205, P.O. BOX 230, MEDIA, PA 19063 OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/DADA. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____ __, 202_, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ __, 202_. The Long Notice explains how to exclude yourself or to object.

The Court will hold a hearing on ___, 2025 at 1:30 p.m. at the First Street Courthouse, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, or via remote means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to one-third of the Settlement Fund, plus actual expenses up to $95,000 for litigating the case and negotiating the Settlement, and a compensatory Award to Plaintiffs not to exceed $15,000 in total ("Settlement Hearing"). You may attend the Settlement Hearing and ask to be heard by the Court, but you do not have to. For more information, call (866) 274-4004, or visit www.strategicclaims.net/Dada.