PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
ALYSSA E. MUSANTE (SBN 320821)
alyssa.musante@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendants
DADA NEXUS LIMITED and
JD.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, JIAN HAN, and JD.COM, INC.,<br><br>Defendants | CASE NO.: 2:24-cv-00239-SVW-BFM<br><br>**DECLARATION OF VIRGINIA F. MILSTEAD REGARDING DEFENDANTS DADA NEXUS LIMITED AND JD.COM, INC.'S COMPLIANCE WITH 28 U.S.C. § 1715** |

## DECLARATION OF VIRGINIA F. MILSTEAD

I, Virginia F. Milstead, declare as follows:

1.      I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Dada Nexus Limited ("Dada") and JD.com, Inc. ("JD," and together with Dada, "Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' compliance with 28 U.S.C. § 1715 and pursuant to the Stipulation of Settlement (Dkt. No. 59). The information contained in this declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2.      Pursuant to the Class Action Fairness Act ("CAFA"), on October 25, 2024, I caused a letter (the "CAFA Notice") containing the information and court documents called for by 28 U.S.C. § 1715(b) to be sent via priority mail to the appropriate State and Federal officials, as defined by 28 U.S.C. § 1715(a).

3.      Attached hereto as **Exhibit 1** to this declaration is a true and correct copy of the CAFA Notice, without the court documents filed in this action that were enclosed with the letter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this day, November 1, 2024, in Los Angeles, California.

By: _____*/s/ Virginia F. Milstead*_____
                        Virginia F. Milstead

2

DECLARATION OF VIRGINIA F. MILSTEAD

# EXHIBIT 1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144
———
TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5592
DIRECT FAX
(213) 621-5592
EMAIL ADDRESS
VIRGINIA.MILSTEAD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

October 25, 2024

**VIA U.S. MAIL**

TO:  ALL ADDRESSEES LISTED IN APPENDIX A

RE:  **Notice of Proposed Class Action Settlement**
*Yan Wang v. DADA Nexus Limited, Jeff Huijian He, Beck Zhaoming Chen, Laura Marie Butler, Jian Han, and JD.com, Inc.*, Civil Action No. 2:24-cv-00239-SVW-BFM (C.D. Cal.)

Dear Sir or Madam:

Pursuant to Section 3 of the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), you are hereby notified of a proposed settlement of the above-captioned class action lawsuit (the "Class Action") currently pending before the United States District Court for the Central District of California (the "Court"). This notice is provided on behalf of DADA Nexus Limited and JD.com, Inc., the defendants in the Class Action ("Defendants") represented by this firm. This notice and the accompanying materials are intended to satisfy any and all notification obligations that Defendant has pursuant to CAFA with respect to the Class Action.

Pursuant to 28 U.S.C. § 1715, Defendant encloses a DVD containing the following:

(1)  The Class Action Complaint filed on January 10, 2024, and the Corrected Amended Class Action Complaint filed on June 16, 2024, are included on the enclosed DVD in the folder labeled "Tab 1."

(2)  The hearing for preliminary approval of the proposed settlement is set for November 25, 2024. A copy of the proposed preliminary approval order is included on the enclosed DVD in the folder labeled "Tab 2."

(3)  The proposed notices to class members, as filed with the court, are included on the enclosed DVD in the folder labeled "Tab 3."

October 25, 2024
Page 2

(4)     The Stipulation of Settlement, as filed with the court, is included on the enclosed DVD in the folder labeled "Tab 4."

(5)     Class counsel and counsel for the Defendant have not entered into any agreements.

(6)     No final judgment or notice of dismissal has yet been entered. The [Proposed] Order and Preliminary Judgment, as filed with the court, is included on the enclosed DVD in the folder labeled "Tab 5."

(7)     CAFA also requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." See 28 U.S.C. §1715(b)(7)(A)-(B). In this Class Action, brought on behalf of persons who purchased securities that are traded on a nationwide exchange, the number of class members, as well as the class members' names, states of residence, and claim amount will not be known until after notice of the settlement is given and potential class members submit claim forms. Thus, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement.

(8)     No written judicial opinions have been issued relating to items (3) through (6), above, as of this date.

If you have any questions about this notice, the lawsuit or the enclosed materials, or if you did not receive any of the above-listed materials, please feel free to contact me.

Sincerely,

Virginia F. Milstead

Encl.

October 25, 2024
Page 3

# APPENDIX A

## Offices of Federal and State Officials

| | |
|---|---|
| U.S. Department of Justice<br>Office of the U.S. Attorney General<br>Room B-103<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | PHIL WEISER<br>Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 |
| STEVE MARSHALL<br>Alabama Attorney General<br>501 Washington Ave., P.O. Box 300152<br>Montgomery, AL  36130-0152 | WILLIAM TONG<br>Connecticut Attorney General<br>165 Capitol Ave.<br>Hartford, CT  06106 |
| TREG TAYLOR<br>Alaska Attorney General<br>1031 W 4th Ave. Ste. 200<br>Anchorage, AK  99501-1994 | KATHY JENNINGS<br>Delaware Attorney General<br>Carvel State Office Bldg.,<br>820 N. French St.,<br>Wilmington, DE  19801 |
| KRIS MAYES<br>Arizona Attorney General<br>2005 n Central Ave.<br>Phoenix, AZ  85004-1592 | BRIAN SCWWALB<br>District of Columbia Attorney General<br>400 6th Street, NW<br>Washington, DC  20001 |
| TIM GRIFFIN<br>Arkansas Attorney General<br>323 Center St., Suite 200<br>Little Rock, AR  72201-2610 | ASHLEY MOODY<br>Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL  32399-1050 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102 | CHRIS CARR<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA  30334-1300 |

October 25, 2024
Page 4

| | |
|---|---|
| ANNE E. LOPEZ<br>Hawaii Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 | RUSSELL COLEMAN<br>Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| RAÚL LABRADOR<br>Idaho Attorney General<br>700 W. Jefferson Street, Suite 210<br>Boise, ID 83720-1000 | LIZ MURRILL<br>Louisiana Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802 |
| KWAME RAOUL<br>Illinois Attorney General<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL 60601 | Aaron Frey<br>Maine Attorney General<br>State House Station 6<br>Augusta, ME 04333 |
| TODD ROKITA<br>Indiana Attorney General<br>Indiana Government Center South - 5th Fl.<br>302 West Washington Street<br>Indianapolis, IN 46204 | ANTHONY G. BROWN<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| BRENNA BIRD<br>Iowa Attorney General<br>Hoover State Office Bldg.<br>1305 E. Walnut<br>Des Moines, IA 50319 | Office of Massachusetts Attorney General<br>Andrea Joy Campbell<br>ATTN: CAFA Coordinator/General<br>Counsel's Office<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| KRIS KOBACH<br>Kansas Attorney General<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 | DANA NESSEl<br>Michigan Attorney General<br>P.O. Box 30212, 525 W. Ottawa St.<br>Lansing, MI 48909-0212 |

October 25, 2024
Page 5

| | |
|---|---|
| KEITH ELLISON<br>Minnesota Attorney General<br>State Capitol, Ste. 102<br>75 Dr. Martin Luther King, Jr. Blvd.<br>St. Paul, MN 55155 | JOHN FORMELLA<br>New Hampshire Attorney General<br>1 Granite Place South<br>Concord, NH 03301 |
| LYNN FITCH<br>Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | MATTHEW J. PLATKIN<br>New Jersey Attorney General (Acting)<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625 |
| ANDREW BAILEY<br>Missouri Attorney General<br>Supreme Ct. Bldg., 207 W. High St.<br>Jefferson City, MO 65101 | RAUL TORREZ<br>New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| AUSTIN KNUDSEN<br>Montana Attorney General<br>Justice Bldg., 215 N. Sanders<br>Helena, MT 59620-1401 | LETITIA A. JAMES<br>New York Attorney General<br>Dept. of Law - The Capitol, 2nd Fl.<br>Albany, NY 12224 |
| MIKE HILGERS<br>Nebraska Attorney General<br>State Capitol, P.O. Box 98920<br>Lincoln, NE 68509-8920 | JOSH STEIN<br>North Carolina Attorney General<br>Dept. of Justice, P.O. Box 629<br>Raleigh, NC 27602-0629 |
| AARON D. FORD<br>Nevada Attorney General<br>Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City, NV 89701 | DREW WRIGLEY<br>North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 |

October 25, 2024
Page 6

| | |
|---|---|
| DAVE YOST<br>Ohio Attorney General<br>State Office Tower, 30 E. Broad St.<br>Columbus, OH 43266-0410 | MARTY J. JACKLEY<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| GENTNER DRUMMOND<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | JONATHAN SKRMETTI<br>Tennessee Attorney General<br>425 5th Avenue North<br>Nashville, TN 37243 |
| ELLEN F. ROSENBLUM<br>Oregon Attorney General<br>Justice Bldg., 1162 Court St., NE<br>Salem, OR 97301 | KEN PAXTON<br>Texas Attorney General<br>Capitol Station, P.O. Box 12548<br>Austin, TX 78711-2548 |
| MICHELLE A. HENRY<br>Pennsylvania Attorney General<br>1600 Strawberry Square<br>Harrisburg, PA 17120 | SEAN D. REYES<br>Utah Attorney General<br>State Capitol, Rm. 236<br>Salt Lake City, UT 84114-0810 |
| PETER F. NERONHA<br>Rhode Island Attorney General<br>150 S. Main St.<br>Providence, RI 02903 | CHARITY R. CLARK<br>Vermont Attorney General<br>109 State St.<br>Montpelier, VT 05609-1001 |
| ALAN WILSON<br>South Carolina Attorney General<br>Rembert C. Dennis Office Bldg.<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | JASON MIYARES<br>Virginia Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |

October 25, 2024
Page 7

| | |
|---|---|
| BOB FERGUSON<br>Washington Attorney General<br>1125 Washington St. SE, P.O. Box 40100<br>Olympia, WA  98504-0100 | DOUGLAS MOYLAN<br>Office of the Attorney General of Guam<br>ITC Building<br>590 S. Marine Corps Dr., Ste. 706<br>Tamuning, Guam  96913 |
| PATRICK MORRISEY<br>West Virginia Attorney General<br>State Capitol, 1900 Kanawha Blvd. E.<br>Charleston, WV  25305 | GORDON C. RHEA<br>Virgin Islands Attorney General<br>Department of Justice<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |
| JOSH KAUL<br>Wisconsin Attorney General<br>Wisconsin Dept. of Justice, State Capitol<br>Room 114 East, P. O. Box 7857<br>Madison, WI  53707-7857 | EDWARD MANIBUSAN<br>Northern Mariana Islands<br>Attorney General<br>Administration Building,<br>P.O. Box 10007,<br>Saipan MP  96950-8907 |
| BRIDGET HILL<br>Wyoming Attorney General<br>State Capitol Bldg.<br>Cheyenne, WY  82002 | FAINU'ULELEI FALEFATU ALA'ILIMA-UTU<br>American Samoa Attorney General<br>American Samoa Gov't, Exec. Ofc. Bldg.<br>Utulei, Territory of American Samoa<br>Pago Pago, AS  96799 |
| DOMINGO EMANUELLI HERNÁNDEZ<br>Puerto Rico Attorney General<br>P.O. Box 902192<br>San Juan, PR  00902-0192 | |