Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC.<br><br>Defendants. | No. 2:24-cv-00239-SVW-BFM<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT**<br><br>CLASS ACTION<br><br>Date: November 25, 2024<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson |

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT, No. 2:24-cv-00239-SVW-BFM

Lead Plaintiff Senthil Subramanian and named plaintiff Yan Wang ("Plaintiffs") respectfully submit this Notice of Non-Opposition to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion") (Dkt. No. 57). Plaintiffs filed the Motion on October 14, 2024, with a motion date of November 25, 2024. Pursuant to Local Civil Rule 7-9, the deadline to oppose the Motion was November 4, 2024. No opposition has been filed. Accordingly, subject to the consent of the Court, Plaintiffs hereby waive oral argument on their unopposed Motion pursuant to Local Civil Rule 7-15.

The Court should grant the unopposed Motion to allow Plaintiffs to promptly issue notice of the proposed Settlement to potential Settlement Class Members, so that the Settlement can proceed to the final approval stage. At the final approval stage, the Court will schedule and hold a hearing to determine, upon further submissions by Plaintiffs and any potential objectors, whether the Settlement is fair, reasonable, and adequate. A proposed schedule of events is listed in Section VI of the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 58 at 23).

Dated: November 7, 2024                    Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           /s/ Phillip Kim
                                           Phillip Kim (*pro hac vice*)
                                           275 Madison Avenue, 40th Floor
                                           New York, NY 10016
                                           Telephone: (212) 686-1060
                                           Facsimile: (212) 202-3827
                                           Email: philkim@rosenlegal.com

                                           Laurence M. Rosen (SBN 219683)
                                           355 South Grand Avenue, Suite 2450

1

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL
ARGUMENT, No. 2:24-cv-00239-SVW-BFM

Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jing Chen (*pro hac vice*)
Gonen Haklay (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Emails: jchen@rosenlegal.com
ghaklay@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

2

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT, No. 2:24-cv-00239-SVW-BFM

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am a partner in The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On November 7, 2024, I electronically filed the foregoing PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on November 7, 2024.

*/s/Phillip Kim*

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT, No. 2:24-cv-00239-SVW-BFM