Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC.<br><br>                    Defendants. | Case No. 2:24-cv-00239-SVW-BFM<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS**<br><br><u>CLASS ACTION</u><br><br>Date:         March 17, 2025<br>Time:         1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson |

- 1 -

**PLEASE TAKE NOTICE** that pursuant to the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement entered on November 27, 2024 (Dkt. 88), on March 17, 2025 at 1:30 p.m., before the Honorable Stephen V. Wilson, United States District Judge for the Central District of California, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, Lead Plaintiff Senthil Subramanian and named plaintiff Yan Wang ("Plaintiffs"), individually and on behalf of the proposed settlement class, will and hereby do move this Court for entry of an order granting final: (i) certification of the proposed Settlement Class for settlement purposes only; (ii) approval of the proposed Settlement and the plan to allocate the settlement proceeds; and (iii) approval of the form, manner, and content of the notice of the Settlement that was delivered to the Settlement Class

Plaintiffs base this motion upon the: Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class; Declaration of Jing Chen in Support of the Motions for: (I) Final Approval of Settlement, Plan of Allocation, and Final Certification of Settlement Class; and (II) an Award of Attorneys' Fees and Expenses and Award to Plaintiffs and all exhibits thereto; all records and papers on file in this action; and any argument offered at a hearing on this motion.

Plaintiffs will submit a proposed Order and Final Judgment granting the requested relief with their reply papers after the deadlines for submitting claims, objecting to the Settlement, and requesting exclusion from the Settlement Class have passed.

Pursuant to Local Rule 7-3, Plaintiffs have conferred with Defense Counsel who do not oppose this motion.

1  Dated: February 17, 2025          **THE ROSEN LAW FIRM, P.A.**

2

3                                    */s/ Phillip Kim*
                                     Phillip Kim (*pro hac vice*)
4                                    275 Madison Avenue, 40th Floor
                                     New York, NY 10016
5                                    Telephone: (212) 686-1060
                                     Facsimile: (212) 202-3827
6                                    Emails: philkim@rosenlegal.com

7

8                                    Jing Chen (*pro hac vice*)
                                     Gonen Haklay (*pro hac vice*)
9                                    101 Greenwood Avenue, Suite 440
                                     Jenkintown, PA 19046
10                                   Telephone: (215) 600-2817
                                     Facsimile: (212) 202-3827
11                                   Emails: jchen@rosenlegal.com
                                              ghaklay@rosenlegal.com
12

13

14                                   Laurence M. Rosen (SBN 219683)
                                     355 South Grand Avenue, Suite 2450
15                                   Los Angeles, CA 90071
                                     Telephone: (213) 785-2610
16                                   Facsimile: (213) 226-4684
                                     Email: lrosen@rosenlegal.com
17

18

19

20

21                                   *Lead Counsel for Plaintiffs and the Class*

22

23

24

25

26

27

28

- 3 -

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I, Phillip Kim, hereby declare under penalty of perjury as follows:

3

I am a Partner at The Rosen Law Firm, P.A., with offices at 355 South Grand

4

Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

5

On February 17, 2025, I electronically filed the foregoing NOTICE OF

6

MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND

7

PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT

8

CLASS with the Clerk of the Court using the CM/ECF system which sent notification

9

of such filing to counsel of record.

10

11

Executed on February 17, 2025.

12

13

14

*/s/ Phillip Kim* _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -