Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC.<br><br>                    Defendants. | Case No. 2:24-cv-00239-SVW-BFM<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS**<br><br><u>CLASS ACTION</u><br><br>Date:          March 17, 2025<br>Time:        1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson |

- 1 -

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND
AWARD TO PLAINTIFFS; 2:24-cv-00239-SVW-BFM

**PLEASE TAKE NOTICE** that pursuant to the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement entered on November 27, 2024 (Dkt. 88), on March 17, 2025 at 1:30 p.m., before the Honorable Stephen V. Wilson, United States District Judge for the Central District of California, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, Lead Plaintiff Senthil Subramanian and named plaintiff Yan Wang ("Plaintiffs"), individually and on behalf of the proposed settlement class, will and hereby do move this Court for entry of an order awarding: (i) attorneys' fees of 25% of the Settlement Amount; (ii) expense reimbursement of $57,907.03; and (iii) an award of $15,000 in total to Plaintiffs.

Plaintiffs base this motion upon the: Memorandum of Points and Authorities in Support of Motion Award for Attorneys' Fees and Expenses and Award to Plaintiffs; Declaration of Jing Chen in Support of the Motions for: (I) Final Approval of Settlement, Plan of Allocation, and Final Certification of Settlement Class; and (II) an Award of Attorneys' Fees and Expenses and Award to Plaintiffs and all exhibits thereto; all records and papers on file in this action; and any argument offered at a hearing on this motion.

A conference pursuant to Local Rule 7-3 is unnecessary as ¶8.1 of the Stipulation of Settlement (Dkt. 59) states that Defendants shall take no position on the relief sought in this motion.

A proposed order is submitted herewith.

Dated: February 17, 2025

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*

Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060

- 2 -

Facsimile: (212) 202-3827
Emails: philkim@rosenlegal.com

Jing Chen (*pro hac vice*)
Gonen Haklay (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Emails: jchen@rosenlegal.com
          ghaklay@rosenlegal.com

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the
Class*

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND
AWARD TO PLAINTIFFS; 2:24-cv-00239-SVW-BFM

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am a Partner at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 17, 2025, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 17, 2025.


*/s/ Phillip Kim*

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS; 2:24-cv-00239-SVW-BFM