UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC. <br><br> Defendants. | Case No. 2:24-cv-00239-SVW-BFM <br><br> **[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS** |

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. ("Rosen Law"), Court-appointed Lead Counsel for purposes of the Settlement, have petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff Senthil Subramanian ("Lead Plaintiff") and named plaintiff Yan Wang ("Named Plaintiff" and with, Lead Plaintiff, "Plaintiffs") and the Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, and award to Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement, filed on October 14, 2024 ("Stipulation") (Dkt. 59); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.    Rosen Law is awarded 25% of the Settlement Fund, or $1,200,000, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2.    Lead Counsel shall be awarded expenses in the amount of $57,907.03, with interest, as described above.

3.    Lead Plaintiff shall be awarded $10,000 as reimbursement for his lost time and expenses in connection with his prosecution of the Action.

4.    Named Plaintiff shall be awarded $5,000 as reimbursement for her lost time and expenses in connection with her prosecution of the Action.

1

5. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS
No. 2:24-cv-00239-SVW-BFM