# EXHIBIT 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TESLA INC., SECURITIES LITIGATION

Case No. 18-cv-04865-EMC

**VERDICT FORM**

**VERDICT FORM**

**A.** **RULE 10B-5 CLAIM: LIABILITY**

**Statement No. 1: "Am considering taking Tesla private at $420. Funding secured."**

1. Has Plaintiff proved their Rule 10b-5 Claim against Elon Musk for Statement No. 1 identified above?

Yes: _____     No: ✗

2. Has Plaintiff proved their Rule 10b-5 Claim against Tesla Inc. for Statement No. 1 identified above?

Yes: _____     No: ✗

---

PLEASE PROCEED TO THE NEXT PAGE.

United States District Court
Northern District of California

2

**Statement No. 2: "Investor support is confirmed. Only reason why this is not certain is that it's continent on a shareholder vote."**

3. Has Plaintiff proved their Rule 10b-5 Claim against Elon Musk for Statement No. 2 identified above?

Yes: _____ No: _X_

4. Has Plaintiff proved their Rule 10b-5 Claim against Tesla Inc. for Statement No. 2 identified above?

Yes: _____ No: _X_

---

IF YOU CHECKED "YES" FOR ONE OR MORE QUESTIONS IN STATEMENT NOS. 1 OR 2, PLEASE PROCEED TO THE NEXT PAGE.

IF YOU CHECKED "NO" FOR EVERY QUESTION IN STATEMENT NOS. 1 AND 2, PLEASE PROCEED TO SECTION E.

United States District Court
Northern District of California

**B.** **RULE 10B-5 CLAIM: DAMAGES**

1.     Determine the amount of artificial inflation per share of Tesla stock proved by Plaintiff on each date during the Class Period and write it in the table below.  If you find that Plaintiff did not prove artificial inflation on any particular day or days, please leave that date blank.

|  | 07-Aug | 08-Aug | 09-Aug | 10-Aug | 13-Aug | 14-Aug | 15-Aug | 16-Aug | 17-Aug |
|---|---|---|---|---|---|---|---|---|---|
| ($/share) | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ |

---

PLEASE PROCEED TO THE NEXT PAGE.

United States District Court
Northern District of California

4

2. Determine the "but for" implied volatility percentages proved by Plaintiff for each option contract maturity date during the Class Period and write it in the table below. If you find that Plaintiff did not prove "but-for" implied volatility for any particular option contract or for any particular date, please leave that date and/or option contract maturity date blank.

| | | Day of Class Period at Close of Market | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 07-Aug | 08-Aug | 09-Aug | 10-Aug | 13-Aug | 14-Aug | 15-Aug | 16-Aug |
| **Maturity Date** | Aug 10, 2018 | ___% | ___% | ___% | NA | NA | NA | NA | NA |
| | Aug 17, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Aug 24, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Aug 31, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Sep 7, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Sep 14, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Sep 21, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Sep 28, 2018 | NA | NA | ___% | ___% | ___% | ___% | ___% | ___% |
| | Oct 19, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Nov 16, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Dec 21, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Jan 18, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Feb 15, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Mar 15, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Jun 21, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Aug 16, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
| | Jan 17, 2020 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |

United States District Court
Northern District of California

5

3. Determine the amount of artificial inflation per Tesla corporate bond proved by Plaintiff on each date during the Class Period and write it in the table below. If you find that Plaintiff did not prove artificial inflation on any particular day or days, please leave that date blank.

|  | 07-Aug | 08-Aug | 09-Aug | 10-Aug | 13-Aug | 14-Aug | 15-Aug | 16-Aug | 17-Aug |
|---|---|---|---|---|---|---|---|---|---|
| 2019 Note |  |  |  |  |  |  |  |  |  |
| 2021 Note |  |  |  |  |  |  |  |  |  |
| 2022 Note |  |  |  |  |  |  |  |  |  |

---

PLEASE PROCEED TO THE NEXT PAGE.

## C.   SECTION 20(A) CLAIM: LIABLITY

*If you answered "Yes" to one or more questions in Section A, please answer the following questions.*

1.   Has Plaintiff proved the Section 20(a) Claim as to any of the Tesla Director Defendants (check all that apply):

| | | |
|---|---|---|
| Brad W. Buss: | Yes: _____ | No: _____ |
| Robyn Denholm: | Yes: _____ | No: _____ |
| Ira Ehrenpreis: | Yes: _____ | No: _____ |
| Antonio J. Gracias: | Yes: _____ | No: _____ |
| James Murdoch: | Yes: _____ | No: _____ |
| Kimbal Musk: | Yes: _____ | No: _____ |
| Linda Johnson Rice: | Yes: _____ | No: _____ |

2.   If you answered "Yes" in response to Question No. 1 as to any Defendant, have Defendants proved a Good Faith Defense as to that Defendant (check all that apply):

| | | |
|---|---|---|
| Brad W. Buss: | Yes: _____ | No: _____ |
| Robyn Denholm: | Yes: _____ | No: _____ |
| Ira Ehrenpreis: | Yes: _____ | No: _____ |
| Antonio J. Gracias: | Yes: _____ | No: _____ |
| James Murdoch: | Yes: _____ | No: _____ |
| Kimbal Musk: | Yes: _____ | No: _____ |
| Linda Johnson Rice: | Yes: _____ | No: _____ |

United States District Court
Northern District of California

**D.** **ALLOCATION OF RESPONSIBILITY**

1. For any Defendant whom you found liable, did that Defendant commit a knowing violation of the federal securities laws? Only answer this question as to the Defendants against whom you found that Plaintiff proved a claim.

Elon Musk: Yes: _____ No: _____

Tesla: Yes: _____ No: _____

Brad W. Buss: Yes: _____ No: _____

Robyn Denholm: Yes: _____ No: _____

Ira Ehrenpreis: Yes: _____ No: _____

Antonio J. Gracias: Yes: _____ No: _____

James Murdoch: Yes: _____ No: _____

Kimbal Musk: Yes: _____ No: _____

Linda Johnson Rice: Yes: _____ No: _____

---

PLEASE PROCEED TO THE NEXT PAGE.

8

2.    Please decide each Defendant's share of responsibility for Plaintiff's losses.  Only assign a percentage of responsibility to those Defendants whom you found liable, including those who acted recklessly.  The total must add up to 100%.

Elon Musk:              _____%

Tesla:                  _____%

Brad W. Buss:           _____%

Robyn Denholm:          _____%

Ira Ehrenpreis:         _____%

Antonio J. Gracias:     _____%

James Murdoch:          _____%

Kimbal Musk:            _____%

Linda Johnson Rice:     _____%

---

PLEASE PROCEED TO THE NEXT PAGE.

9

**E.** **RETURN OF VERDICT**

Once the form is completed, the foreperson for the jury must sign and date it below.

Dated: FEBRUARY 3, 2023     Signed: _____

Jury Foreperson