# EXHIBIT 10

## THE ROSEN LAW FIRM, P.A.

*Wang v. Dada Nexus Limited, et al.,* Case No. 2:24-cv-00239-SVW-BFM

Inception through February 14, 2025

| Professional (Position)* | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|
| Phillip Kim (P) | $1,400 | 70.3 | $98,420.00 |
| Jonathan Horne (P) | $1,200 | 2.0 | $2,400.00 |
| Yu Shi (P) | $1,100 | 0.3 | $330.00 |
| Jing Chen (P) | $1,100 | 298.4 | $328,240.00 |
| Gonen Haklay (C) | $990 | 137.7 | $136,323.00 |
| Erica L. Stone (C) | $975 | 68.0 | $66,300.00 |
| Ryan Hedrick (A) | $625 | 1.6 | $1,000.00 |
| Christie Buzzetti (A) | $550 | 7.25 | $3,987.50 |
| Ian McDowell (A) | $550 | 3.6 | $1,980.00 |
| Henry Bloxenheim (A) | $500 | 17.5 | $8,750.00 |
| Eduardo Texidor (Pl) | $300 | 1.2 | $360.00 |
| Zachary Stanco (Pl) | $300 | 69.15 | $20,745.00 |
| Julia Shimizu (Pl) | $250 | 14.2 | $3,550.00 |
| **Total** | | **691.2** | **$672,385.50** |

\* Partner (P), Counsel (C), Associate (A), Paralegal (Pl)