# EXHIBIT 11

| Position | Seq# | Firms | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|---|
| **2023** | | | | | | | | |
| **Partners** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 42 | $1,135 | $1,440 | $1,775 | $1,995 | $1,995 |
| | 2) | Jones Day LLP | 2 | $1,200 | $1,250 | $1,300 | $1,350 | $1,400 |
| | 3) | Kirkland & Ellis LLP | 184 | $1,035 | $1,343 | $1,495 | $1,795 | $2,255 |
| | 4) | Kramer Levin Naftalis & Frankel LLP | 4 | $1,665 | $1,680 | $1,688 | $1,718 | $1,800 |
| | 5) | Latham & Watkins LLP | 18 | $1,018 | $1,390 | $1,620 | $1,716 | $2,035 |
| | 6) | Milbank LLP | 10 | $1,495 | $1,785 | $1,895 | $2,008 | $2,045 |
| | 7) | Morrison & Foerster LLP | 10 | $1,200 | $1,219 | $1,538 | $1,713 | $2,050 |
| | 8) | O'Melveny & Myers  LLP | 11 | $600 | $600 | $600 | $600 | $1,265 |
| | 9) | Paul Hasting LLP | 24 | $1,375 | $1,510 | $1,663 | $1,739 | $1,935 |
| | 10) | Paul, Weiss, Rifkind, Wharton & Garrison LL | 18 | $1,605 | $1,929 | $2,095 | $2,175 | $2,175 |
| | 11) | Quinn Emanuel Urquhart & Sullivan, LLP | 21 | $1,150 | $1,385 | $1,593 | $1,770 | $2,130 |
| | 12) | Skadden, Arps, Slate, Meagher & Flom LLP | 23 | $1,196 | $1,460 | $1,526 | $1,607 | $1,960 |
| | 13) | Weil Gotshall & Manges LLP | 48 | $1,450 | $1,595 | $1,710 | $1,898 | $2,095 |
| | 14) | Willkie Farr & Gallagher LLP | 17 | $1,380 | $1,625 | $1,750 | $1,875 | $2,050 |
| | 15) | Wilmer Cutler Pickering Hale and Dorr LLP | 11 | $1,205 | $1,350 | $1,455 | $1,550 | $1,920 |
| **Of Counsel** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 37 | $990 | $1,120 | $1,320 | $1,380 | $1,500 |
| | 2) | Kirkland & Ellis LLP | 1 | $1,585 | $1,585 | $1,585 | $1,585 | $1,585 |
| | 3) | Kramer Levin Naftalis & Frankel LLP | 2 | $1,280 | $1,285 | $1,290 | $1,295 | $1,300 |
| | 4) | Latham & Watkins LLP | 6 | $1,300 | $1,340 | $1,460 | $1,460 | $1,575 |
| | 5) | Milbank LLP | 4 | $1,320 | $1,320 | $1,320 | $1,346 | $1,425 |
| | 6) | Morrison & Foerster LLP | 4 | $1,050 | $1,106 | $1,163 | $1,331 | $1,725 |
| | 7) | O'Melveny & Myers  LLP | 8 | $600 | $600 | $600 | $600 | $700 |
| | 8) | Paul Hasting LLP | 9 | $1,025 | $1,485 | $1,510 | $1,550 | $1,785 |
| | 9) | Paul, Weiss, Rifkind, Wharton & Garrison LL | 6 | $1,650 | $1,650 | $1,650 | $1,650 | $1,650 |
| | 10) | Quinn Emanuel Urquhart & Sullivan, LLP | 6 | $950 | $1,215 | $1,283 | $1,350 | $1,350 |
| | 11) | Skadden, Arps, Slate, Meagher & Flom LLP | 15 | $975 | $1,058 | $1,269 | $1,294 | $1,790 |
| | 12) | Weil Gotshall & Manges LLP | 16 | $1,250 | $1,375 | $1,375 | $1,406 | $1,425 |
| | 13) | Wilmer Cutler Pickering Hale and Dorr LLP | 2 | $1,250 | $1,265 | $1,280 | $1,295 | $1,310 |
| **Associates** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 57 | $535 | $790 | $905 | $1,045 | $1,250 |
| | 2) | Jones Day LLP | 1 | $725 | $725 | $725 | $725 | $725 |
| | 3) | Kirkland & Ellis LLP | 281 | $540 | $795 | $935 | $1,115 | $1,395 |
| | 4) | Kramer Levin Naftalis & Frankel LLP | 3 | $840 | $975 | $1,110 | $1,113 | $1,115 |
| | 5) | Latham & Watkins LLP | 47 | $650 | $830 | $1,065 | $1,140 | $1,295 |
| | 6) | Milbank LLP | 19 | $695 | $860 | $860 | $1,023 | $1,200 |
| | 7) | Morrison & Foerster LLP | 10 | $810 | $830 | $930 | $1,074 | $1,135 |
| | 8) | O'Melveny & Myers  LLP | 8 | $600 | $600 | $600 | $600 | $600 |
| | 9) | Paul Hasting LLP | 36 | $505 | $841 | $930 | $1,164 | $2,016 |
| | 10) | Paul, Weiss, Rifkind, Wharton & Garrison LL | 37 | $825 | $825 | $1,125 | $1,270 | $1,380 |
| | 11) | Quinn Emanuel Urquhart & Sullivan, LLP | 30 | $575 | $842 | $905 | $1,104 | $1,315 |
| | 12) | Skadden, Arps, Slate, Meagher & Flom LLP | 51 | $495 | $833 | $1,017 | $1,148 | $2,019 |
| | 13) | Weil Gotshall & Manges LLP | 112 | $690 | $910 | $1,065 | $1,178 | $1,345 |
| | 14) | Willkie Farr & Gallagher LLP | 21 | $575 | $1,030 | $1,185 | $1,250 | $1,350 |
| | 15) | Wilmer Cutler Pickering Hale and Dorr LLP | 17 | $680 | $730 | $850 | $1,005 | $1,195 |
| **Paralegals** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 25 | $320 | $390 | $445 | $485 | $530 |
| | 2) | Jones Day LLP | 1 | $475 | $475 | $475 | $475 | $475 |
| | 3) | Kirkland & Ellis LLP | 65 | $295 | $395 | $425 | $480 | $575 |
| | 4) | Kramer Levin Naftalis & Frankel LLP | 1 | $525 | $525 | $525 | $525 | $525 |
| | 5) | Latham & Watkins LLP | 5 | $310 | $440 | $470 | $490 | $490 |
| | 6) | Milbank LLP | 6 | $300 | $391 | $403 | $410 | $450 |
| | 7) | Morrison & Foerster LLP | 2 | $405 | $415 | $425 | $435 | $445 |
| | 8) | O'Melveny & Myers  LLP | 3 | $400 | $400 | $400 | $420 | $440 |
| | 9) | Paul Hasting LLP | 5 | $325 | $330 | $515 | $515 | $540 |
| | 10) | Paul, Weiss, Rifkind, Wharton & Garrison LL | 11 | $380 | $423 | $435 | $435 | $470 |
| | 11) | Quinn Emanuel Urquhart & Sullivan, LLP | 2 | $320 | $360 | $400 | $440 | $480 |
| | 12) | Skadden, Arps, Slate, Meagher & Flom LLP | 15 | $284 | $378 | $387 | $446 | $540 |
| | 13) | Weil Gotshall & Manges LLP | 21 | $310 | $465 | $465 | $475 | $530 |
| | 14) | Willkie Farr & Gallagher LLP | 2 | $370 | $378 | $385 | $393 | $400 |
| | 15) | Wilmer Cutler Pickering Hale and Dorr LLP | 1 | $600 | $600 | $600 | $600 | $600 |
| **Law Clerk** | | | | | | | | |
| | 1) | Akin Gump Strauss Hauer & Feld LLP | 1 | $420 | $420 | $420 | $420 | $420 |
| | 2) | Quinn Emanuel Urquhart & Sullivan, LLP | 8 | $509 | $509 | $509 | $509 | $509 |
| | 3) | Skadden, Arps, Slate, Meagher & Flom LLP | 6 | $446 | $473 | $484 | $559 | $860 |
| | 4) | Weil Gotshall & Manges LLP | 1 | $525 | $525 | $525 | $525 | $525 |
| | 5) | Willkie Farr & Gallagher LLP | 3 | 520 | 520 | 520 | 520 | 520 |
| **Staff Attorney** | | | | | | | | |
| | 1) | Paul, Weiss, Rifkind, Wharton & Garrison LL | 15 | $595 | $595 | $595 | $595 | $625 |
| | 2) | Quinn Emanuel Urquhart & Sullivan, LLP | 2 | $446 | $446 | $446 | $446 | $446 |
| | 3) | Wilmer Cutler Pickering Hale and Dorr LLP | 1 | $695 | $695 | $695 | $695 | $695 |
| **Financial Analyst** | | | | | | | | |
| | 1 | Wilmer Cutler Pickering Hale and Dorr LLP | 3 | $515 | $515 | $515 | $570 | $625 |