# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>DADA NEXUS LIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, AND JD.COM, INC.<br><br>       Defendants. | Case No. 2:24-cv-00239-SVW-BFM<br><br>Hon. Stephen V. Wilson<br><br><u>CLASS ACTION</u> |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING/EMAILING OF THE NOTICE AND CLAIM FORM; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; (C) CLAIMS RECEIVED TO DATE; AND (D) <u>ADMINISTRATIVE COSTS</u>**

1

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
NO. 2:24-cv-00239-SVW-BFM

I, Josephine Bravata, declare as follows:

1.      I am the Director of Quality Assurance at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING/EMAILING OF THE NOTICE

2.      Pursuant to the Stipulation of Settlement, dated October 14, 2014 (Dkt. No. 59, the "Stipulation") and the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated November 27, 2024 (Dkt. No. 68, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action.  I submit this declaration as a supplement to the previously filed Declaration of Josephine Bravata Concerning: (A) Mailing/Emailing of the Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated February 14, 2025 (Dkt. No. 73-1, the "Initial Mailing

2

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
NO. 2:24-cv-00239-SVW-BFM

Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.　　As reported in the Initial Mailing Declaration, SCS mailed or emailed 2,303 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  An additional 4,184 Postcard Notices were mailed to potential Settlement Class Members and nominees by SCS or nominees.  SCS also emailed 5,751 links to the Long Notice and Claim Form upon the request of nominees to potential Settlement Class Members, and SCS was notified by a nominee that it emailed 6,194 of its clients to notify them of this settlement and provided a direct link to the Long Notice and Claim Form on the Settlement webpage. Since the Initial Mailing Declaration, SCS mailed no additional Postcard Notice due to nominee responses and no additional emails with a link to the location of the Notice and Claim Forms were sent.  In total, as of the date of this declaration, 16,129 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Long Notice and Claim Form.

**UPDATE ON TOLL-FREE TELEPHONE LINE**

4.　　The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and

3

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
NO. 2:24-cv-00239-SVW-BFM

obtain information about the Settlement.  SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number through the claims process.

## UPDATE ON SETTLEMENT WEBPAGE

5.    The Initial Mailing Declaration also noted that on December 9, 2024, SCS established a webpage on its website at www.strategicclaims.net/Dada.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains a current status of the case; the case deadlines; the online claim filing link; and important case documents. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information through the claims process.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6.    The Postcard Notice, Long Notice, Summary Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than February 24, 2025.  SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has received no requests for exclusion.

7.    According to the Postcard Notice, Long Notice, Summary Notice and Settlement webpage, Settlement Class Members seeking to object to  any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and

4

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
NO. 2:24-cv-00239-SVW-BFM

expenses, or application for an Award to Plaintiffs must have been submitted to the Clerk of the Court as well as Lead Counsel and Defense Counsel, no later than February 24, 2025.  As of the date of this declaration, SCS has not received any objections, however, SCS was notified that one objection was filed with the Court and sent to counsel.

### UPDATE ON CLAIMS RECEIVED TO DATE

8.      As of the date of this declaration, SCS has received 4,358 claims. The claims filing deadline was either submitted online or postmarked no later than February 15, 2025.  Out of the 4,358 claims submitted, 1,145 claims are valid, 69 claims are deficient, and 3,144 claims are ineligible. SCS believes that the 3,144 ineligible claims should be rejected. Deficient claims lack the necessary documentation or information to process the claim. SCS will send these claimants deficiency notices to give these claimants an opportunity to cure their claims. As to ineligible claims, the reasons SCS has rejected claims include: (i) claims with no Recognized Losses; (ii) duplicate claims; (iii) claims with American Depository Shares ("ADSs") that were received or granted by gift, inheritance, or operation of law; (iv) claims with shares sold short; (v) claims filed by an excluded party; (vi) claims filed with securities other than Dada Nexus Limited ("Dada") ADSs; (vii)

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
NO. 2:24-cv-00239-SVW-BFM

claims withdrawn by the filing entity; (viii) claims with Dada ADSs purchased outside of the Settlement Class Period; and (ix) claims filed fraudulently.

9. SCS is currently processing the claims received including conducting quality assurance reviews, such as verifying required supporting documentation was submitted with the claim, detecting duplicated claims, etc. Once this process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the figures in paragraph 8 may change.

## UPDATE ON NOTICE AND ADMINISTRATION EXPENSES

10. To date, SCS has incurred Administrative Costs totaling $72,743.37. SCS estimates that there will be an additional $25,000.00 through the completion of the claims administration process. Based on the fees and expenses incurred and the estimated fees and expenses to complete the claims administration process, the estimated total Administrative Costs are $97,743.37.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of March 2025, in Media, Pennsylvania.

Josephine Bravata

6

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
NO. 2:24-cv-00239-SVW-BFM