## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-00239-SVW-BFM | Date | May 9, 2025 |
|---|---|---|---|
| Title | Yan Wang v. Dada Nexus Limited et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

On March 14, 2025, the Court issued an order granting final approval and attorneys fees. A reasonable time having passed, and there being no further activity since the issuing of the order, the Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |