Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN WANG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DADA NEXUS LIIMITED, JEFF HUIJIAN HE, BECK ZHAOMING CHEN, LAURA MARIE BUTLER, BAOHONG SUN, JIAN HAN, and JD.COM, INC. <br><br> Defendants. | Case No. 2:24-cv-00239-SVW-BFM <br><br> **NOTICE OF NON-OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS AND WAIVER OF ORAL ARGUMENT** <br><br> <u>CLASS ACTION</u> <br><br> Date:        July 14, 2025 <br> Time:        1:30 p.m. <br> Courtroom: 10A <br> Judge: Hon. Stephen V. Wilson |

NOTICE OF NON-OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS AND WAIVER OF ORAL ARGUMENT; No. 2:24-cv-00239-SVW-BFM

Lead Plaintiff Senthil Subramanian and Named Plaintiff Yan Wang ("Plaintiffs") respectfully submit this notice of non-opposition to Plaintiffs' Motion for Distribution of Class Action Settlement Funds ("Motion") (Dkt. No. 80). Plaintiffs filed the Motion on June 16, 2025, with a motion date of July 14, 2025. Pursuant to the Court's Initial Standing Order for Civil Cases, §9(b)(a)(i), the deadline to oppose the Motion was June 30, 2025. No opposition has been filed. Accordingly, subject to the consent of the Court, Plaintiffs hereby waive oral argument on their unopposed Motion pursuant to Local Civil Rule 7-15.

The Court should grant the unopposed Motion to authorize the distribution of Settlement proceeds to Settlement Class Members, representing the final procedural steps in concluding this Action.

Dated: July 1, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Emails: philkim@rosenlegal.com

Jing Chen (*pro hac vice*)
Gonen Haklay (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Emails: jchen@rosenlegal.com
            ghaklay@rosenlegal.com

Laurence M. Rosen (SBN 219683)

1

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

2

NOTICE OF NON-OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS AND WAIVER OF ORAL ARGUMENT; No. 2:24-cv-00239-SVW-BFM